USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JUAN LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

Plaintiff,

-against-

THERMO TECH MECHANICAL INC. and GOWKARRAN BUDHU,

Defendants.

-----------------------------------------------------------------------X

Case No.: 20-cv-09113

**STIPULATION**

Defendants Thermo Tech Mechanical Inc. and Gowkarran Budhu (together, the "Defendants") by their undersigned counsel, agree and stipulate with Juan Lopez (the "Plaintiff"), by their attorney Lee Litigation Group, PLLC, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **March 10, 2021**;

IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:    New York, New York
          February 10, 2021

LEE LITIGATION GROUP, PLLC.

By:
   C.K. Lee
   148 West 24th Street, 8th Floor
   New York, NY 10011
   Tel. No. (212) 465-1180
   Email: cklee@leelitigation.com
   *Attorneys for Plaintiff*

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    420 Lexington Avenue, Suite 2525
    New York, NY 10170
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Defendants*

SO ORDERED.

Barbara Moses, U.S.M.J.
February 16, 2021