# Exhibit A



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

J.L.

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 01/16/17 | 7:00 am | 4:00 pm | 8 | | Democracy Prep |
| 01/17/17 | 7:00 am | 4:00 pm | 8 | | Greenwich |
| 01/18/17 | 7:00 am | 4:00 pm | 8 | | Shop |
| 01/19/17 | 7:00 am | 4:00 pm | 8 | | Shop |
| 01/20/17 | 7:00 am | 4:00 pm | 8 | | Shop |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | | |

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] | 1/24/17 |
|---|---|---|---|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] | |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0050



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 01/23/17 | 7:00 A.M. | 4:00 Pm | 8 | | Shop |
| 01/24/17 | 7:00 A.M. | 4:00 Pm | 8 | | Democracy Prep |
| 01/25/17 | Day off | | | | ~~Shop~~ |
| 01/26/17 | 7:00 Am | 4:00 Pm | 8 | | Democracy Prep |
| 01/27/17 | 7:00 Am | 4:00 Pm | 8 | | Shop |
| | | | | | |
| | | | | | |

**WEEKLY TOTALS:**

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] |
|---------------------|------|------------------------|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0051