# Exhibit B

# Time Entries

**Timesheets** | **Manual Time Card** | **Time Slider**

+ Add Time     Actions ▼

Today   <   >   May 21 – 27, 2018        User: Juan Lopez   Switch User

| Job | Mon, 5/21 | Tue, 5/22 | Wed, 5/23 | Thu, 5/24 | Fri, 5/25 | Sat, 5/26 | Sun, 5/27 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✗ Kent Ave- 333 Kent Avenue, Brooklyn, NY | | 7.852 | 7.713 | 7.528 | 7.617 | | | 30.71 |
| ✗ Lunch Break | | 0.5 | 0.5 | 0.5 | 0.5 | | | – |
| ✗ SHOP-2323 Haviland Ave, Bronx, NY | 8.039 | | | | | | | 8.04 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| OPTIONS ▼   Totals: | 8.04 | 7.85 | 7.71 | 7.53 | 7.62 | 0 | 0 | 38.75 |

Notes:

Reset    Save

Defendants 0132

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 5238463 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

ADP

Period Starting: 05/21/2018
Period Ending: 05/27/2018
Pay Date: 06/01/2018

Business Phone: 718-991-5044

Taxable Marital Status: [redacted]
Exemptions/Allowances:
 Federal: [redacted]
 State: [redacted]
 Local: [redacted]
Tax Override:
 Federal: [redacted]
 State: [redacted]
 Local: [redacted]
Social Security Number: [redacted]

Juan Lopez
[redacted]

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 38.44 | 903.34 | 9128.34 |
| Overtime | | | 0.00 | 2802.38 |
| PRVAIL | | | 0.00 | 26680.83 |
| SUPPLB | | | 0.00 | 18708.05 |
| **Gross Pay** | | | **$903.34** | **$57,319.60** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -55.27 | 7016.53 |
| Social Security | -56.01 | 3553.82 |
| Medicare | -13.09 | 831.13 |
| New York State Income | -39.06 | 3343.78 |
| New York Paid Family Leave | -1.14 | 62.55 |
| New York City R Local | -26.61 | 2074.34 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.60 |

| Net Pay | | $711.56 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 38.44 | 1536.94 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| [redacted] | | 711.56 |

Your federal taxable wages this period are $903.34

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date: 06/01/2018

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| [redacted] | | 711.56 |

Juan Lopez
[redacted]

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.