# Exhibit C

# Time Entries

- Timesheets
- **Manual Time Card**
- Time Slider

\+ Add Time    Actions ▾

Today    Jul 30 – Aug 5, 2018

User: Juan Lopez   Switch User

| Job | Mon, 7/30 | Tue, 7/31 | Wed, 8/1 | Thu, 8/2 | Fri, 8/3 | Sat, 8/4 | Sun, 8/5 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✖ SSA Office - 345 E. 102nd Street | 6.681 | | | | | | | 6.68 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| OPTIONS ▾   Totals: | 6.68 | 0 | 0 | 0 | 0 | 0 | 0 | 6.68 |

Notes:

Reset    Save

Defendants 0142

**Earnings Statement**

**ADP**

| | |
|---|---|
| Period Starting: | 07/30/2018 |
| Period Ending: | 08/05/2018 |
| Pay Date: | 08/10/2018 |
| Business Phone: | 718-991-5044 |

Taxable Marital Status:
Exemptions/Allowances:    Tax Override:
 Federal:                  Federal:
 State:                    State:
 Local:                    Local:
Social Security Number:

**Juan Lopez**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 4.50 | 105.75 | 17224.09 |
| Overtime | | | 0.00 | 3675.18 |
| Sick | | | 0.00 | 188.00 |
| Holiday | | | 0.00 | 188.00 |
| PRVAIL | | | 0.00 | 26680.83 |
| SUPPLB | | | 0.00 | 18708.05 |
| **Gross Pay** | | | **$105.75** | **$66,664.15** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 4.50 | 1906.20 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| | | 97.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 7647.01 |
| Social Security | -6.56 | 4133.18 |
| Medicare | -1.53 | 966.63 |
| New York State Income | 0.00 | 3765.49 |
| New York Paid Family Leave | -0.13 | 74.31 |
| New York City R Local | 0.00 | 2359.83 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.53 | 24.53 |

| **Net Pay** | | **$97.00** |
|---|---|---|

Your federal taxable wages this period are $105.75

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:    08/10/2018

**THIS IS NOT A CHECK**

Deposited to the account    account number    transit/ABA    amount
Checking DirectDeposit                                        97.00

Juan Lopez

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT