# Exhibit D



**TTM THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800  718-991-5044  Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

### Juan Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 07/24/17 | 6:00 A.M. | 12:00 AM | 8 | 9 | Shop & August Martin H.S. |
| 07/25/17 | 6:00 A.M. | 12:00 A.M | 8 | 9 | Shop & August Martin H.S. |
| 07/26/17 | 6:00 A.M. | 6:00 P.M | 8 | 4 | shop & P.S. X097 |
| 07/27/17 | 7:00 A.M. | 3:30 P.M | 8 | ½ | P.S. X097 |
| 07/28/17 | 6:00 A.M. | 4:30 P.M | 8 | 2 | shop & Q435 Martin Van Buren H.S |
| 07/29/17 | | | | 2 | duct lyft Back to bronx |

**WEEKLY TOTALS:**  40    26.5

EMPLOYEE SIGNATURE: J.L.   DATE: [PICK THE DATE] 07/28/17
SUPERVISOR SIGNATURE:   DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 4624115 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Earnings Statement** 

Period Starting: 07/24/2017
Period Ending: 07/30/2017
Pay Date: 08/02/2017

Business Phone: 718-991-5044

Taxable Marital Status:
Exemptions/Allowances:      Tax Override:
 Federal:                    Federal:
 State:                      State:
 Local:                      Local:
Social Security Number:

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.2500 | 40.00 | 850.00 | 25560.00 |
| Overtime | 31.8750 | 26.50 | 844.69 | 6596.27 |
| PRVAIL | | | 0.00 | 333.90 |
| SUPPLB | | | 0.00 | 325.15 |
| **Gross Pay** | | | **$1,694.69** | **$32,815.32** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 66.50 | 1454.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | | 1223.08 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -187.95 | 3298.23 |
| Social Security | -105.07 | 2034.55 |
| Medicare | -24.57 | 475.82 |
| New York State Income | -90.46 | 1542.11 |
| New York City R Local | -62.96 | 670.64 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.60 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 166.00 |

**Net Pay** $1,223.08

Your federal taxable wages this period are $1,694.69
* Excluded from Federal taxable wages

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date: 08/02/2017

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| | | 1223.08 |

Juan Lopez