# Exhibit E

**PROJECT: Q435 Martin Van Buren H.S. (Queens)**

## DAILY SIGN-in LOG

**New York City**
**School Construction Authority**

PAGE 1 ___ OF 1 ___ (i)

NAME OF SUPERVISOR OF LISTED EMPLOYEES (PRINT)
(ii) Juan D. Lopez

| FIRM [] CONTRACTOR [x] SUBCONTRACTOR (A) | ADDRESS (B) |
|---|---|
| Thermo Tech Mechanical | 528 Leland Ave Bronx, NY 10473 |

| DAY OF WEEK | TODAY'S DATE D | PROJECT AND LOCATION | SCA PROJECT NO. (F) | SCA CONTRACT NUMBER (G) |
|---|---|---|---|---|
| Tuesday | 08/22/2017 | Q435 Martin Van Buren HS / 230 Hillside Ave 11427 | | |

| 1 PRINT EMPLOYEE'S NAME AND SOCIAL SECURITY NUMBER | 2 LIST TRADE & CIRCLE WORK CLASSIFICATION (JOURNEY PERSON OR APPRENTICE CLASS 1, 2, 3+) | 3 BASE WAGE RATE PER HOUR | 4 SUPPLE-MENTAL BENEFIT RATE PER HOUR | 5 UNION LOCAL # AFFILIATION (IF ANY) OR "NONE" | 6 STARTING TIME (To be completed by ABOVE named SUPERVISOR, as soon as each employee STARTS WORK each day) | 7 QUITTING TIME | 8 TOTAL HOURS WORKED (EXCLUDING MEALS) | 9 EMPLOYEE'S SIGNATURE ➤ DO NOT SIGN this form if there are any blank boxes on your line. |
|---|---|---|---|---|---|---|---|---|
| [REDACTED] | ☒A1 A2 A3 Sheet metal installer | 55.88 | | 28 | 8 ☑AM [ ]PM | 4 [ ]AM ☒PM | 8 HRS | [REDACTED] |
| [REDACTED] | ☑A1 A2 A3+ Sheet metal installer Journeyman | | | 28 | 8 ☑AM [ ]PM | 4 [ ]AM ☒PM | 8 HRS | [REDACTED] |
| | J A1 A2 A3+ | $ | $ | | [ ]AM [ ]PM | [ ]AM [ ]PM | HRS | |
| | J A1 A2 A3+ | $ | $ | | [ ]AM [ ]PM | [ ]AM [ ]PM | HRS | |
| | J A1 A2 A3+ | $ | $ | | [ ]AM [ ]PM | [ ]AM [ ]PM | HRS | |
| | J A1 A2 A3+ | $ | $ | | [ ]AM [ ]PM | [ ]AM [ ]PM | HRS | |

NOTE: This form may be partially completed in advance and photocopied, leaving boxes "C" and "D" and columns 6 through 9 blank. Columns 6 through 9 must be completed IN INK for each daily submission

> It is unlawful to make false entries on this document. <
(iii) I Gowkarran Budhu hereby certify that the information in this form is complete and correct.

QUESTIONS ? WAGE COMPLAINTS ?
Call SCA's PREVAILING WAGE
"HOTLINE" at (718) 472 – 8100

This form must be signed and dated by an officer of _____
the firm after it has been signed by the employees.

Officer's Signature _____  Date: July 2021

SCA PM-15 Exhibit 4 (JAN. 96)