**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————

JUAN LOPEZ,
*on behalf of himself, FLSA Collective Plaintiffs*
*and the Class,*

Case No. 20-cv-09113

                    Plaintiff,

                    v.

THERMO TECH MECHANICAL, INC.,
GOWKARRAN BUDHU, and SHANTI BUDHU

**NOTICE OF PLAINTIFF'S**
**MOTION FOR CONDITIONAL**
**CERTIFICATION OF FLSA**
**COLLECTIVE AND FOR COURT**
**FACILITATION OF NOTICE**
**PURSUANT TO 29 U.S.C. § 216(b)**

                    Defendants.

———————————————————————————

Please take notice that upon the accompanying Memorandum of Law, Declaration, and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **EXHIBIT A**.

Dated: New York, New York                    Respectfully submitted,
          May 19, 2021

                                        By:     */s/ C.K. Lee*
                                                C.K. Lee, Esq. (CL 4086)
                                                Lee Litigation Group, PLLC
                                                148 West 24th Street, 8th Floor
                                                New York, NY 10011
                                                Tel: (212) 465-1188
                                                Fax: (212) 465-1181

                                                *Attorney for Plaintiff, FLSA Collective*
                                                *Plaintiffs and the Class*