# LEE LITIGATION GROUP, PLLC
24 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     (212) 465-1188
cklee@leelitigation.com

May 28, 2021

**Via ECF**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

           Re:     Reinstatement of Plaintiff's 216(b) Motion
                  *Lopez v. Thermo Tech Mechanical, Inc. et al.*
                  Case No.: 20-cv-9113-LTS-BCM

Dear Judge Swain:

       We are counsel to Plaintiff in the above-captioned case and apologize for overlooking Your Honor's certification requirements in connection with Plaintiff's 216(b) motion filed on May 19, 2021 (ECF Nos. 25-27). However, we have since conferred with opposing counsel, who is aware of the motion. We discussed whether this motion can be avoided. But opposing counsel does not consent to the motion and intends to oppose. Accordingly, we respectfully request that the Court reinstate Plaintiff's 216(b) motion. We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:  all parties via ECF