# LEE LITIGATION GROUP, PLLC
24 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

June 7, 2021

**Via ECF**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    Response to Defendants' request for an extension of time to oppose Plaintiff's 216(b) motion
*Lopez v. Thermo Tech Mechanical, Inc. et al.*
Case No.: 20-cv-9113-LTS-BCM

Dear Judge Swain:

      We are counsel to Plaintiff in the above-captioned case and write in response to Defendants' request for an extension of their time to oppose Plaintiff's 216(b) motion (ECF Nos. 25-27). That motion was reinstated by Your Honor on June 3, 2021, with a June 17, 2021, deadline for Defendants' opposition (ECF No. 32).

      Defendants have requested an extension of their time to oppose to August 2, 2021, on the grounds that they require additional time to amass documents showing that Plaintiff was not employed by them as an "HVAC … installation worker." However, we have discussed this matter with Defendants and they do not contend that Plaintiff was never an employee, but only that his role was not that of an HVAC installation worker. While this issue may have ramifications for Plaintiff's prevailing wage claims (for public works projects), it has no bearing on his FLSA time-shaving claims. Accordingly, we do not believe an August 2, 2021, deadline is warranted. However, we do not object to extending Defendants' deadline to July 9, 2021, provided that Plaintiff is then allowed two weeks to reply. We note that we have already agreed to extend the deadline for Defendants' discovery production, originally June 3, 2021, to June 11, 2021.

      We thank Your Honor for considering our position.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:  all parties via ECF