**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

Juan Lopez, *on behalf of himself, FLSA Collective*                Case No.: 20-cv-09113
*Plaintiffs and the Class*,

                                                *Plaintiff,*                **STIPULATION**

                        -against-

Thermo Tech Mechanical Inc. Gowkarran Budhu, and
Shanti Budhu,

                                                *Defendants.*
-----------------------------------------------------------------------X

          Defendants Thermo Tech Mechanical Inc., Gowkarran Budhu, and Shanti Budhu (collectively,

the "Defendants"), by their undersigned counsel, agree and stipulate with Juan Lopez (the "Plaintiff"),

by their attorney Lee Litigation Group, PLLC, as follows:

          IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants'

time to reply or otherwise respond to Plaintiff's Amended Complaint is extended through and

including **July 14, 2021**;

          IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to

personal jurisdiction due to improper service of process; and

          IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in

counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:   New York, New York
          June 23, 2021

LEE LITIGATION GROUP, PLLC.                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____            By:  */s/ Jason Mizrahi*_____
    C.K. Lee                                       Jason Mizrahi
    148 West 24th Street, 8th Floor                60 East 42nd Street, Suite 4700
    New York, NY 10011                             New York, New York 10165
    Tel. No. (212) 465-1180                        Tel. No.:  (212) 792-0048
    Email: cklee@leelitigation.com                 Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*                       *Attorneys for Defendants*