UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JUAN LOPEZ,

                           Plaintiff,

        -against-

THERMO TECH MECHANICAL INC. et al,

                         Defendants.
-------------------------------------------------------x

No. 20-CV-9113-LTS-BCM

## ORDER

The Court has received and reviewed Plaintiff's letter motion to reopen, dated May 17, 2022 (docket entry no. 46).  Any opposition to this motion by Defendants must be filed by June 1, 2022, and any reply by Plaintiff must be filed by June 8, 2022.  Should this case be reopened, motion practice will be conducted according to the applicable SDNY Local Rules and Judge Swain's Individual Rules.  This case shall remain referred to Magistrate Judge Barbara Moses for general pre-trial management.

SO ORDERED.

Dated: New York, New York
      May 18, 2022

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            Chief United States District Judge