# EXHIBIT 2

American Arbitration Association
Employment Arbitration Tribunal

---

AAA Case No. 01-21-0004-9203

Juan Lopez,

v.

Thermo Tech Mechanical, Inc., et al.

---

## ORDER OF THE ARBITRATOR

I the undersigned arbitrator, having been designated in accordance with the parties' Arbitration Agreement, hereby order as follows:

In accordance with the Employment Arbitration Rules and Mediation Procedures, Rule 46, the AAA may require the parties to deposit sums for arbitrator compensation and administrative fees in advance of the hearings. The parties were directed to deposit such sums by May 1, 2022.

The Association has advised that deposits were not received by that date. Therefore, in accordance with Rule 47, all administration on this matter is suspended until such time as full deposits are received.

The parties are given thirty (30) days from the date of this Order to comply with the deposit requirement, as directed by the AAA.

If full deposits are not received by the specified date, pursuant to Rule 47 the matter will be terminated.

s/Shira A. Scheindlin

Arbitrator

May 17, 2022



AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

Ann Lesser
Vice President
120 Broadway
21st Floor
New York, NY 10271

May 18, 2022

C.K. Lee, Esq.
Lee Litigation Group, PLLC 148 West 24th Street 8th Floor
New York, NY 10011
Via Email to: cklee@leelitigation.com

Jason Mizrahi
Levin-Epstein & Associates, P.C. 60 East 42nd Street Suite 4700
New York, NY 10165
Via Email to: Jason@levinepstein.com

Case Number: 01-21-0004-9203

Juan Lopez
-vs-
Thermo Tech Mechanical, Inc, Gowkarran Budhu, and
Shanti Budhu

Dear Parties:

This will confirm that the above referenced matter is being closed as Suspended as of the date of this letter.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

You will receive a survey within the next few weeks. Please take a moment to complete it as we value your opinion and any feedback you may have.

We appreciate the opportunity to assist you in resolving your dispute. As always, please do not hesitate to contact me if you have any questions.

Sincerely,
Maggie Lalowski
Director
Direct Dial: (212)484-3283
Email: MaggieLalowski@adr.org

cc:
James Jackson
Taylor Grasdalen
Zachary Mercado
Asher Klein

Hon. Shira Scheindlin