# EXHIBIT 3



Ann Lesser
Vice President
120 Broadway
21st Floor
New York, NY 10271

November 8, 2021

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street
8th Floor
New York, NY 10011
Via Email to: cklee@leelitigation.com

Jason Mizrahi
Levin-Epstein & Associates, P.C.
60 East 42nd Street
Suite 4700
New York, NY 10165
Via Email to: Jason@levinepstein.com

Case Number: 01-21-0004-9203

Juan Lopez
-vs-
Thermo Tech Mechanical, Inc, Gowkarran Budhu, and
Shanti Budhu

Dear Parties:

After careful consideration of the parties' contentions, the American Arbitration Association (the AAA) has determined that Gordon Walker will be removed as an arbitrator in the above matter. This determination was made in consultation with the appropriate case management personnel.

Inasmuch as there were no objections to the appointment of Hon. Shira Scheindlin, their appointment is hereby confirmed by the American Arbitration Association (the AAA).

Compensation to the arbitrator represents an independent obligation of the parties, and it is understood that the AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the AAA such sums of money as required by the case manager to defray the costs of the arbitrator(s) fees. Compensation incurred will be deducted from deposits on hand, if any.

Checks are to be made payable to the American Arbitration Association and submitted to the case manager.

Sincerely,
Maggie Lalowski
Case Administrator
Direct Dial: (212)484-3283
Email: MaggieLalowski@adr.org

Enclosure