# EXHIBIT 4

Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203



**CK Lee**
To: Jason Mizrahi <Jason@levinepstein.com>
Cc: Maggie Lalowski <LalowskiM@adr.org>; Asher Klein; James Jackson; Taylor Flowers +1 other

Thu 4/21/2022 6:39 PM

No, I will be asking for sanctions for all accrued fees to date if you don't proceed with arbitration and ask for a notice mailing to all employees who received an arb agreement that their arb agt is not valid.

CK Lee
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
cklee@leelitigation.com
Main: (212) 465-1180
Direct: (212) 465-1188
Fax: (212) 465-1181

...



**Jason Mizrahi** <Jason@levinepstein.com>
To: CK Lee
Cc: Maggie Lalowski <LalowskiM@adr.org>; Asher Klein; James Jackson; Taylor Flowers +1 other

Thu 4/21/2022 6:38 PM

CK,

I think the point of the call is that Judge Schneidlin's rates are prohibitively expensive. We simply cannot afford to pay her exorbitant rates.

We need to discuss how to resolve this with the AAA case administrator.

Thank you,
Jason

---

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*