# EXHIBIT 5

**RE: Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203**

Maggie Lalowski <LalowskiM@adr.org>
Thu 11/4/2021 2:45 PM

To: Jason Mizrahi <Jason@levinepstein.com>;CK Lee <cklee@leelitigation.com>
Cc: Asher Klein <asher@leelitigation.com>;Zachary Mercado <zachary@leelitigation.com>;James Jackson <james@leelitigation.com>;Taylor Flowers <taylor@leelitigation.com>

Thank you, the new arbitrator is in the process of submitting their oath and accepting the appointment.

Maggie



**Maggie Lalowski**
**Divisional Liaison**

American Arbitration Association

T: 212 484 3283  F: 212 307 4387  E: LalowskiM@adr.org
120 Broadway, 21st Floor, New York, NY 10271
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Wednesday, November 3, 2021 4:16 PM
**To:** CK Lee <cklee@leelitigation.com>; Maggie Lalowski <LalowskiM@adr.org>
**Cc:** Asher Klein <asher@leelitigation.com>; Zachary Mercado <zachary@leelitigation.com>; James Jackson <james@leelitigation.com>; Taylor Grasdalen <taylor@leelitigation.com>
**Subject:** RE: Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203

\*\*\* External E-Mail – Use Caution \*\*\*

We consent to Claimant's request.

---

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** CK Lee <cklee@leelitigation.com>
**Sent:** Tuesday, November 2, 2021 10:46 AM
**To:** Maggie Lalowski <LalowskiM@adr.org>
**Cc:** Jason Mizrahi <Jason@levinepstein.com>; Asher Klein <asher@leelitigation.com>; Zachary Mercado <zachary@leelitigation.com>; James Jackson <james@leelitigation.com>; Taylor Grasdalen <taylor@leelitigation.com>
**Subject:** Re: Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203

Jason pls confirm. Thanks

Sent from my iPhone

On Nov 2, 2021, at 8:49 AM, Maggie Lalowski <LalowskiM@adr.org> wrote:

Good Morning,

I will need opposing counsel to agree to remove the arbitrator and then the appointment of another will start.

Maggie Lalowski

<image78da04.PNG> **Maggie Lalowski**
**Divisional Liaison**

American Arbitration Association

T: 212 484 3283  F: 212 307 4387  E: LalowskiM@adr.org
120 Broadway, 21st Floor, New York, NY 10271
adr.org | icdr.org | aaamediation.org

<image5145d3.PNG>

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** CK Lee <cklee@leelitigation.com>
**Sent:** Monday, November 1, 2021 3:35 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Maggie Lalowski <LalowskiM@adr.org>; Asher Klein <asher@leelitigation.com>; Zachary Mercado <zachary@leelitigation.com>; James Jackson <james@leelitigation.com>; Taylor Grasdalen <taylor@leelitigation.com>
**Subject:** Re: Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203

*** External E-Mail – Use Caution ***

Maggie can we pick a new arbitrator if his schedule is so packed he can't reschedule until Friday ? This was already adjourned previously on short notice and then cancelled today. Thanks

Sent from my iPhone

> On Nov 1, 2021, at 3:26 PM, Jason Mizrahi <Jason@levinepstein.com> wrote:
>
> Counsel for Respondents is unavailable Thursday (11/4) through and including next Friday (11/12).
>
> Counsel for Respondents is available this Tuesday (11/2) or Wednesday (11/3), or a mutually convenient date and time the week of November 15.
>
> JM
>
> ---
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 60 East 42nd Street, Suite 4700
> New York, NY 10165
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170
> Email: Jason@levinepstein.com
>
> *The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*
>
> **From:** Maggie Lalowski <LalowskiM@adr.org>
> **Sent:** Monday, November 1, 2021 3:24 PM
> **To:** cklee@leelitigation.com; asher@leelitigation.com; zachary@leelitigation.com;

6/7/22, 10:32 AM

Case 1:20-cv-09113-LTS-BCM   Document 49-1   Filed 06/08/22   Page 6 of 16

james@leelitigation.com; taylor@leelitigation.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** Juan Lopez v. Thermo Tech Mechanical, Inc, Gowkarran Budhu, and - Case 01-21-0004-9203

Good Afternoon Counsel:

The arbitrator has emailed me his apologies, he was in the emergency room for a minor problem this morning and missed the scheduled call.

He has provided any time on Friday for a reschedule of the call. Please advise me of your availability as soon as you can.

Thank you,
Maggie Lalowski


<image001.png>  **Maggie Lalowski**
**Divisional Liaison**

American Arbitration Association

T: 212 484 3283   F: 212 307 4387   E: LalowskiM@adr.org   <image002.png>
120 Broadway, 21st Floor, New York, NY 10271
adr.org | icdr.org | aaamediation.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.