# EXHIBIT 9



**Asher Klein**

To: Jason Mizrahi <Jason@levinepstein.com>
Cc: AAA Maggie Lalowski <MaggieLalowski@adr.org>; James Jackson; AAA Carol Placella <CarolPlacella@adr.org>; Taylor Flowers; CK Lee

Tue 5/17/2022 9:59

Jason,

Judge Sheindlin already reduced her fees once. Also, Respondents advocated for her to be arbitrator all along until this point. Doesn't make sense.

Sent from my iPhone

> On May 17, 2022, at 9:51 AM, Jason Mizrahi <Jason@levinepstein.com> wrote:
>
> Hi Maggie,
>
> We have discussed this issue at length over the phone, multiple times.
>
> The current arbitrator's fees in this case are prohibitively expensive.
>
> We would request that another arbitrator, with reasonable fees be appointed, so we may continue.
>
> Thank you,
> Jason
>
> _____
>
> Jason Mizrahi, Esq.
> Levin-Epstein & Associates, P.C.
> 60 East 42nd Street, Suite 4700
> New York, NY 10165
> Phone: (212) 792-0048
> Mobile: (301) 758-7351
> Facsimile: (646) 786-3170
> Email: Jason@levinepstein.com

The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.