# EXHIBIT 10

**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

## INVOICE

For Professional Services Rendered and Disbursements Incurred through September 22, 2020

| Timekeepers | Hours | Rate | Fees |
|---|---|---|---|
| C.K. Lee | 8.00 | 1200.00 | 9,600.00 |
| Panning Cui | 6.70 | 275.00 | 1,842.50 |
| **Total Amount Due** | | | $ 11,442.50 |

# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM



## INVOICE

**For Professional Services Rendered and Disbursements Incurred**

| Timekeepers | Hours | Rate | Fees |
|---|---|---|---|
| C.K. Lee | 5.00 | 1200.00 | 6,000.00 |
| **Total Amount Due** | | $ | 6,000.00 |

## LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM



## INVOICE

For Professional Services Rendered and Disbursements Incurred

| Timekeepers | Hours | Rate | Fees |
|---|---|---|---|
| C.K. Lee | 15.00 | 1200.00 | 18,000.00 |
| **Total Amount Due** | | $ | 18,000.00 |