# EXHIBIT 11

**20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.***

**Timekeeper Summary:**

| Attorney | Position | Hours | Hourly Rate | Total |
|----------|----------|-------|-------------|-------|
| CKL | Partner | 9.3 | $800.00 | $ 7,440.00 |
| AK | Senior Counsel | 45.9 | $700.00 | $32,130.00 |
| RG | Associate, 6th year | 50.3 | $700.00 | $35,210.00 |
| JJ | Associate, 6th year | 64.1 | $600.00 | $38,460.00 |
| ZM | Associate, 3rd year | 10.4 | $450.00 | $ 4,680.00 |
| HK | Associate, 3rd year | 21.5 | $450.00 | $ 9,675.00 |
| AL | Paralegal | 7.2 | $275.00 | $ 1,980.00 |
| UK | Paralegal | 20.4 | $275.00 | $ 5,610.00 |

**Total:** **$135,085.00**

**Costs and Disbursements:**

| | |
|---|---|
| Filing Fee Federal Case | $400.00 |
| Arbitration Filing Fee | $300.00 |
| Service | $95.00 |
| Depositions | $1,453.25 |
| Mailing | $8.25 |
| Printing | $66.30 |
| **Total** | $2,321.80 |

**Total: $137,506.80**

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: C.K. Lee, Partner

Date:  7/2/21          Case:  Thermo Tech     Hours Worked:     0.5
Commented to draft of arbitration demand

Date:  7/6/21          Case:  Thermo Tech     Hours Worked:     0.3
Commented to revised draft of arbitration demand

Date:  7/19/21         Case:  Thermo Tech     Hours Worked:     0.5
Commented to revised arbitration demands

Date:  9/20/21         Case:  Thermo Tech     Hours Worked:     0.2
Internal discussion with JJ re selection of arbitrator

Date:  11/1/21         Case:  Thermo Tech     Hours Worked:     0.4
Internal discussion with AK re arb management conference

Date:  1/7/22          Case:  Thermo Tech     Hours Worked:     0.5
Commented to draft of discovery responses

Date:  1/31/22         Case:  Thermo Tech     Hours Worked:     0.2
Commented to draft of discovery dispute letter

Date:  4/18/22         Case:  Thermo Tech     Hours Worked:     0.2
Internal discussion with JJ re: draft letter to Arbitrator re dispute

Date:  4/27/22         Case:  Thermo Tech     Hours Worked:     0.2
Internal discussion with JJ re call with AAA

Date:  4/29/22         Case:  Thermo Tech     Hours Worked:     0.2
Internal discussion with JJ and AK re call with AAA

Date:  5/18/22         Case:  Thermo Tech     Hours Worked:     1.0
Commented to draft of motion to reopen fed case and request sanctions (0.5), internal discussion with AK (0.5)

Date:  6/8/22          Case:  Thermo Tech     Hours Worked:     1.0
Commented to Reply draft

Date:  6/20/22         Case:  Thermo Tech     Hours Worked:     0.1
Internal discussion with JJ re joint letter draft

Date:  7/5/22          Case:  Thermo Tech     Hours Worked:     0.2
Internal discussion with JJ re call with Df

Date:  7/8/22              Case:  Thermo Tech        Hours Worked:       0.2
       Commented to draft letter

Date:  7/15/22            Case:  Thermo Tech        Hours Worked:       3.6
       Commented to draft of sanctions motion (1.0), commented to revised drafts (1.8), internal
       discussion with JJ re sanctions motion (0.5), internal discussion with RG re sanctions
       motion (0.3)

                                                    Total 9.3 HOURS

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: Asher A. Klein, Senior Counsel

Date: 12/27/21          Case:  Thermo Tech          Hours Worked:          0.2
Reviewed casefile

Date: 10/11/21          Case:  Thermo Tech          Hours Worked:          0.7
Reviewed class and collective action for proposed scheduling order

Date: 10/13/21          Case:  Thermo Tech          Hours Worked:          1.3
Reviewed Case Management Plan to Arbitrator

Date: 10/15/21          Case:  Thermo Tech          Hours Worked:          0.8
Reviewed Case Management Plan to Arbitrator

Date: 10/19/21          Case:  Thermo Tech          Hours Worked:          0.3
Reviewed correspondence regarding initial arbitrator conference

Date: 10/22/21          Case:  Thermo Tech          Hours Worked:          0.2
Correspondence with arbitrator re management conference scheduling

Date: 10/27/21          Case:  Thermo Tech          Hours Worked:          0.4
Reviewed correspondence regarding arbitration management conference

Date: 10/28/21          Case:  Thermo Tech          Hours Worked:          0.2
Reviewed correspondence regarding arbitration management conference

Date: 11/1/21          Case:  Thermo Tech          Hours Worked:          1.8
Reviewed arbitration demand and discovery in preparation for management conf

Date: 11/1/21          Case:  Thermo Tech          Hours Worked:          0.2
Appeared at arbitration management conference

Date: 11/2/21          Case:  Thermo Tech          Hours Worked:          0.3
Reviewed correspondence regarding arbitrator change

Date: 11/4/21          Case:  Thermo Tech          Hours Worked:          0.2
Reviewed correspondence re arbitrator change

Date: 11/8/21          Case:  Thermo Tech          Hours Worked:          0.1
Reviewed correspondence re arbitrator change

Date: 11/10/21          Case:  Thermo Tech          Hours Worked:          0.2
Reviewed correspondence re management conference scheduling

Date: 11/12/21          Case:  Thermo Tech          Hours Worked:          0.2
Reviewed correspondence regarding management conference scheduling

Date: 11/15/21          Case:  Thermo Tech          Hours Worked:          0.3
Correspondence with opposing counsel regarding discovery

Date: 11/16/21          Case:  Thermo Tech          Hours Worked:          1.6
Reviewed arbitration demand and damages calc for management conference

Date: 11/16/21          Case:  Thermo Tech          Hours Worked:          0.9
Appeared at arbitration management conference

Date: 11/19/21          Case:  Thermo Tech          Hours Worked:          0.3
Reviewed correspondence from Arbitrator re management conference order

Date: 11/30/21          Case:  Thermo Tech          Hours Worked:          0.1
Call with opposing counsel re settlement

Date: 12/1/21          Case:  Thermo Tech          Hours Worked:          1.7
Reviewed discovery demands to Respondents

Date: 12/21/21          Case:  Thermo Tech          Hours Worked:          0.9
Reviewed Plaintiff's responses to discovery demands

Date: 12/22/21          Case:  Thermo Tech          Hours Worked:          0.4
Reviewed revisions to discovery demands

Date: 1/4/22          Case:  Thermo Tech          Hours Worked:          0.9
Reviewed initial discovery responses

Date: 1/7/22          Case:  Thermo Tech          Hours Worked:          1.7
Discovery responses and objections

Date: 1/12/22          Case:  Thermo Tech          Hours Worked:          0.3
Correspondence with opposing counsel re deposition scheduling

Date: 1/14/22          Case:  Thermo Tech          Hours Worked:          0.6
Call with opposing counsel re settlement

Date: 1/31/22          Case:  Thermo Tech          Hours Worked:          0.7
Reviewed discovery dispute letter to arbitrator

Date: 2/23/22          Case:  Thermo Tech          Hours Worked:          0.2
Correspondence with opposing counsel regarding deposition of Respondent

Date:  3/2/22          Case:  Thermo Tech        Hours Worked:      9.8
Preparation and appearance at deposition of Respondent

Date:  3/10/22         Case:  Thermo Tech        Hours Worked:      0.4
Correspondence with opposing counsel regarding settlement

Date:  3/15/22         Case:  Thermo Tech        Hours Worked:      0.9
Reviewed witness list to arbitrator

Date:  3/16/22         Case:  Thermo Tech        Hours Worked:      0.4
Correspondence with opposing counsel regarding settlement

Date:  3/22/22         Case:  Thermo Tech        Hours Worked:      1.7
Reviewed discovery deficiency letter to Respondents

Date:  3/29/22         Case:  Thermo Tech        Hours Worked:      0.4
Reviewed correspondence regarding discovery extension request

Date:  4/5/22          Case:  Thermo Tech        Hours Worked:      1.7
Prepared for and appeared at discovery status conference with arbitrator

Date:  4/11/22         Case:  Thermo Tech        Hours Worked:      0.3
Correspondence with opposing counsel regarding settlement

Date:  4/27/22         Case:  Thermo Tech        Hours Worked:      0.6
Correspondence with arbitrator regarding fee dispute

Date:  4/29/22         Case:  Thermo Tech        Hours Worked:      0.5
Call with administrator and opposing counsel regarding fees

Date:  5/2/22          Case:  Thermo Tech        Hours Worked:      0.6
Correspondence with opposing counsel and arbitrator regarding fees

Date:  5/13/22         Case:  Thermo Tech        Hours Worked:      0.5
Call with opposing counsel regarding settlement

Date:  5/17/22         Case:  Thermo Tech        Hours Worked:      0.4
Correspondence with opposing counsel and arbitrator regarding fees

Date:  5/18/22         Case:  Thermo Tech        Hours Worked:      2.8
Reviewed motion to re-open federal matter and request sanctions

Date:  6/1/22          Case:  Thermo Tech        Hours Worked:      1.2
Reviewed opposition letter to re-opening federal matter

Date:  6/7/22            Case:  Thermo Tech         Hours Worked:     2.9
        Reviewed Reply to Opposition to Motion to re-open and sanctions

Date:  6/8/22            Case:  Thermo Tech         Hours Worked:     1.4
        Reviewed revisions to Reply to Opposition to re-open and sanctions

Date:  6/15/22           Case:  Thermo Tech         Hours Worked:     1.9
        Reviewed joint status letter to court

                                                    Total = 45.9 Hours

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: Rony Guldmann, 6th-Year Associate

Date:   Aug. 28, 2020          Case:   Thermo Tech          Hours Worked: 1.1
Analyzed Plaintiff's intake

Date:   Aug. 28, 2020          Case:   Thermo Tech          Hours Worked: 1.6
Researched right to bring action for prevailing wage claims

Date:   Aug. 31, 2020          Case:   Thermo Tech          Hours Worked: 3.4
Drafted complaint

Date:   Sept. 1, 2020          Case:   Thermo Tech          Hours Worked: 4.1
Drafted complaint

Date:   Sept. 4, 2020          Case:   Thermo Tech          Hours Worked: 1.1
Revised complaint after CKL review

Date:   October 28, 2020       Case:   Thermo Tech          Hours Worked: 0.7
Finalized complaint for filing

Date:   Jan. 19, 2021          Case:   Thermo Tech          Hours Worked: 0.2
Corresponded with Panning regarding defendant's default

Date:   Feb. 2, 2021           Case:   Thermo Tech          Hours Worked: 0.2
Corresponded with Panning regarding defendant's default

Date:   March 10, 2020         Case:   Thermo Tech          Hours Worked: 1.4
Reviewed defendant's answer

Date:   March 16, 2020         Case:   Thermo Tech          Hours Worked: 2.7
Drafted discovery requests

Date:   March 17, 2020         Case:   Thermo Tech          Hours Worked: 1.4
Drafted discovery requests

Date:   March 19, 2020         Case:   Thermo Tech          Hours Worked: 1.1
revised discovery requests

Date:   March 24, 2021         Case:   Thermo Tech          Hours Worked: 1.3
Drafted proposed pre-conference statement

Date:   March 24, 2021         Case:   Thermo Tech          Hours Worked: 0.8
Rule 26 call

Date:   March 29, 2021               Case:   Thermo Tech          Hours Worked: 0.2
Reviewed Defendant's proposed revision to pre-conference statement

Date: April 1, 2021                  Case:   Thermo Tech          Hours Worked: 0.8
Revised discovery requests

Date: May 3, 2021                    Case:   Thermo Tech          Hours Worked: 1.4
Reviewed Defendant's discovery requests

Date: May 3, 2021                    Case:   Thermo Tech          Hours Worked: 4.9
Drafted 216(b) motion

Date: May 4, 2021                    Case:   Thermo Tech          Hours Worked: 1.1
Drafted requests for admission

Date: May 4, 2021                    Case:   Thermo Tech          Hours Worked: 2.9
Drafted Plaintiff's 216(b) affidavit

Date: May 5, 2021                    Case:   Thermo Tech          Hours Worked: 1.4
Reviewed/revised Agnes Lopez draft of responses to defendant's discovery requests

Date: May 5, 2021                    Case:   Thermo Tech          Hours Worked: 4.4
drafted 216(b) motion

Date: May 10, 2021                   Case:   Thermo Tech          Hours Worked: 2.9
Revised 216(b) documents

Date:   May 12, 2021                 Case:   Thermo Tech          Hours Worked: 1.1
Reviewed/revised responses to discovery requests

Date:   May 14, 2021                 Case:   Thermo Tech          Hours Worked: 0.4
Drafted first amended complaint

Date:   May 17, 2021                 Case:   Thermo Tech          Hours Worked: 3.8
Reviewed defendant's discovery production

Date:   May 28, 2021                 Case:   Thermo Tech          Hours Worked: 0.3
Drafted letter motion to reopen 216(b) motion

Date:   June 7, 2021                 Case:   Thermo Tech          Hours Worked: 0.2
Drafted response to defendant's motion for extension of time to oppose 216(b)

Date:   June 7, 2021                 Case:   Thermo Tech          Hours Worked: 0.8
Meet and confer with defendants

Date:   June 16, 2021               Case:   Thermo Tech          Hours Worked: 0.2
Corresponded with defendants about depositions

Date:   June 16, 2021               Case:   Thermo Tech          Hours Worked: 0.8
Reviewed defendants responses to discovery requests

Date:   June 23, 2021               Case:   Thermo Tech          Hours Worked: 1.3
Researched case law regarding arbitration clauses that impose excessive costs on plaintiffs

Date: June 30, 2021                 Case:   Thermo Tech          Hours Worked: 0.3
Drafted stipulation of dismissal with waiver of certain arbitration provisions

Total = 50.3 Hours

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: James Jackson, Associate 6th Year

Date:  9/16/21          Case:  Thermo Tech          Hours Worked:          0.5
Review casefile; draft conflicts checklist

Date:  9/17/21          Case:  Thermo Tech          Hours Worked:          0.3
Review case initiating materials from AAA; analyze resumes of potential arbitrators; email corr w/opp counsel; setting up call

Date:  9/20/21          Case:  Thermo Tech          Hours Worked:          0.3
Internal comm w/CK re arb selection; conf call w/opp counsel re same; draft email to AAA re arb selection

Date:  9/20/21          Case:  Thermo Tech          Hours Worked:          0.1
Email corr w/opp counsel re arbitrator selection

Date:  9/23/21          Case:  Thermo Tech          Hours Worked:          0.3
Finalize and send initiating docs to send to AAA

Date:  9/23/31          Case:  Thermo Tech          Hours Worked:          0.3
Analyze and review Respondent Response to Demand

Date:  9/29/21          Case:  Thermo Tech          Hours Worked:          0.1
Review email corr/ case file/to do list re case status and tasks

Date:  10/5/21          Case:  Thermo Tech          Hours Worked:          2.5
Analyze complaint and case file; revising disc package; draft email to AAA re employer fees and status

Date:  10/7/21          Case:  Thermo Tech          Hours Worked:          0.4
Finalize and serve Disc Package

Date:  10/14/21          Case:  Thermo Tech          Hours Worked:          0.4
Draft Case Management Plan; email corr w/opp counsel re same; internal discussion w/AK re proposal; finalizing and sending to AAA

Date:  11/1/21          Case:  Thermo Tech          Hours Worked:          0.3
Conference call w/opp counsel and AAA re management conference call w/arbitrator; email correspondence w/AK re proposed schedule

Date:  11/12/21          Case:  Thermo Tech          Hours Worked:          0.3
Draft email to opp counsel re dep dates and discovery responses; reviewed case discovery status

Date: 11/16/21          Case:  Thermo Tech          Hours Worked:          0.8
Email correspondence w/AAA and DF counsel re case management conf; and draft CMP; draft email to Arbitrator re claims

Date: 12/21/21          Case:  Thermo Tech          Hours Worked:          0.3
Email correspondence w/DF counsel re deps

Date: 1/10/22          Case:  Thermo Tech          Hours Worked:          0.3
Email correspondence w/DF counsel re scheduling deps

Date: 1/19/20          Case:  Thermo Tech          Hours Worked:          0.3
Email correspondence and phone call w/DF counsel re deps; reviewing CMP

Date: 1/25/22          Case:  Thermo Tech          Hours Worked:          0.7
Draft discovery dispute letter to arbitrator; compile exhibits and file with arbitrator

Date: 1/31/22          Case:  Thermo Tech          Hours Worked:          1.1
Draft letter to arbitrator re Order and continued disc dispute; compile exhibits; draft email to Arbitrator and DF

Date: 1/31/22          Case:  Thermo Tech          Hours Worked:          0.6
Analyze Arb agreement and Employee Manual

Date: 2/24/22          Case:  Thermo Tech          Hours Worked:          1.0
Compile docs for deposition of DF

Date: 2/25/22          Case:  Thermo Tech          Hours Worked:          2.0
Review pleadings and written discovery in fed case and arb; compile for AK review

Date: 2/25/22          Case:  Thermo Tech          Hours Worked:          2.3
Review case file and production

Date: 2/28/22          Case:  Thermo Tech          Hours Worked:          1.2
Analyze PF production re DF violations and exhibits

Date: 2/28/22          Case:  Thermo Tech          Hours Worked:          2.2
Analyze DF production for 2016; 2017 and 2018 for violations

Date: 2/28/22          Case:  Thermo Tech          Hours Worked:          2.4
Compile sampling of DF violations for 2016, 2017 and 2018

Date: 2/28/22          Case:  Thermo Tech          Hours Worked:          0.5
Review all sampling w/AK

Date: 2/28/22          Case:  Thermo Tech          Hours Worked:          0.8
Compile AK exhibits for dep of corp rep

Date:  2/28/22          Case:  Thermo Tech          Hours Worked:      0.6
Draft summary of dep exhibits for AK; compile and finalize electronic exhibits

Date:  3/1/22           Case:  Thermo Tech          Hours Worked:      2.0
Compile hard copies of all exhibits for Dep of GB

Date:  3/2/22           Case:  Thermo Tech          Hours Worked:      0.4
Internal comm w/AK re dep; compile electronic exhibits and correspondence w/DF
counsel re same

Date:  3/15/22          Case:  Thermo Tech          Hours Worked:      0.6
Review Scheduling Orders and deadlines; Draft Witness List; Correspond w/Court
Reporter re Transcript

Date:  3/16/22          Case:  Thermo Tech          Hours Worked:      0.2
Email corr w/DF counsel re transcript; email corr w/court reporter re same

Date:  3/21/22          Case:  Thermo Tech          Hours Worked:      1.0
Review DF Production and Disc Responses; Draft Deficiency Letter

Date:  3/21/22          Case:  Thermo Tech          Hours Worked:      0.3
Internal comm w/AK; incorporate AK comments to Letter; Draft email and serve on DF

Date:  3/30/22          Case:  Thermo Tech          Hours Worked:      0.2
Email corr w/DF counsel re hearing and disc deficiency

Date:  4/4/22           Case:  Thermo Tech          Hours Worked:      0.8
Prep for conference w/Arbitrator; review discovery dispute letters and corr w/DF

Date:  4/5/22           Case:  Thermo Tech          Hours Worked:      0.5
Conference with Arbitrator

Date:  4/18/22          Case:  Thermo Tech          Hours Worked:      1.4
Draft letter to Arbitrator re DF conduct and disc dispute; internal comm w/CK re same

Date:  4/18/22          Case:  Thermo Tech          Hours Worked:      0.8
Compile exhibits for letter to Arbitrator

Date:  4/27/22          Case:  Thermo Tech          Hours Worked:      0.3
Call w/AAA re case status and conf call; internal comm w/CK

Date:  4/29/22          Case:  Thermo Tech          Hours Worked:      0.3
Email comm w/AAA and DF counsel re conf call; internal comm w/CK and AK re same

Date:  5/16/22          Case:  Thermo Tech          Hours Worked:      0.3

Email corr to AAA re DF fees and case status; review prior correspondence

Date: 5/17/22          Case: Thermo Tech          Hours Worked:          1.0
Draft letter motion re reopen; sanctions and to invalidate arb agreements

Date: 6/1/22          Case: Thermo Tech          Hours Worked:          0.4
Analyze DF Opposition Motion and case law

Date: 6/3/22          Case: Thermo Tech          Hours Worked:          0.7
Analyze DF Opposition motion and research case law cited by DF

Date: 6/3/22          Case: Thermo Tech          Hours Worked:          0.5
Draft outline and notes for PF Reply

Date: 6/6/22          Case: Thermo Tech          Hours Worked:          1.1
Research re case law for Reply to DF Opp

Date: 6/6/22          Case: Thermo Tech          Hours Worked:          0.8
Research Individual Rules and opinions re same

Date: 6/7/22          Case: Thermo Tech          Hours Worked:          2.7
Draft reply to DF Opp

Date: 6/7/22          Case: Thermo Tech          Hours Worked:          0.8
Review corr w/DF and AAA re exhibits; prepare exhibits

Date: 6/7/22          Case: Thermo Tech          Hours Worked:          0.4
Incorporate AK comments to Reply and internal comm w/AK re same

Date: 6/8/22          Case: Thermo Tech          Hours Worked:          0.8
Incorporate CK comments to Reply and draft additional language

Date: 6/8/22          Case: Thermo Tech          Hours Worked:          0.6
Finalize Reply and exhibits; internal comm w/UK re filing

Date: 6/15/22          Case: Thermo Tech          Hours Worked:          0.3
Analyze Judge's Rules and Order

Date: 6/15/22          Case: Thermo Tech          Hours Worked:          1.1
Draft joint report to Court

Date: 6/15/22          Case: Thermo Tech          Hours Worked:          0.4
Incorporate AK comments to Joint report draft and furhter revise

Date: 6/20/22          Case: Thermo Tech          Hours Worked:          0.3
Email comm w/DF counsel re joint letter; internal comm w/CK re same

Date:  7/5/22            Case:  Thermo Tech        Hours Worked:       0.3
       Prep for call w/DF and internal comm w/CK re same

Date:  7/5/22            Case:  Thermo Tech        Hours Worked:       0.3
       Call w/DF

Date:  7/8/22            Case:  Thermo Tech        Hours Worked:       0.3
       Revise letter per DF and CK comments and finalize for filing

Date:  7/13/22           Case:  Thermo Tech        Hours Worked:       1.0
       Analyze case law re Sanctions MOL

Date:  7/13/22           Case:  Thermo Tech        Hours Worked:       0.8
       Analyze all correspondence in Arb and federal case re rates and fees

Date:  7/13/22           Case:  Thermo Tech        Hours Worked:       0.8
       Analyze federal docket and prior proceedings

Date:  7/14/22           Case:  Thermo Tech        Hours Worked:       1.0
       Draft outline for MOL

Date:  7/14/22           Case:  Thermo Tech        Hours Worked:       1.3
       Draft MOL fact section

Date:  7/14/22           Case:  Thermo Tech        Hours Worked:       3.3
       Draft MOL legal argument and research additional case law

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       0.5
       Compile exhibits for MOL

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       2.2
       Continue drafting MOL and internal comm w/RG re arb provisions and prior corr w/DF

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       0.7
       Draft supplemental motion docs

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       4.0
       Revise MOL and incorporate CK comments

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       3.0
       Revise calculations and supplemental docs for MOL

Date:  7/15/22           Case:  Thermo Tech        Hours Worked:       1.5
       Compile additional exhibits for MOL and incorporate language to MOL re same

                                                   Total = 55.6 Hours

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: Zachary Mercado, Associate, 3rd Year

| 7/1/21 | Case: Thermo Tech | Hours Worked: | 0.2 |
| Reviewed stipulation, initiated review of case for change from court to arbitration |

| 7/1/21 | Case: Thermo Tech | Hours Worked: | 1.4 |
| Reviewed case documents and began drafting Arbitration Demand |

| 7/2/21 | Case: Thermo Tech | Hours Worked: | 1.5 |
| Revise and Review AAA Arbitration Demand |

| 7/2/21 | Case: Thermo Tech | Hours Worked: | 1.2 |
| Revise and Review AAA Arbitration Demand |

| 7/6/21 | Case: Thermo Tech | Hours Worked: | 0.5 |
| Review and Revise Arbitration Demand |

| 7/8/21 | Case: Thermo Tech | Hours Worked: | 0.1 |
| Review case for upcoming deadlines and recent filings |

| 7/8/21 | Case: Thermo Tech | Hours Worked: | 0.6 |
| Arbitration Demand Draft -- FLSA claim |

| 7/8/21 | Case: Thermo Tech | Hours Worked: | 0.4 |
| Arbitration Demand Draft -- NYLL claim |

| 7/8/21 | Case: Thermo Tech | Hours Worked: | 0.5 |
| Arbitration Demand Draft -- Breach of Contract Claims |

| 7/19/21 | Case: Thermo Tech | Hours Worked: | 0.1 |
| Review Claims and Organize for Class/Collective Action |

| 7/19/21 | Case: Thermo Tech | Hours Worked: | 2.0 |
| Review Claims and Revise Arb Demands |

| 7/19/21 | Case: Thermo Tech | Hours Worked: | 0.2 |
| Redraft Arb Demands |

| 7/20/21 | Case: Thermo Tech | Hours Worked: | 0.1 |
| Review Arbitration Demands and leave with CK for review |

| 7/26/21 | Case: Thermo Tech | Hours Worked: | 0.7 |
| File Arbitration Demand and send to opposing counsel |

9/8/21             Case:   Thermo Tech        Hours Worked:      0.1
        Review initiating docs

9/9/21             Case:   Thermo Tech        Hours Worked:      0.4
        Review docs for calculation

10/11/21           Case:   Thermo Tech        Hours Worked:      0.1
        Review case status

10/18/21           Case:   Thermo Tech        Hours Worked:      0.4
        Review case status

10/27/21           Case:   Thermo Tech        Hours Worked:      0.2
        Review correspondence re scheduling


                                              Total = 10.4 Hours

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: Helen Kim, Associate, 3rd Year

Date:   12/16/21          Case:   Thermo Tech        Hours Worked:        0.5
Further preparation of discovery responses

Date:   12/17/21          Case:   ThermoTech         Hours Worked:        1.5
Further draft discovery responses

Date:   12/17/21          Case:   Thermo Tech        Hours Worked:        0.9
Further draft responses to request for interrogatories

Date:   12/17/21          Case:   Thermo Tech        Hours Worked:        1.2
Further draft responses to request for document production

Date:   12/17/21          Case:   Thermo Tech        Hours Worked:        1.3
Further review documents being produced including documents produced in the prior
litigation to prepare discovery responses

Date:   12/21/21          Case:   Thermo Tech        Hours Worked:        1.7
Review documents being produced, as well as documents produced by
Defendants/Respondents in the previous litigation to prepare document production

Date:   12/21/21          Case:   Thermo Tech        Hours Worked:        0.9
Finalize answers to interrogatories

Date:   12/21/21          Case:   Thermo Tech        Hours Worked:        0.9
Finalize answers to document production

Date:   12/23/21          Case:   Thermo Tech        Hours Worked:        1.8
Review and analysis of documents served by defendants in the prior litigation to prepare
the discovery responses

Date:   12/23/21          Case:   Thermo Tech        Hours Worked:        1.2
Amend discovery responses

Date:   12/23/21          Case:   Thermo Tech        Hours Worked:        0.3
E-mail correspondence to client re: discovery responses

Date:   12/23/21          Case:   Thermo Tech        Hours Worked:        0.2
E-mail correspondence to client re: discovery responses

Date:   12/23/21          Case:   Thermo Tech        Hours Worked:        0.1
E-mail correspondence to client re: discovery responses

Date:  12/23/21          Case:  Thermo Tech          Hours Worked:          0.1
E-mail correspondence to client re: discovery responses

Date:  12/23/21          Case:  Thermo Tech          Hours Worked:          0.2
Telephone conference with client re: discovery responses

Date:  12/29/21          Case:  Thermo Tech          Hours Worked:          0.2
Telephone conference with client re: discovery responses and potential new case

Date:  12/29/21          Case:  Thermo Tech          Hours Worked:          1.3
Analysis of the documents to prepare calculations of the prevailing wage overtime

Date:  12/29/21          Case:  Thermo Tech          Hours Worked:          1.4
Research re: prevailing wage rate for Claimant for different years and roles

Date:  12/30/21          Case:  Thermo Tech          Hours Worked:          0.3
Amend discovery responses

Date:  1/3/22          Case:  Thermo Tech          Hours Worked:          2.9
Further draft and finalize responses to discovery for submission

Date:  1/3/22          Case:  Thermo Tech          Hours Worked:          2.2
Further review of the documents to be produced to finalize discovery requests

Date:  1/3/22          Case:  Thermo Tech          Hours Worked:          0.2
E-mail correspondence to opposing counsel re: Claimant's response to interrogatories and
notice to produce

Date:  1/3/22          Case:  Thermo Tech          Hours Worked:          0.2
E-mail correspondence to opposing counsel re: Bate-stamped documents


Total = 21.5 Hours

20-cv-9113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al.*

Timekeeper: Agnes F. Lopez, Paralegal, 2021

Date:  5/3/2021          Case:  Thermo Tech       Hours Worked:     2.5
       Answer to DFs request production of docs and interrogatories

Date:  5/7/2021          Case:  Thermo Tech       Hours Worked:     1.8
       Translate Spanish

Date:  5/7/2021          Case:  Thermo Tech       Hours Worked:     1.0
       Production of Docs + bates

Date:  5/10/2021         Case:  Thermo Tech       Hours Worked:     0.8
       Bates - Doc production and draft answer

Date:  5/10/2021         Case:  Thermo Tech       Hours Worked:     0.5
       Translate new declaration

Date:  5/12/2021         Case:  Thermo Tech       Hours Worked:     0.6
       Doc production

                                                  Total =  7.2 Hours

20-cv-09113 (AAA Case No. 01-21-0004-9203) | *Lopez v. Thermo Tech Mechanical, Inc., et al*

Timekeeper: Ulysses Kim, Paralegal

Date: 10/29/2020        Case:  Thermo Tech        Hours Worked:        1.3
Researched DF entity; revised complaint; corresponded w/ RG re: entity issue, revisions; drafted initial docs

Date: 10/30/2020        Case:  Thermo Tech        Hours Worked:        1.0
Revised docs to be filed; filed

Date: 11/2/2020        Case:  Thermo Tech        Hours Worked:        0.1
Corresponded w/ LA re: summons issued

Date: 12/24/2020        Case:  Thermal Tech        Hours Worked:        0.2
Drafted notice of appearance for AS

Date: 12/31/2020        Case:  Thermal Tech        Hours Worked:        0.1
Revised notice of appearance for AS; filed

Date: 3/18/2021        Case:  Thermal Tech        Hours Worked:        0.1
Corresponded w/ CKL re: call; circulated call info

Date: 3/24/2021        Case:  Thermal Tech        Hours Worked:        0.1
Corresponded w/ CKL re: conference call; corresponded w/ TN re: conference call

Date: 3/29/2021        Case:  Thermal Tech        Hours Worked:        0.1
Corresponded w/ CKL re: pre-conference letter; filed

Date: 5/7/2021        Case:  Thermal Tech        Hours Worked:        0.4
Corresponded w/ RG re: redactions; redacted files, sent to RG

Date: 5/12/2021        Case:  Thermal Tech        Hours Worked:        1.1
Corresponded w/ AL re: bates-stamping; bates-stamped docs and sent to AL

Date: 5/17/2021        Case:  Thermal Tech        Hours Worked:        0.8
Corresponded w/ RG re: FAC; drafted summons; prepared docs for filing; filed

Date: 5/18/2021        Case:  Thermal Tech        Hours Worked:        0.1
Corresponded w/ TG re: case status

Date: 9/9/2021        Case:  Thermal Tech        Hours Worked:        0.3
Corresponded w/ ZM re: class calcs, DF production

Date: 10/13/2021        Case: Thermal Tech        Hours Worked:        1.2
Corresponded w/ JJ re: class calcs, DF production; analyzed DF production, calculated damages

Date: 12/29/2021        Case: Thermo Tech        Hours Worked:        1.5
Corresponded w/ HK re: calcs, DF production; analyzed DF production, calculated damages

Date: 12/30/2021        Case: Thermo Tech        Hours Worked:        5.5
Analyzed DF production, calculated damages

Date: 1/3/2022        Case: Thermo Tech        Hours Worked:        4.0
Analyzed DF production, calculated damages

Date: 1/4/2022        Case: Thermo Tech        Hours Worked:        1.5
Analyzed DF production, calculated damages; sent to HK, AK for review

Date: 1/25/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: exhibit prep; prepared exhibit for filing, sent to JJ

Date: 1/31/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: exhibit prep; prepared exhibit, sent to JJ

Date: 2/24/2022        Case: Thermo Tech        Hours Worked:        0.2
Corresponded w/ AK, JJ re: dep scheduling; corrseponded w/ Transperfect re: dep scheduling

Date: 3/1/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: dep confirmation; corresponded w/ Transperfect re: dep confirmation

Date: 3/2/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: dep; corresponded w/ Transperfect re: dep info

Date: 5/17/2022        Case: Thermo Tech        Hours Worked:        0.2
Corresponded w/ JJ re: letter motion filing; filed

Date: 6/8/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: reply letter; filed

Date: 7/8/2022        Case: Thermo Tech        Hours Worked:        0.1
Corresponded w/ JJ re: joint status report; filed

Total = 20.4 Hours