# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

November 22, 2022

**Via ECF**
Hon. Laura T. Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Lopez v. Thermo Tech Mechanical, Inc., et al.*
Case No.: 20-cv-9113 (LTS) (BCM)

Dear Judge Swain:

We are counsel to Plaintiff and write to provide a status update on the outcome of the mediation and settlement talks pursuant to Your Honor's text Order, dated November 17, 2022.

The parties engaged in a mediation on November 17, 2022, with Mr. Michael McDermott, Esq. The mediation was not successful.

In view of the foregoing, Plaintiff respectfully requests to renew his previous request to reinstate his motion for conditional collective certification, which Your Honor denied without prejudice pending the results of the mediation. (Dkt. No. 52).

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF