UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JUAN LOPEZ

  -v-                                                        No.   20-CV-9113-LTS-BCM

THERMO TECH MECHANICAL INC. et al,

      Defendants.

-------------------------------------------------------x

## Order

      Plaintiff's request to reinstate his previous motion for conditional collective certification (docket entry no. 62) is hereby granted, effective as of December 5, 2022. This case remains referred to Magistrate Judge Barbara Moses for general pre-trial management, and the motion for conditional collective certification shall be handled by Judges Moses pursuant to this reference.

      Defendants' request for a phone conference to discuss mediation (docket entry no. 63) is denied in light of mediation confidentiality, but the Court encourages the parties to continue to confer and negotiate, with or without the assistance of a mediator.

      SO ORDERED.

Dated: New York, New York
       December 2, 2022

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge