UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JUAN LOPEZ

  -v-                                                No.   20-CV-9113-LTS-BCM

THERMO TECH MECHANICAL INC. et al,

        Defendants.

-------------------------------------------------------x

ORDER

        Plaintiff's request for leave to amend (DE 72) is denied, without prejudice to renewal within 14 days of the date of issuance of this Order.  Any such renewed motion must be in compliance with the SDNY Local Rules governing motion practice, and must include a copy of the proposed Second Amended Complaint as well as a redlined copy of the proposed pleading showing all changes made from the First Amended Complaint.

        Defendants' pending motion for judgment on the pleadings (DE 69) is denied without prejudice to renewal as against any allowed Second Amended Complaint or, if no timely proposed Second Amended Complaint is filed, without prejudice to reinstatement.

        This Order resolves docket entry numbers 69 and 72.


    SO ORDERED.

Dated: New York, New York
       January 17, 2023

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge