UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DATE FILED: 2/6/23

JUAN LOPEZ, *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

THERMO TECH MECHANICAL INC., et al.,

        Defendant.

20-CV-9113 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold a telephonic conference with counsel only on **February 8, 2023, at 10:00 a.m.** On that date, a few minutes before their scheduled time, the parties must call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       February 6, 2023

                     **SO ORDERED**.

                     _____
                     **BARBARA MOSES**
                     **United States Magistrate Judge**