# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

*Via Electronic Filing*
The Honorable Barbara Moses, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    *Lopez v. Thermo Tech Mechanical, Inc. et al.*
Case No.: 20-cv-9113-LTS-BCM

Dear Honorable Magistrate Judge Moses:

This law firm represents Defendants Thermo Tech Mechanical Inc. and Gowkarran Budhu (together, the "Defendants") in the above-referenced action.

Pursuant to Your Honor's directives during the Telephonic Conference held on February 8, 2023, this letter respectfully serves to provide the Court with a status update on Defendants' position vis-à-vis: (i) Plaintiff's motion for leave to file a second amended complaint [Dckt. Nos. 76-78] (the "Motion to Amend"); and (ii) Plaintiff's motion for conditional certification of a collective action filed on May 19, 2021 [Dckt. Nos. 25-27] (the "Motion for Conditional Certification").

Defendants consent to the filing of the Motion to Amend, so long as the Motion for Conditional Certification remains based on the allegations contained in Plaintiff's ***then*** operative complaint, *i.e.,* the First Amended Complaint filed on May 17, 2021. [*See* Dckt. No. 22].

Thank you, in advance, for your time and attention.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendants*

VIA ECF: All Counsel

1