UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN LOPEZ, *on behalf of himself and all others similarly situated*,

        Plaintiff,

  -against-

THERMO TECH MECHANICAL INC., et al.,

        Defendant.

20-CV-9113 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed the parties' letters dated February 14 and 17, 2023. (Dkts. 80, 81.) Defendants' letter, which was filed on the due date for – and in lieu of – their papers in opposition to plaintiff's pending motion for leave to file the proposed Second Amended Complaint (SAC) (Dkt. 76), advises the Court that defendants consent to the filing of the proposed SAC "so long as" the Court ignores the SAC when considering plaintiffs' pending motion for conditional collective certification (Dkt. 25).

      The motion for leave to file the SAC, which is unopposed, is GRANTED. Plaintiff shall promptly sign, date, and file the SAC. It is not up to defendants, however, to dictate to the Court what pleadings it may consider when determining the collective certification motion.

      None of the parties has requested leave to supplement the collective certification briefing. Nonetheless, the Court will permit defendants to file a supplemental brief in opposition to collective certification no later than **February 24, 2023**. If defendants file a supplemental brief, plaintiff may respond to it no later than **March 3, 2023**. Supplemental briefs are limited to issues arising from the new allegations in the SAC and may be no longer than 8 pages.

      This Order resolves the motion at Dkt. 76.

Dated: New York, New York
      February 17, 2023

                       **SO ORDERED**.

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/23