## LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

September 22, 2023

**Via ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lopez v. Thermo Tech Mechanical, Inc., et al.*
             Case No.: 20-cv-09113 (LTS) (BCM)

Dear Judge Moses:

    This office represents Plaintiff in the above-referenced matter. We write to request that Your Honor compel Defendants to provide amended Rule 26 Disclosures and to verify their Responses to Plaintiff's Frist Request for Interrogatories.

    On Friday August 25th, I met and conferred with counsel for Defendants Jason Mizrahi, Esq. by telephone for approximately 15 minutes. On the call Defendants advised they would serve amended Rule 26 Disclosures the following week. To date they have not done so.

    Since then, we have called and emailed Defendants multiple times requesting that they serve amended Rule 26 Disclosures and verify their Responses to Plaintiff's Frist Request for Interrogatories. Specifically, emails were sent on September 15, 2023, and September 21, 2023, and voicemail messages were also left on the office number and mobile number of Defendants' counsel on those same dates. Defendants have not returned our calls or emails.

    In view of the foregoing, we respectfully request that the Court compel Defendants to provide the outstanding discovery by September 27, 2023. Should the Court require a conference to further address Defendants' failure to comply with their discovery obligations, we are available at the Court's convenience.

Respectfully submitted,

*/s/ James Jackson*
James Jackson, Esq.

cc: all parties via ECF

---

**Endorsement:**

Defendants shall file their responding letter-motion no later than **September 27, 2023**. *See* Moses Ind. Prac. § 2(e). SO ORDERED.

Barbara Moses
United States Magistrate Judge
September 25, 2023