UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN LOPEZ,

        Plaintiff,

-against-

THERMO TECH MECHANICAL INC., et al.,

        Defendants.

20-CV-9113 (LTS) (BCM)

**MEMORANDUM AND ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter-motion dated September 22, 2023, requesting that the Court order defendants "to provide amended Rule 26 disclosures and to verify their Responses to Plaintiff's Frist [sic] request for Interrogatories," (Dkt. 107), and defendants' responding letter dated September 25, 2023, affirming that defendants have "served Plaintiff's counsel with supplemental disclosures" and are "prepared to verify their responses" to the interrogatories. (Dkt. 108.)

    A discovery conference will be held before Judge Moses on **October 26, 2023**, at **10:00 a.m.**, via teleconference. On that date, a few minutes before the scheduled time, the parties must call (888) 557-8511 and enter the access code 7746387. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

    The Court notes that counsel make what appear to be sharply inconsistent representations as to a factual matter, namely, whether they did or did not meet and confer as to the matters at issue. No later than **October 6, 2023**, plaintiff shall file a declaration attaching the "emails . . . sent on September 15, 2023, and September 21, 2023," (Dkt. 107), and the parties should be prepared to address this issue at the conference.

Dated: New York, New York
       October 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**