# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JUAN LOPEZ, on behalf of
himself, FLSA Collective
Plaintiffs and the Class

        Plaintiff,       Case No.: 20-cv-09113

v.

THERMO TECH MECHANICAL, INC.
GOWKARRAN BUDHU and
SHANTI BUDHU,

        Defendants.
_____

REMOTE DEPOSITION OF GOWKARRAN BUDHU,

a witness herein, called by the Plaintiff for

examination, taken by and before Ann Medis,

Registered Professional Reporter and Notary Public

in and for the Commonwealth of Pennsylvania, via

Zoom videoconference, on Thursday, September 28,

2023, commencing at 10:15 a.m.

Job No: 7982

## Page 2

```
 1          A P P E A R A N C E S
 2  On behalf of Plaintiff
 3          LEE LITIGATION GROUP, PLLLC
            BY:  C.K. LEE, ESQUIRE
 4          148 West 24th Street, Eighth Floor
            New York, New York  10011
 5          212.465.1188
            james@leelitigation.com
 6
 7  On behalf of Defendants
 8          LEVIN-EPSTEIN & ASSOCIATES, P.C.
            BY:  EUNON JASON MIZRAHI, ESQUIRE
 9          60 East 42nd Street, Suite 4700
            New York, New York  10165
10          212.792.0048
            jason@levinepstein.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              * I N D E X *
 2  GOWKARRAN BUDHU                    PAGE
 3     EXAMINATION BY MR. LEE            4
 4
 5     * INDEX OF PLAINTIFF'S EXHIBITS *
 6  NO.        DESCRIPTION         PAGE
 7  Exhibit 2 . . . . . . . . . . .  21
 8  Exhibit 5 . . . . . . . . . . .  34
 9  Exhibit 10 . . . . . . . . . . . 34
10  Exhibit 11 . . . . . . . . . . . 13
11  Exhibit 14 . . . . . . . . . . . 25
12
13     (Exhibits were retained by Mr. Lee.)
14
15              - - - -
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1          P R O C E E D I N G S
 2              - - - - -
 3      GOWKARRAN BUDHU,
 4  having been first duly sworn, was examined
 5      and testified as follows:
 6          EXAMINATION
 7  BY MR. LEE:
 8      Q.  Good morning, sir.  I just want to
 9  confirm the spelling of your legal name.  It's
10  G-O-W-K-A-R-R-A-N and your last name is B-U-D-H-U;
11  is that correct?
12      A.  Correct.
13      Q.  And you also, I believe, go by Tony;
14  right?
15      A.  Tony.
16      Q.  Can you give me your current residential
17  address please, sir?
18      A.  ███████████████████████████
19  ███████████████
20      Q.  It's ██████████████?
21      A.  Yes.
22      Q.  Is that ████████████████?
23      A.  Yep.
24      Q.  And it's a house I assume; right?
25      A.  Yep, private house.
```

## Page 5

```
 1      Q.  How long have you lived there, sir?
 2      A.  Since probably seven years, six or seven
 3  years.
 4      Q.  Okay.  And you own your residence?
 5      A.  Yes.
 6      MR. MIZRAHI:  I'm making a quick note,
 7  C.K., before you ask your next question, just a
 8  quick note for the record I'm noticing that this
 9  deposition appears to be recorded by audiovisual
10  means at the top left corner of my screen.
11  There's a notation on the Zoom function that
12  indicates that this is being video recorded.
13      Just a note that the Notice of
14  Deposition did not contain a notice that the
15  deposition would be recorded by any other means
16  beyond stenographic means.  And while we can
17  continue today, we're specifically going to
18  reserve the right to object in the future on the
19  basis of the audio-visual recording.  We can
20  continue.
21  BY MR. LEE:
22      Q.  And can you let me know what email
23  address you use?
24      A.  Personal or business?
25      Q.  Let's start with your personal account.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 6

1      A.  ████████████.
2      Q.  ████████████?
3      A.  Yes.
4      Q.  How long have you used that email, sir?
5      A.  All my life, since I got an email, never
6   had another email.  That's the only email I ever
7   had.
8      Q.  Okay.  So how old are you now, sir?
9      A.  I'm 47.
10      Q.  And your birth date?
11      A.  ████.
12      Q.  So you started the gmail account maybe
13   when you were ten years old, something like that?
14      A.  Probably a little bit more than that.
15      Q.  Older or younger?
16      A.  Of the gmail account?
17      Q.  Yeah, when you opened this gmail
18   account.
19      A.  Yeah.  It was a long time.  It's got to
20   be more than 10 years.
21      Q.  No, I meant when you were ten years old?
22      A.  No, no.  I was like probably maybe early
23   2000s I would think.  A long time.  I don't
24   remember.
25      Q.  When you were in your mid 20s?

Page 7

1      A.  I would say so, yeah, yeah.
2      Q.  And what is your work email?
3      A.  It's office@thermotechmech.com and
4   also --
5      Q.  Can you slow it down so the reporter can
6   write it down.
7      A.  Office@thermotechmech.com.
8      Q.  Thermo Tech?
9      A.  Yeah.
10      Q.  Okay.  Any other emails?
11      A.  Tony@thermotechmech.com.
12      Q.  Tony@thermotechmech.com?
13      A.  Yeah.
14      Q.  Anything else?
15      A.  No.
16      Q.  Is the office email one that you share
17   with other people?
18      A.  Yeah.
19      Q.  Who do you share it with?
20      A.  All of our staff that are working in the
21   office.
22      Q.  How many staff work in the office?
23      A.  One, two -- five of us.
24      Q.  So I believe you are the president
25   of -- I'm sorry -- the email, is that Thermo with

Page 8

1   an O like Thermo Tech?
2      A.  Yes, T-H-E-R-M-O.
3      Q.  The five people that work in the office
4   is yourself; right?
5      A.  Yes.
6      Q.  And would it also be Steven Budhu?
7      A.  Yes.
8      Q.  And would it be Shanti Budhu?
9      A.  No.  Shanti is no longer -- Shanti is no
10   longer working there.  She's disabled.
11      Q.  Did she used to work in the office?
12      A.  Yes.
13      Q.  Okay.  And then Pheronya?
14      A.  Yes.
15      Q.  Amjit; right?
16      A.  Yes.
17      Q.  I guess before, that was four persons.
18   Was there another person?
19      A.  Melissa Amjit.
20      Q.  Is Melissa and Pheronya related somehow?
21      A.  Yeah.  They're cousins.
22      Q.  Are you related to Melissa or Pheronya?
23      A.  No.
24      Q.  So they, themselves, are related, but
25   you're not related to them?

Page 9

1      A.  No.
2      Q.  But you're related to Steve and Shanti;
3   right?
4      A.  Shanti is my wife.  Steven is my
5   brother.
6      Q.  So you mentioned that your wife is
7   disabled now.  What's her disability now?
8      A.  She had spinal surgery, and she doesn't
9   walk anymore.
10      Q.  I'm sorry to hear that.  When did that
11   occur, sir?
12      A.  About four years ago.
13      Q.  And do you have children, sir?
14      A.  Yeah.  We have two children.
15      Q.  Their ages, sir?
16      A.  26 and 22.
17      Q.  Okay.  So you had kids, I guess,
18   relatively young; right?
19      A.  Yes.  We were married at 20.
20      Q.  You got married when you were 20?
21      A.  Yeah.
22      Q.  Wow.  That's young.  That's great.
23   Congrats.  It's good to start early and finish
24   early; right?
25      A.  Yep.

3  (Pages 6 to 9)

Page 10

1      Q.  Let's see.  I'm sorry that we are
2   meeting under difficult circumstances.  You
3   understand that you're currently being produced as
4   a corporate representative for Thermo Tech
5   Mechanical; right, sir?
6      A.  Yes.
7      Q.  And you're also being produced in your
8   own individual capacity I believe as the president
9   of Thermo Tech Mechanical; right?
10      A.  Yes.
11      Q.  And so Thermo Tech, I guess the business
12   is you guys install and repair HVAC systems; is
13   that right?
14      A.  Yes.
15          MR. LEE:  For the court reporter, HVAC
16   is H-V-A-C.
17   BY MR. LEE:
18      Q.  Those are basically, I guess, cooling,
19   cooling units?
20      A.  It's heating, ventilation and air
21   conditioning.
22      Q.  So it's both heating and cooling?
23      A.  Yes.
24      Q.  And do you do it for -- you do it for
25   corporates and businesses only, or do you also do

Page 11

1   residential?
2      A.  I do it for public and private entity,
3   mostly commercial.
4      Q.  When you say public and private
5   entities, you mean public entities like schools
6   and hospitals; right?
7      A.  Schools, hospital, metropolitan -- MTA,
8   federal.
9      Q.  When you say private, that just means
10   private corporations; right?
11      A.  Yes.
12      Q.  But the company doesn't -- isn't really
13   working on like homes or residences; right?
14      A.  No.  We don't really do residential
15   work.
16      Q.  Okay.  So how did you get into this
17   business?
18      A.  I was 18 years old, and I was a helper
19   for a company that had three, four employees.
20   Three days a week I had to deliver soda, which is
21   the syrup and the carbon dioxide to those bars
22   that you have the spray gun and you go to the bar
23   and they spray your soda in a cup.
24      Q.  Yeah, yeah.
25      A.  Deliver the syrup and the CO2.  I was a

Page 12

1   helper with the boss doing this, and I helped him
2   for like about a year.  Then the boss dropped
3   dead, and I stayed with the company.  I went to
4   air conditioning school.  All the customers was
5   still out there.  Nobody is there to take and do
6   anything.  So whatever little customer, whatever
7   little I know, I did side jobs, and the side jobs
8   that I go to became more and more and more until
9   it turns into a business.
10      Q.  Okay.  And so I believe at any given
11   time, you have about 40 people working at your
12   company; right?
13          MR. MIZRAHI:  Objection to the form of
14   the question.
15          You can respond.
16          THE WITNESS:  I mean, I don't think we
17   ever had that much staff at any given time.  I
18   think at most --
19   BY MR. LEE:
20      Q.  Let me ask you a question.  So other
21   than the five people and administration, right,
22   the people that work in the office?
23      A.  Um-hum.
24      Q.  I think everybody else that works at
25   your company are HVAC installers or helpers; is

Page 13

1   that right?
2          MR. MIZRAHI:  Objection to the form of
3   that question.
4          Tony, you can respond.
5          THE WITNESS:  Not really.  There are
6   many tasks that has to be done that are designated
7   to different people.  We have people who are just
8   doing delivery.  We have people who are just sheet
9   metal workers.  We have people who are just
10   technicians.  We have people who are just
11   fabricators.  We have people who are just project
12   management.  So there are different roles.
13   BY MR. LEE:
14      Q.  Okay.
15          MR. LEE:  Jenie, can you pull up
16   Plaintiff's Exhibit 11.
17   BY MR. LEE:
18      Q.  Do you see this document, sir?  It's
19   Bates-stamped 335.
20      A.  You got to zoom it in.  I can't see it.
21   Maybe I can zoom it.  Let me see.
22      Q.  We're going to pull it up.  Anyway, this
23   is marked as Plaintiff's Exhibit 11.  And do you
24   see that this is a document from I think
25   California Insurance Company?

4 (Pages 10 to 13)

Page 14

1    A.   Okay.  What's that?
2    Q.   Do you know what this document is, sir?
3    A.   No.
4    Q.   Have you ever seen this document?
5    A.   Not to my memory.
6    Q.   California Insurance Company, is that an
7    insurer of your business.
8    A.   Not that I ever recall.
9    Q.   Well, this document was produced by your
10   attorney.  Do you know who was responsible for
11   producing documents for discovery in this lawsuit?
12   A.   Pheronya would have produced all the
13   documents, but I need to verify.  We change
14   carrier from time to time.  So I don't remember
15   which is what.
16   Q.   But do you recognize that California
17   Insurance Company could have been a carrier for
18   your company?
19   A.   It could have been.
20   Q.   And do you see on this document it says
21   on its schedule that Thermo Tech Mechanical is a
22   client of California Insurance Company?
23        Do you see that?
24   A.   Okay.  Yeah.
25   Q.   And do you see that it has an effective

Page 15

1    date of January 2019?
2         Do you see that, sir?
3    A.   Yes.
4    Q.   Okay.  Do you recall now that California
5    Insurance Company was a carrier for your company
6    back in 2019?
7    A.   No, I don't.  I don't recall.  I have to
8    check.
9    Q.   Who would know?
10   A.   The records are in the office.  I would
11   just have to just go pull the insurance folders.
12   Q.   So I think your wife Shanti was a
13   bookkeeper.  Is there a bookkeeper after your
14   wife?
15   A.   Pheronya is the bookkeeper after my
16   wife.
17   Q.   She's the bookkeeper now.  When did she
18   assume those duties?
19   A.   Probably about four years ago, as soon
20   as Shanti got sick.
21   Q.   So right now it's 2023.  So around 2019?
22   A.   Yeah, I would say so.
23   Q.   So right around this time, possibly this
24   insurance company was the carrier; right?
25   A.   Yeah.  I would think so, yeah.

Page 16

1    Q.   It has here the estimated number of
2    employees at your company.  Is that number
3    accurate?  It says 41.
4    A.   The reason they have it like that is
5    because we have PLA, which is project labor
6    agreement.  We hire people from the union hall for
7    like two days or one day probably a week, but it
8    will be a new guy every time you call.  When you
9    look at the year, it looks like a lot of employee,
10   a lot of turnover, but it's not because the
11   project requires union.  So we will bring one guy
12   specifically for that task if it's only for a week
13   or maybe two days or maybe, you know, three weeks.
14        And every time you change, a different
15   guy is coming in.  So it looks like a lot of
16   people when you look at the payroll at the end of
17   the year, but it's not.  We have an average of
18   about 15 to 18 people at all times, somewhere
19   around there.
20   Q.   The actual people who are doing like
21   HVAC installation and repair, right, it's about 15
22   to 18 people at any given time?
23   A.   In the office.  So we're talking about
24   probably ten guys on the road.
25   Q.   Okay.

Page 17

1    A.   Yeah.
2    Q.   But then so what does PLA stand for
3    again?
4    A.   Project labor agreement.
5    Q.   And you're saying for various project
6    labor agreements, you have to use certain
7    individuals that are affiliated with the union?
8    A.   That's correct.
9    Q.   And so you'll use, I guess, a certain
10   number of people as required for certain projects;
11   is that right?
12   A.   Yeah.  Per the PLA agreement, it will
13   tell you the ratio, number of people to your
14   employees, and it will also tell you the trade
15   specifics, if it's Local 638, depending on what
16   the task is.
17   Q.   And then so these different people, will
18   they be working on a project for like a week or
19   two weeks?
20   A.   Yeah.  It can be a week.  It can be two
21   weeks.  It can be one day.
22   Q.   Then these guys are paid on your
23   payroll; right?
24   A.   When the project is finished, they get
25   laid off automatically.  They go back to the union

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 18

1    hall.  And if we ever need a guy again, we call
2    the same union if it's the same trade, and they
3    will send not the same guy.  Sometimes they do
4    send the same guy.  But they will send another
5    guy.
6         Q.   So how many projects -- how many of
7    these projects with PLAs would you be undertaking
8    a year?  Is it one a week, like two a week?  Like
9    how many are those?
10        A.   We will have like probably 10, 15
11   projects per year.
12        Q.   Okay.  And then so each project would
13   require what, two to five temporary people from
14   the union that would be on your payroll?
15        A.   Again, it all depends on what it is.  It
16   can be more.  It can be less.
17        Q.   Okay.  And then so over the course of,
18   let's say, one year, even though your total
19   headcount for people that are permanently on your
20   payroll is only around, let's say, ten --
21        A.   Yeah.
22        Q.   -- the actual headcount at the end of
23   the year can easily be like 50 or 60 people;
24   right?
25        A.   When you look at the year, but in all

Page 19

1    actuality, they may be there for only a day or
2    maybe a week.
3         Q.   Okay.
4         A.   Yeah.
5         Q.   Okay.  So you work full time; right,
6    sir?
7         A.   Yes.
8         Q.   Do you work full time at the office?
9         A.   Yes, and out in the field.  I go to
10   field meetings and also at the office.
11        Q.   And so do you hire staff?
12        A.   Yes.
13        Q.   So you hire like these HVAC guys that
14   you work with?
15        A.   Yes.
16        Q.   And if they're doing a bad job, you
17   could fire them; right?
18        A.   Well, we try to keep people as long as
19   we can and train them.
20        Q.   But if something terrible --
21             (Simultaneous speaking.)
22        Q.   It's a little bit different from normal
23   talking.  You have to wait until I finish.  Then
24   you talk.  And then I wait until you finish.  And
25   then I talk.  You have to respond verbally, so

Page 20

1    just to clarify.
2             So if you really wanted to, you can
3    terminate someone at your company; right?
4         A.   Yes.
5         Q.   And you set the compensation for your
6    employees?
7         A.   Yes.
8         Q.   And you can give people more work hours
9    or less work hours; correct?
10        A.   Yes.
11        Q.   And you have access to all the employee
12   records; right?
13        A.   Yes.
14        Q.   And your brother Steve, does he hire and
15   fire people also?
16             MR. MIZRAHI:  Objection to the form of
17   question.
18             Tony, you can respond.
19             THE WITNESS:  For the most, I do those
20   things.  He usually take the guys and train them.
21   He don't really do the hiring and firing.  He can
22   recommend if the guy is good or not.
23   BY MR. LEE:
24        Q.   Okay.  And is your wife involved in the
25   business at all part time or no?

Page 21

1         A.   Not at all.
2             MR. LEE:  Jenie, can you pull up
3    Exhibit P2.
4    BY MR. LEE:
5         Q.   So do you know what this document is,
6    sir?
7         A.   What document?  I don't see anything.
8    Hold on one second.  It's a lawsuit with Juan
9    Lopez against us.
10        Q.   That's right.  That's right.  Have you
11   ever seen this document before, sir?
12        A.   Yeah.
13        Q.   Have you read this document?
14        A.   Briefly.
15        Q.   Can you tell me in your own words what
16   the claims are from Mr. Lopez?
17        A.   From my understanding, he's claiming
18   that we owe him money.
19        Q.   Can you tell me why he believes the
20   company owes him money?  Can you tell us what his
21   specific allegations are?
22             MR. MIZRAHI:  Objection to the form of
23   that question.
24             Tony, you may respond.
25             THE WITNESS:  He told me one time that

6  (Pages 18 to 21)

Page 22

1  his dad was sick and he needed to buy a house and
2  he's traveling.  He need more money.  I'm not sure
3  if that's my problem.
4  BY MR. LEE:
5  Q.  Are you aware of what the allegations
6  are in the complaint against the company and
7  yourself?
8  A.  Yes.  He's claiming we didn't pay him
9  for the hours he worked, and we did.  That's all I
10  know.
11  Q.  Okay.  I'm sorry.  Just to clarify, when
12  Shanti was working there, right, at Thermo Tech,
13  was she a bookkeeper, or did she have other job
14  duties also?
15  A.  She was bookkeeping.  She's also helping
16  taking phone calls, doing project stuff.  We're a
17  small business.  We do many things at the same
18  time.
19  Q.  Does Shanti also hire or fire people?
20  A.  No.
21  Q.  No?
22  A.  No.
23  Q.  If somebody wanted a raise, can she give
24  them a raise?
25  A.  No.

Page 23

1  Q.  If somebody wanted to take a day off,
2  does she let them take a day off?
3  A.  No.
4  Q.  And what was Shanti's job duties when
5  she was there?
6  A.  Payroll, account payable, receivable,
7  answering telephone, paying the bills, depositing
8  checks.
9  Q.  Was she the person responsible for
10  ensuring that employees were paid correctly?
11  A.  She's responsible to enter the
12  information into the system from what she received
13  and making sure that they reflect what is on the
14  papers, you know.  If a guy works 10 hours, you
15  have to enter it.  Their rates are there in the
16  computer.
17  Q.  But if somebody had a question about the
18  wage policies at the company, would they go to
19  you, or would they go to her, or could they go to
20  both people?
21  A.  They go to me only.
22  Q.  And you would answer the questions
23  regarding people's wage questions?
24  A.  Yes.
25  Q.  And just to clarify, you're not a -- you

Page 24

1  don't have an accounting degree; right?
2  A.  No.
3  Q.  And you also don't have a law degree;
4  right?
5  A.  No.
6  Q.  Okay.  And so you were the person
7  responsible for ensuring that Thermo Tech was in
8  compliance with prevailing wage requirements?
9  A.  Yes.
10  Q.  Okay.  And you were the person
11  responsible for ensuring that Thermo Tech's
12  employees were properly paid under federal and
13  state wage laws?
14  A.  Yes.
15  Q.  So what did you do to implement policies
16  to ensure that employees were accurately paid?
17  A.  I would review the sign-in sheets.  I
18  would review the task that they're doing, if
19  they're steamfitters or they're sheet metal
20  workers or they're laborers.  The job description
21  have to match the current prevailing wage that are
22  on the city sites' records, that we don't follow
23  expired wage rates, the most current, and it also
24  have to match exactly the work that that person is
25  doing.

Page 25

1  If a guy is doing ductwork, he has to
2  have the sheet metal wage rate for that at that
3  time.  I'm the guy who made sure all of those
4  things match up.
5  Q.  So I believe people, when they're
6  filling out their time records, they were required
7  to provide rounded times.  Is that accurate?
8  MR. MIZRAHI:  Objection to the form of
9  that question.
10  Tony, you may respond.
11  THE WITNESS:  No.  Your shift is given
12  to you.  You start at 8:00 and end at 4:30, for
13  example.  You're going to be at, you know, Battery
14  Tunnel bathroom job or you're going to be at parks
15  and recreation job.  You show up at that time.
16  You leave at that time.  And that should be on
17  your time sheet.
18  MR. LEE:  Jenie, can you pull up
19  Plaintiff's Exhibit 14.
20  BY MR. LEE:
21  Q.  Do you see this document, which is, I
22  guess, punch-in/punch-out records for Juan Lopez
23  for the workweek starting March 12, 2018?  Do you
24  see this, sir?
25  A.  Yeah.

Page 26

```
 1        Q.  Now, do you see that his hours are
 2   rounded to the nearest whole hours?
 3        MR. MIZRAHI:  Objection to the form of
 4   that question.
 5        Tony, you may respond.
 6        THE WITNESS:  That's his shift.  That's
 7   what time he should be there, and that's what time
 8   he should be leaving there.
 9   BY MR. LEE:
10        Q.  So are you aware that a company is
11   supposed to pay an employee for actual hours
12   worked and not for their scheduled work shift?
13        MR. MIZRAHI:  Same objection.
14        Tony, you may respond.
15        THE WITNESS:  Absolutely.
16   BY MR. LEE:
17        Q.  And are you saying that Mr. Lopez worked
18   exactly eight hours to the minute four days in
19   this workweek?
20        A.  Absolutely.  That's his schedule.  You
21   have to be there at 7:00 and you have to leave at,
22   and you have your lunch hour in between.  If you
23   show up there at 5:00 in the morning, that's not
24   my problem.  You need to be there at 7:00.
25        If you leave there at 6:00 in the
```

Page 27

```
 1   afternoon and you're supposed to be leaving there
 2   at 3:00, you need to authorize overtime.  So you
 3   must punch in when you're being told, and your app
 4   is going to prove your location if you're there or
 5   not.
 6        Q.  But do you agree an individual should be
 7   logging in their actual time started?  For
 8   example, they might have gotten in a minute or two
 9   early, right, and started working.  Do you think
10   that they should be clocking in those times?
11        MR. MIZRAHI:  Same objection.
12        Tony, you may respond.
13        THE WITNESS:  They should clock in when
14   they're supposed to be there, just like a time
15   clock.  When you come in and you punch your card
16   in the time clock, that's the way it should be.
17   You walk into the site.  You could come to the
18   site two hours before, one hour before.  You're
19   outside eating your breakfast, whatever.  But when
20   you walk into the site, that's what you have to
21   write on the paper.  I walked in the site this
22   time and I walked out of the site that time.
23   BY MR. LEE:
24        Q.  But what about, for example, at the end
25   shift, you have him clocking out at 3:00 p.m.
```

Page 28

```
 1   every single day.
 2        Do you see that?
 3        A.  Yeah.  That's when he's supposed to be
 4   leaving.
 5        Q.  Is it possible that he's actually not
 6   leaving at 3:00 and he's staying a little bit
 7   later because he cannot input his actual work
 8   time?
 9        MR. MIZRAHI:  Objection to the form of
10   that question.
11        Tony, you may respond.
12        THE WITNESS:  I don't know of any
13   situation like that.  I know that when a guy is
14   told you're working from 7:00 to 3:00, 3:00 he's
15   leaving.  And if there's any issues he needs to
16   work overtime, he will call it in, and we will
17   look for it to make sure it reflects on his time
18   sheet when he comes in.
19   BY MR. LEE:
20        Q.  But I believe the policy at your company
21   is that everybody is supposed to be working to
22   their scheduled shift hours and they can't put in
23   their actual time.  Is that true?
24        MR. MIZRAHI:  Objection to the form of
25   that question.
```

Page 29

```
 1        Tony, you may respond.
 2        THE WITNESS:  I'm not sure what you're
 3   asking me.  Can you rephrase that?
 4   BY MR. LEE:
 5        Q.  Basically for all of your employees at
 6   Thermo Tech, similar to Mr. Lopez, they're logging
 7   in at their scheduled start time; right?
 8        A.  Yes.
 9        Q.  And they're logging out at their
10   scheduled completion time; right?
11        A.  Yes.
12        Q.  And nobody can actually put down the
13   exact time when they started work, if it was a
14   little bit before or after their start time;
15   right?
16        MR. MIZRAHI:  Objection to the form of
17   that question.
18        Tony, you may respond.
19        THE WITNESS:  The rule is your shift
20   starts at this time and your shift ends at that
21   time.  If you want to work any additional hour,
22   earlier or later, it must be authorized and we
23   will make sure the time sheet reflects that.
24   BY MR. LEE:
25        Q.  Okay.
```

8  (Pages 26 to 29)

Page 30

1          MR. LEE:  Jenie, can I trouble you to go
2  back to Exhibit P2.  And if I could have you to go
3  to page five.
4  BY MR. LEE:
5      Q.  So on Exhibit P2, in paragraph 17, it
6  states, "Defendant Shanty Budhu, the company's
7  accountant, would prevent plaintiff and other
8  employees from writing down the precise time they
9  finish working.  If plaintiff tried to do so,
10  defendant Shanti Budhu would tell him, no, we
11  don't do that here.  Instead, plaintiff was
12  required to round down his time worked to the
13  nearest half hour."
14          Is that accurate?
15      A.  No.
16      Q.  What's not accurate about that
17  statement?
18      A.  They need to -- they have their shift,
19  and if they're working half an hour later, one
20  hour later, you must write down that's the time.
21  We don't really try to get people to work for --
22  stop working at 4:58 or you're going to stop
23  working at 4:35 or 4:37.  You want to tell
24  somebody you want to work a half hour more, you
25  want to work two hours overtime, you want to work

Page 31

1  three hours overtime.
2          I don't say you have to work 3 hours and
3  45 minutes and 32 seconds.  You have to say, hey,
4  you're going to work two hours overtime, okay, no
5  problem.  Punch out.
6      Q.  So for the rest of that paragraph, it
7  says if the plaintiff finished working at 4:25, he
8  would have to write down 4:00.  Defendant Shanti
9  Budhu would tell him you have to complete that
10  half hour for it to count.
11          Is that statement accurate?
12      A.  No.
13      Q.  How is that not accurate?
14      A.  Because overtime are being authorized
15  and you're told, okay, this is when you start and
16  this is when you stop.  So if you're going to be
17  one hour overtime, you're going to write one hour.
18  If you work one hour and a half OT, you work one
19  hour and a half overtime.
20      Q.  How about 25 minutes, is somebody able
21  to put down 25 minutes overtime?
22      A.  The rule is if you're authorized to work
23  one hour, you work one hour.  If you're authorized
24  to work one hour and a half, you work one hour and
25  a half.

Page 32

1      Q.  If you're not authorized to work --
2          (Simultaneous speaking.)
3  BY MR. LEE:
4      Q.  Hold on.
5          So if you're not authorized to work the
6  25 minutes, if you do the work, you're not going
7  to get paid for it; right?
8      A.  You're not supposed to not follow the
9  company policy.  If the company says that you're
10  authorized to work overtime, that's when you do
11  it.  If you work overtime and you report it
12  afterwards, we will pay you, but we will also let
13  you know don't do it.  We will warn you not to do
14  it, because after that, everybody would want to do
15  their own thing.  They will come in any time and
16  say, I worked after for two hours yesterday.
17  Nobody paid me for it.
18          No, you can't do that.
19          MR. LEE:  That's fine.  Why don't we
20  take a break, and we'll log back in at
21  12:00 everybody.
22          (Recess from 10:54 a.m. to 12:17 p.m.)
23          MR. LEE:  Thanks for accommodating,
24  guys.  We can go back on when you guys are ready.
25

Page 33

1  BY MR. LEE:
2      Q.  Thank you, Mr. Budhu.  Thank you for
3  taking the break.  If I may, I know you testified
4  earlier that your wife Shanti was in charge of
5  payroll until 2019; is that right?
6      A.  Yes, somewhere around there, yeah.  I
7  don't remember the exact dates.
8      Q.  But just to clarify, I guess she was
9  only doing like input for the payroll.  You're
10  actually the person who is responsible for
11  payroll; is that right?
12      A.  Yeah.  I review the payroll before she
13  inputs it in.
14      Q.  Okay.  And your wife's full legal name
15  is Shamwattie Budhu; is that correct?
16      A.  Yes.
17      Q.  And you just call her Shanti for short;
18  is that right?
19      A.  Yes.
20      Q.  Now, I know I'd asked your counsel,
21  Mr. Mizrahi, to depose her because of her
22  prior position as a bookkeeper at the company.
23  And I usually don't like to inquire about this,
24  but is she -- I know you mentioned she's disabled,
25  right, but is she disabled like in she can't walk?

9  (Pages 30 to 33)

Page 34

1       A.  Her right hand, right foot, right side
2   of her body does not function.  Her left hand
3   functions about 30 percent.
4       Q.  So is she bedridden, or is she in a
5   wheelchair?
6       A.  Bedridden.  She goes from bed to
7   wheelchair.
8       Q.  Is she mentally coherent or she's not
9   mentally coherent?
10      MR. MIZRAHI:  Objection to the form of
11  that question.
12      Tony, you can respond.
13      THE WITNESS:  She's mentally coherent.
14  BY MR. LEE:
15      Q.  Thank you.  So let's go to Exhibit P10.
16  I'm sorry.
17      MR. LEE:  Jenie, can we actually go to
18  Exhibit P5.  If we can go to what's Bates-stamped
19  P33 under P5, Jenie.  I'm sorry.  Can we go to 33.
20  If you can blow it up a little bit.
21  BY MR. LEE:
22      Q.  Do you see the paystub in front of you,
23  sir, that's Bates-stamped P33 under Plaintiff's
24  Exhibit 5?
25      A.  Okay.

Page 35

1       Q.  Do you recognize this as a sample
2   paystub for Juan Lopez?
3       A.  Yeah.
4       Q.  And do you recognize the pay rate for
5   Juan Lopez for this pay period which starts
6   September 24, 2016?
7       A.  Yeah.
8       Q.  His regular pay rate is $20, and he
9   worked 34 hours flat.
10      Do you see that on the top row?
11      A.  Um-hum.
12      Q.  You need to verbalize your responses
13  either "yes" or "no."
14      A.  Yes.
15      Q.  And so 20 times 34, he's paid $680.
16      Do you see that, sir?
17      A.  Yes.
18      Q.  And do you see on the top right-hand
19  side, it says ADP on this earnings statement?
20      A.  Yes.
21      Q.  And so you recognize ADP was a payroll
22  service provider for your company; is that right?
23      A.  Yes.
24      Q.  And you recognize on the top left-hand
25  side it has Thermo Tech Mechanical as the employer

Page 36

1   for Mr. Juan Lopez.
2       Do you see that, sir?
3       A.  Yes.
4       Q.  And on the earnings column in the third
5   row, do you see a line item that says prevail?
6       Do you see that, sir?
7       A.  Yes.
8       Q.  Okay.  And so do you see that he is --
9   he has a 32.46 rate for his prevailing wage pay
10  rate; is that accurate?
11      A.  Yes.
12      Q.  And the prevailing wage would be what is
13  paid for contractors working for certain
14  governmental projects; is that right?
15      A.  Yes.
16      Q.  And certain governmental projects have a
17  certain required prevailing wage that you would
18  pay your workers for such projects; right?
19      A.  Yes.
20      Q.  And you understand that regardless of
21  your contracted pay rate with Mr. Lopez or any
22  other employee at your company, for prevailing
23  wage projects, you need to pay the specified
24  prevailing wage on certain governmental projects
25  to employees; right?

Page 37

1       A.  Absolutely.
2       Q.  Now, do you see the fourth line item
3   that says supl b?
4       Do you see that, sir?
5       A.  Yes.
6       Q.  What does that mean?
7       A.  Supplemental benefit.
8       Q.  Can you tell me what supplemental
9   benefits are?
10      A.  The government mandates two rates to be
11  given to an employee for a given task depending on
12  what the task is.  For those tasks, they have two
13  rates to be paid, prevailing wage and supplemental
14  benefits.
15      Q.  Okay.  So for this project that
16  Mr. Lopez was working on, he worked six hours on a
17  prevailing wage project where he got the
18  prevailing wage rate of 32.46 and he also got the
19  supplemental benefit of 13.53 per hour; is that
20  right?
21      A.  Yes.
22      Q.  And so generally, are the pay statements
23  with these similar earnings details what's
24  provided to all of your HVAC installers and
25  servicers and those kind of guys?

Page 38

1      A.  Yeah.  Those pay rates are based on the
2  task that was performed.
3      Q.  Okay.  I'm just talking about the
4  information.  The information that's provided on
5  your earnings statements to your employees are
6  generally the same, right, outside of office
7  workers; right?
8      A.  Yeah.  Those line items tell you your
9  prevailing wage rates and your regular hours
10 rates.
11     Q.  Just so we're clear, Juan Lopez, what
12 did he work for you as, do you recall?
13     A.  He was basically a helper, assisting the
14 sheet metal worker and sometimes going to
15 supervise the PLA workers.
16     Q.  Okay.  And he got paid overtime just
17 like any of your other workers; right?
18     A.  Absolutely.
19     Q.  And the way he was required to input his
20 time or to report this hours worked was similar to
21 other employees also; is that correct?
22     MR. MIZRAHI:  Objection to the form of
23 that question.
24     Tony, you can respond.
25     THE WITNESS:  We have one protocol for

Page 39

1  all employees.
2  BY MR. LEE:
3      Q.  Okay.  And you don't treat Mr. Lopez any
4  worse or better than any of your other employees;
5  is that right?
6      A.  Absolutely not.
7      Q.  You treat all your employees the same;
8  right?
9      A.  Absolutely.
10     Q.  Do you believe that you are a fair
11 employer?
12     A.  Wholeheartedly I do.
13     Q.  Has anybody ever complained to you about
14 how they were treated at work?
15     A.  In what sense?
16     Q.  Did anybody complain about being
17 shortchanged for their pay?
18     A.  Not that I know, no.  Employees always
19 want to make more money, of course.  That's the
20 nature of everyone.  They will always wish they
21 could make more and they want to perform more, and
22 we will try to (indecipherable) to do better to
23 grow, and that's basically their regular
24 day-to-day operation on how you deal with
25 employees.  They will always want more just like

Page 40

1  myself.  You always want to make more.
2      MR. LEE:  Jenie, on the same exhibit,
3  can you go further down until you get to
4  Bates-stamp 54.  I'm sorry.  Actually, why don't
5  you go to 53 first.
6  BY MR. LEE:
7      Q.  Do you see this text message to a person
8  named Adam?
9      A.  Okay.
10     Q.  Do you know, is there an Adam that
11 worked at your company?
12     A.  We had an intern that was doing basic
13 clerical assistance at one time, college student.
14     MR. MIZRAHI:  Before you ask your next
15 question, C.K., can you please refer to the
16 Bates-stamp number of the document you're
17 displaying on your screen?
18     MR. LEE:  53.
19     MR. MIZRAHI:  Can you please display the
20 Bates-stamp number of the document you're
21 displaying on your screen?
22     MR. LEE:  It's displayed.  It's 53.
23     THE WITNESS:  Can you please scroll down
24 to the Bates-stamped number.  I don't see it.
25     MR. LEE:  Do you see it now, Jason?

Page 41

1      THE WITNESS:  I don't see it, no.
2      MR. LEE:  It's way at the bottom.
3      MR. MIZRAHI:  For the record, the
4  document that is being displayed does not appear
5  to have a Bates-stamped number, and I've never
6  seen this document produced before.
7      MS. MARIANI:  If you look all the way
8  down to your right, the Bates stamp is there.  Now
9  it's highlighted in blue.
10     MR. LEE:  I don't know what's wrong with
11 your screen, Jason, but it's Bates-stamped.
12     MR. MIZRAHI:  I don't see it.  It could
13 be your display settings.
14     Ann, can you tell me if you see it?
15     COURT REPORTER:  Yes, I see it.
16     MR. MIZRAHI:  I'm not sure why it's not
17 coming up.
18     MR. LEE:  I'm not playing hide the ball.
19 You have this document.  You have the whole stack.
20     MR. MIZRAHI:  No, no, no.  My Zoom
21 screen was hiding it.  I see it in red.  Sorry
22 about that.
23 BY MR. LEE:
24     Q.  Let's go to the next page.  Do you
25 recognize this document, sir?

Page 42

1     A.  Yes.  It's a time sheet.
2     Q.  So these are the time sheets that all
3  your employees fill out when they are on jobsites?
4     A.  Yeah.
5     Q.  Do they fill it out on the jobsite, or
6  do they fill it out back in the office?
7     A.  They have it for the whole week.  They
8  have to turn it in at the end of the week.
9     Q.  And then you see the employee's
10 signature; right?
11       Do you see that?
12    A.  Yeah.
13    Q.  Do you recognize that as Juan Lopez's
14 signature?
15    A.  Yes.
16    Q.  And you review all of these time sheets
17 before people get paid; right?
18    A.  Yes.
19    Q.  Now, when I say you, I don't mean you as
20 a company.  You as a person, you individually
21 review them; right?
22    A.  I review them.  Sometimes if I'm not
23 around, I will ask, you know, Steven or maybe make
24 sure Shanti is, like, hey, do you see anything out
25 of the way.  But 99 percent of the time I do.

Page 43

1     Q.  You'll notice the supervisor's signature
2  is not signed.  Is that appended that way or does
3  sometimes the supervisor sign?
4     A.  Yeah.  They're all put together for me
5  to sign at a later time, but we make sure the
6  employee received them at the same time.  But for
7  some reason, I don't get the time to go sign it,
8  but we have the record here.
9     Q.  You would be the supervisor that
10 otherwise would sign this sheet; right?
11    A.  Yes.
12    Q.  And so when you review it and every day
13 it says eight hours, you don't have a problem with
14 that; right?
15    A.  No.
16    Q.  Okay.  And you don't have a problem that
17 the time being inputted is not exact to the minute
18 and that it's rounded to the nearest hour; is that
19 right?
20       MR. MIZRAHI:  Objection to the form of
21 that question.
22       Tony, you can respond.
23 BY MR. LEE:
24    Q.  What was your answer, sir?
25    A.  I don't have any issue there.  That's

Page 44

1  the rule and that's what I see.
2        MR. LEE:  If I can go to next page,
3  Jenie.
4  BY MR. LEE:
5     Q.  So this is a site report; right?
6     A.  Yep.
7     Q.  And do you have a site report for every
8  location on a daily basis, or is it just something
9  that you do every now and then when something
10 happens?
11    A.  No.  There's supposed to be a daily log
12 every day of every task that we do.
13    Q.  Every day that you're on site, you
14 should have a daily site report?
15    A.  Yeah.  We have a site report to say how
16 many guys doing what.
17    Q.  And you don't know who fills it out?
18 For example, do you know who filled out this site
19 report?
20    A.  The site super.
21    Q.  I'm sorry.  The site super?
22    A.  Yes.
23    Q.  And here it would be Juan Lopez; right?
24 Is he supervising?
25    A.  Looking at the document, it looks like

Page 45

1  he was supervising at that time.
2     Q.  Okay.  Do you guys text employees after
3  work hours to give them instructions about work?
4     A.  Sometimes we do if there's a change in
5  plan from the day before.  Just to make sure that
6  we don't make a mistake, we'll send a group chat
7  out or we'll send a text message just to give
8  them -- keep them alert.  They don't have to
9  respond.  We're hoping they do find it.  I know
10 that everybody look at their phones at all times.
11 But first thing in the morning they check in to
12 make sure that they get what they have to get and
13 be where they're supposed to be.
14    Q.  But you do expect employees to check
15 their phones to make sure that they know where
16 they're going and they're supposed to be where
17 they are at the correct time; is that right?
18    A.  We have a time sheet that is being
19 posted on an app.  And that time sheet usually
20 gets updated by the end of the day.  That's the
21 next day's schedule, next week's schedule,
22 whatever look ahead we have on who is going where.
23 And that's what they should follow and they should
24 know when to come in.
25       Some jobsites are a one-hour drive away,

12  (Pages 42 to 45)

Page 46

1   and some jobsites are a ten-minute drive away.
2   They should know when to leave to get there.
3        Q.  Now, I believe that Mr. Lopez's work
4   schedule is typically starting around 6:00 or
5   7:00 in the morning and ends around 2:00 or
6   3:00 in the afternoon.  Is that accurate?
7        A.  Yes.
8        Q.  I believe that was the schedule the
9   whole time when he was at Thermo Tech; is that
10  right?
11       A.  Not all the time.  There's evening work
12  also.
13       Q.  Okay.  Okay.
14       MR. LEE:  Jenie, if I can trouble you to
15  go to the next page.
16  BY MR. LEE:
17       Q.  Do you see this text message from Juan
18  to Steve?
19            Do you see that, sir?
20       A.  Yeah.
21       Q.  Okay.  So when you guys, you know, send
22  out text messages or when you see employees
23  sending text messages to management at Thermo
24  Tech, do they get compensated for their outside of
25  work time?

Page 47

1        A.  Text messages are not compensated for,
2   and it's not mandatory.  We don't expect someone
3   to respond to a text message at any given time.
4   We just send text messages just to leave it out
5   there to make sure, you know, they get it at some
6   point.  This is not a mandatory you must reply to
7   it.  This is just standard communication just to
8   make sure that we don't make mistakes or we don't
9   go to the wrong place.
10            But this is not paid time, and this is
11  not an expectation of work, that you must respond
12  and do anything because this is outside of work
13  hours.
14       Q.  What would you say -- so Mr. Lopez you
15  said was a helper; right?  Is that what you said?
16       A.  Yes.
17       Q.  So he would help the licensed HVAC guys?
18       A.  Sheet metal mechanics, guys that have
19  years and years of experience.
20       Q.  Can you say that again?
21       A.  He will assist licensed guys and he will
22  also assist sheet metal workers.
23       Q.  Okay.  And when you say assist, he
24  would, I guess, work under their supervision?
25       A.  Yes.

Page 48

1        Q.  Okay.  And they would tell them like
2   what to do, what to install, like that kind of
3   stuff?
4        A.  Yeah.  Read the plan and tell them they
5   have to go this much higher, go by this
6   measurement over there, and give them guidance and
7   tell them to bring this in, bring that in, put
8   this up, usual when you're helping somebody.
9        Q.  Does he have to pay for his own
10  equipment?
11       A.  No.
12       Q.  The equipment is provided by the
13  company?
14       A.  Yes.
15       MR. LEE:  Jenie, can I trouble you to go
16  to Plaintiff's Exhibit 10.
17  BY MR. LEE:
18       Q.  Before we start talking about this
19  exhibit, sir, after you received notice of this
20  lawsuit, did you ever go back and check the
21  employee's pay records to see if he was ever short
22  paid for any of his pay periods?
23       A.  Yeah, we did.  We were just making sure
24  that we don't make a mistake anywhere.
25       Q.  And could you find any mistakes that you

Page 49

1   guys made in terms of what he should have been
2   paid?
3        A.  I think there was -- like somewhere
4   there was a half hour or something or a few
5   minutes or something, one incident that I could
6   recall of.  Nothing more than that.
7        Q.  Okay.  Okay.  If I were to tell you that
8   there were certain instances where even based on
9   his time in/time out logs, he would have been
10  short on his pay for his paystubs, would you feel
11  that -- would you agree that he was short paid
12  then?
13       MR. MIZRAHI:  Objection to the form of
14  the question.
15            Tony you can respond.
16       THE WITNESS:  What's on his paystub is
17  what he should have received.
18  BY MR. LEE:
19       Q.  But the time that's on the paystub is
20  directly from his punch in/punch out logs; right?
21       A.  Yes.  Not log, but his time sheet.
22       Q.  Yeah, his time sheet.
23       A.  We have an app to show that you're at
24  the location and the time sheet to confirm that
25  you were there at that time and you leave at that

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 50

```
1   time.
2        Q.  And so do you see this employee manual,
3   sir?
4        A.  Yeah.
5        Q.  And this is an employee manual that
6   relates to all employees at Thermo Tech; right?
7        A.  Yeah.
8        Q.  And the policies stated herein are
9   accurate and implemented at Thermo Tech?
10       A.  To the best of my knowledge and the best
11  I know what we know we should be doing.
12       MR. LEE:  Jenie, can I trouble you to go
13  to Bates-stamped 13 on this exhibit.  I'm sorry,
14  Jenie.  Can we go to page 3 first.
15  BY MR. LEE:
16       Q.  Do you see what's Bates-stamped 3 from
17  the employee handbook, sir?
18       A.  Yes.
19       Q.  So do you recognize these four
20  individuals as what would be considered management
21  at Thermo Tech?
22       A.  Yeah.
23       Q.  That would be yourself, Steve, Shanti
24  and Pheronya; correct?
25       A.  Yeah.
```

Page 51

```
1        Q.  Would Melissa Amjit now be considered
2   part of management?
3        A.  Yeah, somewhere around that time,
4   Melissa came in.
5        Q.  Do you have a newer version of this
6   employee manual, or is this employee manual
7   effective since the date on it, which is May 2018?
8        A.  No.  It's changed.  It's ever changing
9   and it's improved and reviewed.  It's changed.
10       Q.  Do you know when was the first revision
11  after 2018?
12       A.  Not off my memory.
13       Q.  Was there a version prior to this
14  May 2018 version?
15       A.  No.
16       Q.  This was the first one; right?
17       A.  This was the first.  We're trying to
18  make sure we do the right thing and do the best we
19  can.
20       MR. LEE:  Jason, can you provide the
21  later version of the handbook?
22       MR. MIZRAHI:  C.K., why don't we talk
23  about this off the record.
24       MR. LEE:  Okay.  Jenie, if I could
25  trouble you to go to page 13.  If you could blow
```

Page 52

```
1   it up a little bit.
2   BY MR. LEE:
3        Q.  Are you able to read the paragraph 7.1
4   from the handbook on your screen, sir?
5        A.  "It is mandatory for each employee to
6   fill out a time sheet for each work shift."
7        Q.  That's fine.  You don't have to read the
8   whole thing.  I wanted to direct your attention to
9   the third paragraph.  And I believe it says,
10  "Should your time sheet be incorrectly written,
11  your supervisor will not note the correct start or
12  end time."
13       Do you see that, sir?
14       A.  Um-hum.
15       Q.  You have to say "yes" or "no."
16       A.  Yes.
17       Q.  So can you explain why if a person's
18  time sheet is incorrectly written, the supervisor
19  purposely will not note the correct start or end
20  time?
21       A.  I'm not sure how that language is there.
22  In all actuality, if something is written
23  incorrectly, it has to be called out.  It has to
24  be informed to the employee.  And it has to be
25  noted.  Something there in that language is
```

Page 53

```
1   incorrect.  Probably that needs to being corrected
2   and fixed, because that's not how we go about
3   doing business.  If something is not right, you
4   have to fix it and call the employee up and show
5   where it is and note it.
6        That "not" should have been out of
7   there.  Will note the start end time and initial
8   the correction, yeah.  Maybe it's a typo in there.
9   "Not" should not be there.  Why would you
10  not want to do something?
11       Q.  That's kind of what was being alleged
12  here, where people tried to put in the correct
13  time and they were told that they had to put in
14  their scheduled hours.  But let's move on.
15       A.  That's got to be a typo.  It doesn't
16  make sense to not correct something if you see it.
17       Q.  Do you know where you got the employee
18  manual from?  Do you know who prepared it for you?
19       A.  We had a former employee that had a file
20  that she shared with me.  From a long time ago she
21  said she had it.  I don't know from where.  And
22  then we take it and take the pieces and put it
23  together to make sure that we meet the DOL
24  standards and try to create a manual for us.  So
25  that way we have something to follow.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 54

1    MR. LEE: If I could trouble Jenie to go
2 back to Bates-stamped number 18, please. If you
3 can blow it up, and we're going to look at --
4 actually forget it. I'm going to move on. I'm
5 sorry. So under -- actually let's go ahead and do
6 this. If you look at 8.5. Scroll down a little
7 bit, Jenie.
8 BY MR. LEE:
9    Q. It says, "If you want additional time
10 for maternity leave," and this is the last
11 sentence, "additional time may be allowed under
12 unusual circumstances and with the permission of
13 your supervisor."
14    Do you see that, sir?
15    A. Hold on. I can't see that well. Which
16 one are you talking about? 8.6?
17    Q. 8.5.
18    A. 8.5, additional time may be allowed
19 under usual circumstances -- unusual. There's
20 some typo there. It's definitely unusual
21 circumstance with permission of your -- no --
22 under --
23    Q. Do you think it should say usual
24 circumstances?
25    A. I think that should say under -- I mean,

Page 55

1 there are circumstance. Life is not perfect.
2 There are some kind of a circumstance where people
3 need to have additional time, you know. We
4 don't -- we try to do everything the best we can,
5 write it the best we can and implement it as best
6 we can. And there are going to be exceptions from
7 time to time that we have to make calls to make
8 sure that we do the right things.
9    Not everybody comes back in on time.
10 Yeah, we try to have some kind of a standard. We
11 use our common sense at the end of the day to see
12 what works. This is about teamwork. Things
13 happen. And I think that language is trying to
14 say, hey, if there's additional time, we will try
15 to work with you.
16    Q. Under 8.10 on the next page, under time
17 off, time off for voting, it says "You'll be
18 allowed a reasonable period of time to vote in
19 case you are unable to vote before or after your
20 regular hours if your work hours make it difficult
21 or impossible to vote otherwise."
22    Do you see that, sir?
23    A. Um-hum.
24    Q. You have to say "yes" or "no."
25    A. Yes.

Page 56

1    Q. That's something you implement at the
2 Thermo Tech?
3    A. We will allow people to go to vote. We
4 wouldn't stop anyone from going to vote. You got
5 to go vote, you got to go vote.
6    Q. That's actually not what it says. That
7 says you will only allow them to go vote if it
8 otherwise is impossible for them to vote on their
9 own personal time.
10    Do you see that?
11    A. I think the language there, something is
12 wrong with it. This has got to be corrected.
13 That's not how we operate. The language is
14 written poorly.
15    Q. Okay. And then let's move on. If we
16 can scroll down to Defendant's 22. I'm sorry.
17 It's the same exhibit, but it's Bates-stamped 22.
18    So this is Bates-stamped 22. Do you see
19 this paragraph 10 under -- do you see what this
20 says about arbitration, sir?
21    A. What is that about? I see a letterhead
22 and I see a bunch of writing. Where did that come
23 off?
24    Q. This is from the employee manual.
25    A. Okay.

Page 57

1    Q. This is the second to last page of the
2 employee manual.
3    A. Okay.
4    Q. So do you recognize that there is an
5 arbitration provision that you have included in
6 your employee manual?
7    Do you see that, sir?
8    A. Yeah.
9    Q. Now, you may recall in this lawsuit at
10 one point was an arbitration. Do you recall that,
11 sir?
12    A. I don't know the legal process. I only
13 listened to my lawyer, and he advised me whatever
14 the next court date or whatever I need to do. I
15 don't know about this arbitration.
16    Q. Do you recall at one point you refused
17 to pay the arbitration cost and that's why we had
18 to go back to court?
19    MR. MIZRAHI: Objection to the form of
20 that question.
21    Tony, you can respond.
22    THE WITNESS: I don't know what
23 arbitration is. All I know is I pay my bills
24 every time I need to pay something.
25

15 (Pages 54 to 57)

Page 58

```
 1   BY MR. LEE:
 2       Q.  Do you know what this paragraph ten
 3   means?  Do you have any idea?
 4       A.  No.
 5       Q.  I can direct your attention to page 23.
 6   If you can scroll down.
 7           Do you see this is a signature for a
 8   confidentiality agreement with Mr. Juan Lopez?
 9           Do you see that?
10       A.  Yeah.
11       Q.  And he's the employee.
12           Do you see that?
13       A.  Yeah.
14       Q.  There's a placeholder for the employer
15   to sign and that would be you.
16           Do you see that?
17       A.  Yeah.
18       Q.  And you agree that you are Juan Lopez's
19   employer; correct?
20       A.  Yeah.
21       Q.  And you agree that you're the employer
22   for all of the employees at Thermo Tech
23   Mechanical; correct?
24       A.  Yes.
25       Q.  Let me direct your attention to 31.  Do
```

Page 59

```
 1   you see the handwritten notation towards the
 2   bottom half of the page on Bates-stamp 31 for
 3   Exhibit 10?
 4       A.  Okay.
 5       Q.  Do you recognize the handwriting on this
 6   time sheet?
 7       A.  Yeah.  That's my handwriting.
 8       Q.  That's your handwriting; right?
 9       A.  Yes.
10       Q.  About "please complete work"; is that
11   right?
12       A.  Yeah.  They are supposed to be written
13   down somewhere about where they work.
14       Q.  And then you're also adding amounts owed
15   for gas and tolls, right, to Mr. Lopez; is that
16   right?
17       A.  Yes.  If they use any petty cash for
18   themselves, we will reimburse them.  Sometimes
19   they don't bring -- usually there's a guy with a
20   credit card to give you to fill up your gas or
21   whatever.  But sometimes they don't follow up.
22   And then they're on the road and realize they
23   don't have gas.  They don't have this.  And then
24   they have to dig out of their pocket because, you
25   know, what can we do.  Send somebody to help you
```

Page 60

```
 1   off the street?  And then we'll give you back the
 2   money.
 3       Q.  So what day of the week are employees
 4   required to submit their time sheets?
 5       A.  At minimum by Tuesday morning.
 6       Q.  By Tuesday morning?
 7       A.  For the week before.
 8       Q.  Okay.  So the week closes on a Friday?
 9       A.  Friday is when the paycheck actually
10   comes to the office.  We have to send it in at
11   least by Wednesday to ADP, and it will be in our
12   office Friday morning.
13       Q.  That's for the prior week; right?
14       A.  Yeah.
15       Q.  So at the bottom of the time sheet, do
16   you see it says -- Jenie, if you can blow it up --
17   it says you must fill it out every day.  Do you
18   know what that statement means because --
19       A.  It's supposed to be fill it out every
20   day.
21       Q.  You recognize the sentence by itself
22   makes no sense; right?
23       A.  Yeah, yeah.  Like I said, we're a small
24   business.  We learn.  We do a lot of crazy shit.
25   And then after that, we correct ourself.  I'm sure
```

Page 61

```
 1   it's not like that now.
 2       Q.  So the next page, is this the pay
 3   details for the prior time sheet that was
 4   submitted?  It looks like it; right?
 5       A.  Regular, overtime.  What is that?  24
 6   hours overtime, 40 hours regular.  I got to look
 7   at that.
 8       Q.  The prior one had the same thing; right?
 9       A.  Okay, if that's what you say.
10           MR. LEE:  Jenie, do you want to go back
11   up.  I just want him to confirm it.
12   BY MR. LEE:
13       Q.  So here at the top you see 40 and 24?
14       A.  Yeah, 24 hours overtime, 40 hours
15   straight time.
16       Q.  So for every pay period, like there's a
17   payment detail page that comes out; right?
18       A.  Yeah.
19       Q.  And does the employee receive this?
20       A.  Yeah.  It's ADP.  They're a company.  If
21   you don't fill in the information online in their
22   system -- it has to have a line item to go with
23   it.  We don't make payroll.  This comes from the
24   payroll company.  We have to fill in everything
25   what we're paying for.
```

Page 62

1     Q.  And this goes to the employee?
2     A.  Of course.
3     Q.  Okay.  We're going to go to Bates-stamp
4  131.  Can you tell me what these are?  I'm showing
5  you Bates-stamped 131, 132.  Are these screenshots
6  of something?
7     A.  Somebody taking a picture of a computer
8  screen.
9     Q.  Yeah.  Do you know what these are?
10    A.  It looks like the input in the time
11 sheet information.
12    Q.  Yeah.
13    A.  Or maybe pulling information from the
14 app to put into a time sheet because we have many
15 ways of how we -- you have to find the app to make
16 sure where the employees are at and to find where
17 they punched, where they punch in and punch out,
18 are they within the location, what was the shift,
19 what was on their paper.  So you have to document
20 where you get your information from so you can sit
21 and compare.
22    So this could have been one of the
23 documentation screen of where they're correcting
24 data from the app to compare to the time sheet.
25    MR. LEE:  Jenie, can we go to 168.  Can

Page 63

1  you blow it up a little bit, Jenie.
2  BY MR. LEE:
3     Q.  Can you tell me what this is, sir?
4     A.  Hold on one second.  The start time, end
5  time, wage, total benefit.  This is a spreadsheet
6  of a jobsite where Juan Lopez was documented in
7  one of our submission.
8     Q.  Is this from like a project or a
9  company?
10    A.  This is the data collected in total of a
11 project of a location where an employee was
12 working.  This is an Excel sheet put together for
13 a total snapshot of what happened to an employee
14 within a time period.  Yep.
15    Q.  If we can go to the next page.
16    A.  Okay.
17    Q.  Can you tell me what this is?
18    A.  That's the sign-in log to have a meeting
19 with the construction authority and respond to
20 Juan Lopez stating that we didn't pay him
21 prevailing wages.
22    Q.  So what happened after that?
23    A.  The construction authority thinks that
24 his claim is of no substance and they don't have
25 need to do anything for it.

Page 64

1     MR. LEE:  Let's take a break until 1:15
2  and I might be done soon.  Okay?
3     THE WITNESS:  Okay.
4     MR. LEE:  Thanks everybody.
5     (Recess from 1:07 p.m. to 1:15 p.m.)
6     MR. LEE:  Thank you for appearing.
7  We're done.
8     MR. MIZRAHI:  Thank you.
9     MR. LEE:  Ann, I'll just take a regular.
10    MR. MIZRAHI:  Just a quick note for the
11 record before we jump off.  Defendant's counsel
12 respectively reserves to request a copy of
13 transcript pursuant to the Federal Rules of Civil
14 Procedure.
15    MR. LEE:  Thanks, everyone.
16    (Whereupon, at 1:15 p.m., the taking of
17 the instant deposition ceased.)
18
19
20
21
22
23
24
25

Page 65

1  COMMONWEALTH OF PENNSYLVANIA )
2  COUNTY OF ALLEGHENY         )  SS:
3     C E R T I F I C A T E
4     I, Ann Medis, RPR, CLR, CSR-WA and
5  Notary Public within and for the Commonwealth of
6  Pennsylvania, do hereby certify:
7     That GOWKARRAN BUDHU, the witness whose
8  deposition is hereinbefore set forth, was duly
9  sworn by me and that such deposition is a true
10 record of the testimony given by such witness.
11    I further certify the inspection,
12 reading and signing of said deposition were waived
13 by counsel for the respective parties and by the
14 witness.
15    I further certify that I am not related
16 to any of the parties to this action by blood or
17 marriage and that I am in no way interested in the
18 outcome of this matter.
19    IN WITNESS WHEREOF, I have hereunto set
20 my hand this 18th day of October, 2023.
21
22
                    _____
23                        Notary Public
24
25

17  (Pages 62 to 65)

Page 66

```
 1              *** ERRATA SHEET ***
              TRANSPERFECT DEPOSITION SERVICES
 2              216 E  45th Street, Suite #903
                 NEW YORK, NEW YORK 10017
 3                  (212) 400-8845
 4       CASE: JUAN LOPEZ vs  THERMO TECH MECHANICAL, INC
         DATE: SEPTEMBER 28, 2023
 5       WITNESS: GOWKARRAN BUDHU     REF: 7982
 6       PAGE  LINE  FROM              TO
 7            |    |              |
 8            |    |              |
 9            |    |              |
10            |    |              |
11            |    |              |
12            |    |              |
13            |    |              |
14            |    |              |
15            |    |              |
16            |    |              |
17            |    |              |
18            |    |              |
19            |    |              |
20

21       _____

              GOWKARRAN BUDHU
22
         Subscribed and sworn to before me
23
         this ____ day of _____, 20__
24
         _____
25            Notary Public
```

**A**

**a.m** 1:19 32:22
**able** 31:20 52:3
**Absolutely**
  26:15,20 37:1
  38:18 39:6,9
**access** 20:11
**accommodating**
  32:23
**account** 5:25
  6:12,16,18
  23:6
**accountant** 30:7
**accounting** 24:1
**accurate** 16:3
  25:7 30:14,16
  31:11,13 36:10
  46:6 50:9
**accurately** 24:16
**action** 65:16
**actual** 16:20
  18:22 26:11
  27:7 28:7,23
**actuality** 19:1
  52:22
**Adam** 40:8,10
**adding** 59:14
**additional** 29:21
  54:9,11,18
  55:3,14
**address** 4:17
  5:23
**administration**
  12:21
**ADP** 35:19,21
  60:11 61:20
**advised** 57:13
**affiliated** 17:7
**afternoon** 27:1
  46:6
**ages** 9:15
**ago** 9:12 15:19
  53:20
**agree** 27:6 49:11
  58:18,21
**agreement** 16:6

**17:4,12** 58:8
**agreements** 17:6
**ahead** 45:22
  54:5
**air** 10:20 12:4
**alert** 45:8
**allegations**
  21:21 22:5
**alleged** 53:11
**ALLEGHENY**
  65:2
**allow** 56:3,7
**allowed** 54:11
  54:18 55:18
**Amjit** 8:15,19
  51:1
**amounts** 59:14
**anemia** 4:22
**Ann** 1:15 41:14
  64:9 65:4
**answer** 23:22
  43:24
**answering** 23:7
**anybody** 39:13
  39:16
**anymore** 9:9
**Anyway** 13:22
**app** 27:3 45:19
  49:23 62:14,15
  62:24
**appear** 41:4
**appearing** 64:6
**appears** 5:9
**appended** 43:2
**arbitration**
  56:20 57:5,10
  57:15,17,23
**asked** 33:20
**asking** 29:3
**assist** 47:21,22
  47:23
**assistance** 40:13
**assisting** 38:13
**ASSOCIATES**
  2:8
**assume** 4:24
  15:18

**attention** 52:8
  58:5,25
**attorney** 14:10
**audio-visual**
  5:19
**audiovisual** 5:9
**authority** 63:19
  63:23
**authorize** 27:2
**authorized**
  29:22 31:14,22
  31:23 32:1,5
  32:10
**automatically**
  17:25
**Avenue** 4:18,20
**average** 16:17
**aware** 22:5
  26:10

**B**

**b** 37:3
**B-U-D-H-U** 4:10
**back** 15:6 17:25
  30:2 32:20,24
  42:6 48:20
  54:2 55:9
  57:18 60:1
  61:10
**bad** 19:16
**ball** 41:18
**bar** 11:22
**bars** 11:21
**based** 38:1 49:8
**basic** 40:12
**basically** 10:18
  29:5 38:13
  39:23
**basis** 5:19 44:8
**Bates** 41:8
**Bates-stamp**
  40:4,16,20
  59:2 62:3
**Bates-stamped**
  13:19 34:18,23
  40:24 41:5,11
  50:13,16 54:2

**56:17,18** 62:5
**bathroom** 25:14
**Battery** 25:13
**bed** 34:6
**bedridden** 34:4
  34:6
**behalf** 1:3 2:2,7
**believe** 4:13
  7:24 10:8
  12:10 25:5
  28:20 39:10
  46:3,8 52:9
**believes** 21:19
**benefit** 37:7,19
  63:5
**benefits** 37:9,14
**best** 50:10,10
  51:18 55:4,5,5
**better** 39:4,22
**beyond** 5:16
**bills** 23:7 57:23
**birth** 6:10
**bit** 6:14 19:22
  28:6 29:14
  34:20 52:1
  54:7 63:1
**blood** 65:16
**blow** 34:20
  51:25 54:3
  60:16 63:1
**blue** 41:9
**body** 34:2
**bookkeeper**
  15:13,13,15,17
  22:13 33:22
**bookkeeping**
  22:15
**boss** 12:1,2
**bottom** 41:2
  59:2 60:15
**break** 32:20
  33:3 64:1
**breakfast** 27:19
**Briefly** 21:14
**bring** 16:11 48:7
  48:7 59:19
**brother** 9:5

**20:14**
**Budhu** 1:7,8,13
  3:2 4:3 8:6,8
  30:6,10 31:9
  33:2,15 65:7
  66:5,21
**bunch** 56:22
**business** 5:24
  10:11 11:17
  12:9 14:7
  20:25 22:17
  53:3 60:24
**businesses** 10:25
**buy** 22:1

**C**

**C** 2:1 4:1 65:3,3
**C.K** 2:3 5:7
  40:15 51:22
**California** 13:25
  14:6,16,22
  15:4
**call** 16:8 18:1
  28:16 33:17
  53:4
**called** 1:14
  52:23
**calls** 22:16 55:7
**capacity** 10:8
**carbon** 11:21
**card** 27:15
  59:20
**carrier** 14:14,17
  15:5,24
**case** 1:5 55:19
  66:4
**cash** 59:17
**ceased** 64:17
**cell** 4:22
**certain** 17:6,9
  17:10 36:13,16
  36:17,24 49:8
**certify** 65:6,11
  65:15
**change** 14:13
  16:14 45:4
**changed** 51:8,9

changing 51:8
charge 33:4
chat 45:6
check 15:8
    45:11,14 48:20
checks 23:8
children 9:13,14
circumstance
    54:21 55:1,2
circumstances
    10:2 54:12,19
    54:24
city 24:22
Civil 64:13
claim 63:24
claiming 21:17
    22:8
claims 21:16
clarify 20:1
    22:11 23:25
    33:8
Class 1:4
clear 38:11
clerical 40:13
client 14:22
clock 27:13,15
    27:16
clocking 27:10
    27:25
closes 60:8
CLR 65:4
CO2 11:25
coherent 34:8,9
    34:13
collected 63:10
Collective 1:3
college 40:13
column 36:4
come 27:15,17
    32:15 45:24
    56:22
comes 28:18
    55:9 60:10
    61:17,23
coming 16:15
    41:17
commencing

1:19
commercial
    11:3
common 55:11
Commonwealth
    1:17 65:1,5
communication
    47:7
company 11:12
    11:19 12:3,12
    12:25 13:25
    14:6,17,18,22
    15:5,5,24 16:2
    20:3 21:20
    22:6 23:18
    26:10 28:20
    32:9,9 33:22
    35:22 36:22
    40:11 42:20
    48:13 61:20,24
    63:9
company's 30:6
compare 62:21
    62:24
compensated
    46:24 47:1
compensation
    20:5
complain 39:16
complained
    39:13
complaint 22:6
complete 31:9
    59:10
completion
    29:10
compliance 24:8
computer 23:16
    62:7
conditioning
    10:21 12:4
confidentiality
    58:8
confirm 4:9
    49:24 61:11
Congrats 9:23
considered

50:20 51:1
construction
    63:19,23
contain 5:14
continue 5:17,20
contracted
    36:21
contractors
    36:13
cooling 10:18,19
    10:22
copy 64:12
corner 5:10
corporate 10:4
corporates
    10:25
corporations
    11:10
correct 4:11,12
    17:8 20:9
    33:15 38:21
    45:17 50:24
    52:11,19 53:12
    53:16 58:19,23
    60:25
corrected 53:1
    56:12
correcting 62:23
correction 53:8
correctly 23:10
cost 57:17
counsel 33:20
    64:11 65:13
count 31:10
COUNTY 65:2
course 18:17
    39:19 62:2
court 1:1 10:15
    41:15 57:14,18
cousins 8:21
crazy 60:24
create 53:24
credit 59:20
CSR-WA 65:4
cup 11:23
current 4:16
    24:21,23

currently 10:3
customer 12:6
customers 12:4

D

D 3:1 4:1
dad 22:1
daily 44:8,11,14
data 62:24 63:10
date 6:10 15:1
    51:7 57:14
    66:4
dates 33:7
day 16:7 17:21
    19:1 23:1,2
    28:1 43:12
    44:12,13 45:5
    45:20 55:11
    60:3,17,20
    65:20 66:23
day's 45:21
day-to-day
    39:24
days 11:20 16:7
    16:13 26:18
dead 12:3
deal 39:24
defendant 30:6
    30:10 31:8
Defendant's
    56:16 64:11
Defendants 1:9
    2:7
definitely 54:20
degree 24:1,3
deliver 11:20,25
delivery 13:8
depending
    17:15 37:11
depends 18:15
depose 33:21
depositing 23:7
deposition 1:13
    5:9,14,15
    64:17 65:8,9
    65:12 66:1
description 3:6

24:20
designated 13:6
detail 61:17
details 37:23
    61:3
different 13:7
    13:12 16:14
    17:17 19:22
difficult 10:2
    55:20
dig 59:24
dioxide 11:21
direct 52:8 58:5
    58:25
directly 49:20
disability 9:7
disabled 8:10
    9:7 33:24,25
discovery 14:11
display 40:19
    41:13
displayed 40:22
    41:4
displaying 40:17
    40:21
DISTRICT 1:1
    1:1
document 13:18
    13:24 14:2,4,9
    14:20 21:5,7
    21:11,13 25:21
    40:16,20 41:4
    41:6,19,25
    44:25 62:19
documentation
    62:23
documented
    63:6
documents
    14:11,13
doing 12:1 13:8
    16:20 19:16
    22:16 24:18,25
    25:1 33:9
    40:12 44:16
    50:11 53:3
DOL 53:23

Case 1:20-cv-09113-LTS-BCM   Document 118-2   Filed 12/01/23   Page 22 of 30

Page 69

drive 45:25 46:1
dropped 12:2
ductwork 25:1
duly 4:4 65:8
duties 15:18
  22:14 23:4

**E**

E 2:1,1 3:1 4:1,1
  65:3,3 66:2
earlier 29:22
  33:4
early 6:22 9:23
  9:24 27:9
earnings 35:19
  36:4 37:23
  38:5
easily 18:23
East 2:9
eating 27:19
effective 14:25
  51:7
eight 26:18
  43:13
Eighth 2:4
either 35:13
email 5:22 6:4,5
  6:6,6 7:2,16,25
emails 7:10
employee 16:9
  20:11 26:11
  36:22 37:11
  43:6 50:2,5,17
  51:6,6 52:5,24
  53:4,17,19
  56:24 57:2,6
  58:11 61:19
  62:1 63:11,13
employee's 42:9
  48:21
employees 11:19
  16:2 17:14
  20:6 23:10
  24:12,16 29:5
  30:8 36:25
  38:5,21 39:1,4
  39:7,18,25

42:3 45:2,14
  46:22 50:6
  58:22 60:3
  62:16
employer 35:25
  39:11 58:14,19
  58:21
ends 29:20 46:5
ensure 24:16
ensuring 23:10
  24:7,11
enter 23:11,15
entities 11:5,5
entity 11:2
equipment
  48:10,12
ERRATA 66:1
ESQUIRE 2:3,8
estimated 16:1
EUNON 2:8
evening 46:11
everybody 12:24
  28:21 32:14,21
  45:10 55:9
  64:4
exact 29:13 33:7
  43:17
exactly 24:24
  26:18
examination
  1:15 3:3 4:6
examined 4:4
example 25:13
  27:8,24 44:18
Excel 63:12
exceptions 55:6
exhibit 3:7,8,9
  3:10,11 13:16
  13:23 21:3
  25:19 30:2,5
  34:15,18,24
  40:2 48:16,19
  50:13 56:17
  59:3
Exhibits 3:5,13
expect 45:14
  47:2

expectation
  47:11
experience
  47:19
expired 24:23
explain 52:17

**F**

F 65:3
fabricators
  13:11
fair 39:10
federal 11:8
  24:12 64:13
feel 49:10
field 19:9,10
file 53:19
fill 42:3,5,6 52:6
  59:20 60:17,19
  61:21,24
filled 44:18
filling 25:6
fills 44:17
find 45:9 48:25
  62:15,16
fine 32:19 52:7
finish 9:23 19:23
  19:24 30:9
finished 17:24
  31:7
fire 19:17 20:15
  22:19
firing 20:21
first 4:4 40:5
  45:11 50:14
  51:10,16,17
five 7:23 8:3
  12:21 18:13
  30:3
fix 53:4
fixed 53:2
flat 35:9
Floor 2:4
FLSA 1:3
folders 15:11
follow 24:22
  32:8 45:23

53:25 59:21
follows 4:5
foot 34:1
forget 54:4
form 12:13 13:2
  20:16 21:22
  25:8 26:3 28:9
  28:24 29:16
  34:10 38:22
  43:20 49:13
  57:19
former 53:19
forth 65:8
four 8:17 9:12
  11:19 15:19
  26:18 50:19
fourth 37:2
Friday 60:8,9,12
front 34:22
full 19:5,8 33:14
function 5:11
  34:2
functions 34:3
further 40:3
  65:11,15
future 5:18

**G**

G 4:1
G-O-W-K-A-...
  4:10
gas 59:15,20,23
generally 37:22
  38:6
give 4:16 20:8
  22:23 45:3,7
  48:6 59:20
  60:1
given 12:10,17
  16:22 25:11
  37:11,11 47:3
  65:10
gmail 6:12,16,17
go 4:13 11:22
  12:8 15:11
  17:25 19:9
  23:18,19,19,21

30:1,2 32:24
  34:15,17,18,19
  40:3,5 41:24
  43:7 44:2
  46:15 47:9
  48:5,5,15,20
  50:12,14 51:25
  53:2 54:1,5
  56:3,5,5,7
  57:18 61:10,22
  62:3,25 63:15
goes 34:6 62:1
going 5:17 13:22
  25:13,14 27:4
  30:22 31:4,16
  31:17 32:6
  38:14 45:16,22
  54:3,4 55:6
  56:4 62:3
good 4:8 9:23
  20:22
gotten 27:8
government
  37:10
governmental
  36:14,16,24
GOWKARR...
  1:7,13 3:2 4:3
  65:7 66:5,21
great 9:22
group 2:3 45:6
grow 39:23
guess 8:17 9:17
  10:11,18 17:9
  25:22 33:8
  47:24
guidance 48:6
gun 11:22
guy 16:8,11,15
  18:1,3,4,5
  20:22 23:14
  25:1,3 28:13
  59:19
guys 10:12
  16:24 17:22
  19:13 20:20
  32:24,24 37:25

44:16 45:2
46:21 47:17,18
47:21 49:1

**H**

**H-V-A-C** 10:16
**half** 30:13,19,24
31:10,18,19,24
31:25 49:4
59:2
**hall** 16:6 18:1
**hand** 34:1,2
65:20
**handbook** 50:17
51:21 52:4
**handwriting**
59:5,7,8
**handwritten**
59:1
**happen** 55:13
**happened** 63:13
63:22
**happens** 44:10
**headcount** 18:19
18:22
**hear** 9:10
**heating** 10:20,22
**help** 47:17 59:25
**helped** 12:1
**helper** 11:18
12:1 38:13
47:15
**helpers** 12:25
**helping** 22:15
48:8
**hereinbefore**
65:8
**hereunto** 65:19
**hey** 31:3 42:24
55:14
**hide** 41:18
**hiding** 41:21
**higher** 48:5
**highlighted** 41:9
**hire** 16:6 19:11
19:13 20:14
22:19

**hiring** 20:21
**Hold** 21:8 32:4
54:15 63:4
**homes** 11:13
**hoping** 45:9
**hospital** 11:7
**hospitals** 11:6
**hour** 26:22
27:18 29:21
30:13,19,20,24
31:10,17,17,18
31:19,23,23,24
31:24 37:19
43:18 49:4
**hours** 20:8,9
22:9 23:14
26:1,2,11,18
27:18 28:22
30:25 31:1,2,4
32:16 35:9
37:16 38:9,20
43:13 45:3
47:13 53:14
55:20,20 61:6
61:6,14,14
**house** 4:24,25
22:1
**HVAC** 10:12,15
12:25 16:21
19:13 37:24
47:17

**I**

**idea** 58:3
**implement**
24:15 55:5
56:1
**implemented**
50:9
**impossible**
55:21 56:8
**improved** 51:9
**in/punch** 49:20
**in/time** 49:9
**incident** 49:5
**included** 57:5
**incorrect** 53:1

**incorrectly**
52:10,18,23
**indecipherable**
39:22
**INDEX** 3:5
**indicates** 5:12
**individual** 10:8
27:6
**individually**
42:20
**individuals** 17:7
50:20
**information**
23:12 38:4,4
61:21 62:11,13
62:20
**informed** 52:24
**initial** 53:7
**input** 28:7 33:9
38:19 62:10
**inputs** 33:13
**inputted** 43:17
**inquire** 33:23
**inspection** 65:11
**install** 10:12
48:2
**installation**
16:21
**installers** 12:25
37:24
**instances** 49:8
**instant** 64:17
**instructions**
45:3
**insurance** 13:25
14:6,17,22
15:5,11,24
**insurer** 14:7
**interested** 65:17
**intern** 40:12
**involved** 20:24
**issue** 43:25
**issues** 28:15
**item** 36:5 37:2
61:22
**items** 38:8

**J**

**james@leeliti...**
2:5
**January** 15:1
**Jason** 2:8 40:25
41:11 51:20
**jason@levine...**
2:10
**Jenie** 13:15 21:2
25:18 30:1
34:17,19 40:2
44:3 46:14
48:15 50:12,14
51:24 54:1,7
60:16 61:10
62:25 63:1
**job** 1:25 19:16
22:13 23:4
24:20 25:14,15
**jobs** 12:7,7
**jobsite** 42:5 63:6
**jobsites** 42:3
45:25 46:1
**Juan** 1:3 21:8
25:22 35:2,5
36:1 38:11
42:13 44:23
46:17 58:8,18
63:6,20 66:4
**jump** 64:11

**K**

**keep** 19:18 45:8
**kids** 9:17
**kind** 37:25 48:2
53:11 55:2,10
**know** 5:22 12:7
14:2,10 15:9
16:13 21:5
22:10 23:14
25:13 28:12,13
32:13 33:3,20
33:24 39:18
40:10 41:10
42:23 44:17,18
45:9,15,24
46:2,21 47:5

50:11,11 51:10
53:17,18,21
55:3 57:12,15
57:22,23 58:2
59:25 60:18
62:9
**knowledge**
50:10

**L**

**labor** 16:5 17:4
17:6
**laborers** 24:20
**laid** 17:25
**language** 52:21
52:25 55:13
56:11,13
**law** 24:3
**laws** 24:13
**lawsuit** 14:11
21:8 48:20
57:9
**lawyer** 57:13
**learn** 60:24
**leave** 25:16
26:21,25 46:2
47:4 49:25
54:10
**leaving** 26:8
27:1 28:4,6,15
**Lee** 2:3,3 3:3,13
4:7 5:21 10:15
10:17 12:19
13:13,15,17
20:23 21:2,4
22:4 25:18,20
26:9,16 27:23
28:19 29:4,24
30:1,4 32:3,19
32:23 33:1
34:14,17,21
39:2 40:2,6,18
40:22,25 41:2
41:10,18,23
43:23 44:2,4
46:14,16 48:15
48:17 49:18

50:12,15 51:20
51:24 52:2
54:1,8 58:1
61:10,12 62:25
63:2 64:1,4,6,9
64:15
left 5:10 34:2
left-hand 35:24
legal 4:9 33:14
57:12
let's 5:25 10:1
18:18,20 34:15
41:24 53:14
54:5 56:15
64:1
letterhead 56:21
LEVIN-EPST...
2:8
licensed 47:17
47:21
life 6:5 55:1
line 36:5 37:2
38:8 61:22
66:6
listened 57:13
LITIGATION
2:3
little 6:14 12:6,7
19:22 28:6
29:14 34:20
52:1 54:6 63:1
lived 5:1
Local 17:15
location 27:4
44:8 49:24
62:18 63:11
log 32:20 44:11
49:21 63:18
logging 27:7
29:6,9
logs 49:9,20
long 5:1 6:4,19
6:23 19:18
53:20
longer 8:9,10
look 16:9,16
18:25 28:17

41:7 45:10,22
54:3,6 61:6
Looking 44:25
looks 16:9,15
44:25 61:4
62:10
Lopez 1:3 21:9
21:16 25:22
26:17 29:6
35:2,5 36:1,21
37:16 38:11
39:3 44:23
47:14 58:8
59:15 63:6,20
66:4
Lopez's 42:13
46:3 58:18
lot 16:9,10,15
60:24
lunch 26:22

___ M ___
making 5:6
23:13 48:23
management
13:12 46:23
50:20 51:2
mandates 37:10
mandatory 47:2
47:6 52:5
manual 50:2,5
51:6,6 53:18
53:24 56:24
57:2,6
March 25:23
MARIANI 41:7
marked 13:23
marriage 65:17
married 9:19,20
match 24:21,24
25:4
maternity 54:10
matter 65:18
mean 11:5 12:16
37:6 42:19
54:25
means 5:10,15

5:16 11:9 58:3
60:18
meant 6:21
measurement
48:6
Mechanical 1:7
10:5,9 14:21
35:25 58:23
66:4
mechanics 47:18
Medis 1:15 65:4
meet 53:23
meeting 10:2
63:18
meetings 19:10
Melissa 8:19,20
8:22 51:1,4
memory 14:5
51:12
mentally 34:8,9
34:13
mentioned 9:6
33:24
message 40:7
45:7 46:17
47:3
messages 46:22
46:23 47:1,4
metal 13:9 24:19
25:2 38:14
47:18,22
metropolitan
11:7
mid 6:25
minimum 60:5
minute 26:18
27:8 43:17
minutes 31:3,20
31:21 32:6
49:5
mistake 45:6
48:24
mistakes 47:8
48:25
Mizrahi 2:8 5:6
12:13 13:2
20:16 21:22

25:8 26:3,13
27:11 28:9,24
29:16 33:21
34:10 38:22
40:14,19 41:3
41:12,16,20
43:20 49:13
51:22 57:19
64:8,10
money 21:18,20
22:2 39:19
60:2
morning 4:8
26:23 45:11
46:5 60:5,6,12
move 53:14 54:4
56:15
MTA 11:7

___ N ___
N 2:1 3:1 4:1
name 4:9,10
33:14
named 40:8
nature 39:20
nearest 26:2
30:13 43:18
need 14:13 18:1
22:2 26:24
27:2 30:18
35:12 36:23
55:3 57:14,24
63:25
needed 22:1
needs 28:15 53:1
never 6:5 41:5
new 1:1 2:4,4,9
2:9 4:18,18
16:8 66:2,2
newer 51:5
normal 19:22
Notary 1:16
65:5,23 66:25
notation 5:11
59:1
note 5:6,8,13
52:11,19 53:5

53:7 64:10
noted 52:25
notice 5:13,14
43:1 48:19
noticing 5:8
number 16:1,2
17:10,13 40:16
40:20,24 41:5
54:2

___ O ___
O 4:1 8:1
object 5:18
objection 12:13
13:2 20:16
21:22 25:8
26:3,13 27:11
28:9,24 29:16
34:10 38:22
43:20 49:13
57:19
occur 9:11
October 65:20
office 7:16,21,22
8:3,11 12:22
15:10 16:23
19:8,10 38:6
42:6 60:10,12
office@therm...
7:3,7
okay 5:4 6:8
7:10 8:13 9:17
11:16 12:10
13:14 14:1,24
15:4 16:25
18:12,17 19:3
19:5 20:24
22:11 24:6,10
29:25 31:4,15
33:14 34:25
36:8 37:15
38:3,16 39:3
40:9 43:16
45:2 46:13,13
46:21 47:23
48:1 49:7,7
51:24 56:15,25

57:3 59:4 60:8
61:9 62:3
63:16 64:2,3
old 6:8,13,21
11:18
Older 6:15
one-hour 45:25
online 61:21
opened 6:17
operate 56:13
operation 39:24
OT 31:18
ourself 60:25
outcome 65:18
outside 27:19
38:6 46:24
47:12
overtime 27:2
28:16 30:25
31:1,4,14,17
31:19,21 32:10
32:11 38:16
61:5,6,14
owe 21:18
owed 59:14
owes 21:20

**P**
P 2:1,1 4:1
P.C 2:8
p.m 27:25 32:22
64:5,5,16
P10 34:15
P2 21:3 30:2,5
P33 34:19,23
P5 34:18,19
page 3:2,6 30:3
41:24 44:2
46:15 50:14
51:25 55:16
57:1 58:5 59:2
61:2,17 63:15
66:6
paid 17:22 23:10
24:12,16 32:7
32:17 35:15
36:13 37:13

38:16 42:17
47:10 48:22
49:2,11
paper 27:21
62:19
papers 23:14
paragraph 30:5
31:6 52:3,9
56:19 58:2
parks 25:14
part 20:25 51:2
parties 65:13,16
pay 22:8 26:11
32:12 35:4,5,8
36:9,18,21,23
37:22 38:1
39:17 48:9,21
48:22 49:10
57:17,23,24
61:2,16 63:20
payable 23:6
paycheck 60:9
paying 23:7
61:25
payment 61:17
payroll 16:16
17:23 18:14,20
23:6 33:5,9,11
33:12 35:21
61:23,24
paystub 34:22
35:2 49:16,19
paystubs 49:10
Pennsylvania
1:17 65:1,6
people 7:17 8:3
12:11,21,22
13:7,7,8,9,10
13:11 16:6,16
16:18,20,22
17:10,13,17
18:13,19,23
19:18 20:8,15
22:19 23:20
25:5 30:21
42:17 53:12
55:2 56:3

people's 23:23
percent 34:3
42:25
perfect 55:1
perform 39:21
performed 38:2
period 35:5
55:18 61:16
63:14
periods 48:22
permanently
18:19
permission
54:12,21
person 8:18 23:9
24:6,10,24
33:10 40:7
42:20
person's 52:17
personal 5:24,25
56:9
persons 8:17
petty 59:17
Pheronya 8:13
8:20,22 14:12
15:15 50:24
phone 22:16
phones 45:10,15
picture 62:7
pieces 53:22
PLA 16:5 17:2
17:12 38:15
place 47:9
placeholder
58:14
plaintiff 1:5,14
2:2 30:7,9,11
31:7
Plaintiff's 3:5
13:16,23 25:19
34:23 48:16
Plaintiffs 1:4
plan 45:5 48:4
PLAs 18:7
playing 41:18
please 4:17
40:15,19,23

54:2 59:10
PLLLC 2:3
pocket 59:24
point 47:6 57:10
57:16
policies 23:18
24:15 50:8
policy 28:20
32:9
poorly 56:14
position 33:22
possible 28:5
possibly 15:23
posted 45:19
precise 30:8
prepared 53:18
president 7:24
10:8
prevail 36:5
prevailing 24:8
24:21 36:9,12
36:17,22,24
37:13,17,18
38:9 63:21
prevent 30:7
prior 33:22
51:13 60:13
61:3,8
private 4:25
11:2,4,9,10
probably 5:2
6:14,22 15:19
16:7,24 18:10
53:1
problem 22:3
26:24 31:5
43:13,16
Procedure 64:14
process 57:12
produced 10:3,7
14:9,12 41:6
producing 14:11
Professional
1:16
project 13:11
16:5,11 17:4,5
17:18,24 18:12

22:16 37:15,17
63:8,11
projects 17:10
18:6,7,11
36:14,16,18,23
36:24
properly 24:12
protocol 38:25
prove 27:4
provide 25:7
51:20
provided 37:24
38:4 48:12
provider 35:22
provision 57:5
public 1:16 11:2
11:4,5 65:5,23
66:25
pull 13:15,22
15:11 21:2
25:18
pulling 62:13
punch 27:3,15
31:5 49:20
62:17,17
punch-in/pun...
25:22
punched 62:17
purposely 52:19
pursuant 64:13
put 28:22 29:12
31:21 43:4
48:7 53:12,13
53:22 62:14
63:12

**Q**
question 5:7
12:14,20 13:3
20:17 21:23
23:17 25:9
26:4 28:10,25
29:17 34:11
38:23 40:15
43:21 49:14
57:20
questions 23:22

23:23
**quick** 5:6,8
64:10

**R**

**R** 2:1 4:1 65:3
**raise** 22:23,24
**rate** 25:2 35:4,8
36:9,10,21
37:18
**rates** 23:15
24:23 37:10,13
38:1,9,10
**ratio** 17:13
**read** 21:13 48:4
52:3,7
**reading** 65:12
**ready** 32:24
**realize** 59:22
**really** 11:12,14
13:5 20:2,21
30:21
**reason** 16:4 43:7
**reasonable**
55:18
**recall** 14:8 15:4
15:7 38:12
49:6 57:9,10
57:16
**receivable** 23:6
**receive** 61:19
**received** 23:12
43:6 48:19
49:17
**Recess** 32:22
64:5
**recognize** 14:16
35:1,4,21,24
41:25 42:13
50:19 57:4
59:5 60:21
**recommend**
20:22
**record** 5:8 41:3
43:8 51:23
64:11 65:10
**recorded** 5:9,12

5:15
**recording** 5:19
**records** 15:10
20:12 24:22
25:6,22 48:21
**recreation** 25:15
**red** 41:21
**REF** 66:5
**refer** 40:15
**reflect** 23:13
**reflects** 28:17
29:23
**refused** 57:16
**regarding** 23:23
**regardless** 36:20
**Registered** 1:16
**regular** 35:8
38:9 39:23
55:20 61:5,6
64:9
**reimburse** 59:18
**related** 8:20,22
8:24,25 9:2
65:15
**relates** 50:6
**relatively** 9:18
**remember** 6:24
14:14 33:7
**REMOTE** 1:13
**repair** 10:12
16:21
**rephrase** 29:3
**reply** 47:6
**report** 32:11
38:20 44:5,7
44:14,15,19
**reporter** 1:16
7:5 10:15
41:15
**representative**
10:4
**request** 64:12
**require** 18:13
**required** 17:10
25:6 30:12
36:17 38:19
60:4

**requirements**
24:8
**requires** 16:11
**reserve** 5:18
**reserves** 64:12
**residence** 5:4
**residences** 11:13
**residential** 4:16
11:1,14
**respective** 65:13
**respectively**
64:12
**respond** 12:15
13:4 19:25
20:18 21:24
25:10 26:5,14
27:12 28:11
29:1,18 34:12
38:24 43:22
45:9 47:3,11
49:15 57:21
63:19
**responses** 35:12
**responsible**
14:10 23:9,11
24:7,11 33:10
**rest** 31:6
**retained** 3:13
**review** 24:17,18
33:12 42:16,21
42:22 43:12
**reviewed** 51:9
**revision** 51:10
**right** 4:14,24
5:18 8:4,15 9:3
9:18,24 10:5,9
10:13 11:6,10
11:13 12:12,21
13:1 15:21,23
15:24 16:21
17:11,23 18:24
19:5,17 20:3
20:12 21:10,10
22:12 24:1,4
27:9 29:7,10
29:15 32:7
33:5,11,18,25

34:1,1,1 35:22
36:14,18,25
37:20 38:6,7
38:17 39:5,8
41:8 42:10,17
42:21 43:10,14
43:19 44:5,23
45:17 46:10
47:15 49:20
50:6 51:16,18
53:3 55:8 59:8
59:11,15,16
60:13,22 61:4
61:8,17
**right-hand**
35:18
**road** 16:24
59:22
**Rochelle** 4:18
**roles** 13:12
**round** 30:12
**rounded** 25:7
26:2 43:18
**row** 35:10 36:5
**RPR** 65:4
**rule** 29:19 31:22
44:1
**Rules** 64:13

**S**

**S** 2:1 4:1
**sample** 35:1
**saying** 17:5
26:17
**says** 14:20 16:3
31:7 32:9
35:19 36:5
37:3 43:13
52:9 54:9
55:17 56:6,7
56:20 60:16,17
**schedule** 14:21
26:20 45:21,21
46:4,8
**scheduled** 26:12
28:22 29:7,10
53:14

**school** 12:4
**schools** 11:5,7
**screen** 5:10
40:17,21 41:11
41:21 52:4
62:8,23
**screenshots** 62:5
**scroll** 40:23 54:6
56:16 58:6
**second** 21:8 57:1
63:4
**seconds** 31:3
**see** 10:1 13:18
13:20,21,24
14:20,23,25
15:2 21:7
25:21,24 26:1
28:2 34:22
35:10,16,18
36:2,5,6,8 37:2
37:4 40:7,24
40:25 41:1,12
41:14,15,21
42:9,11,24
44:1 46:17,19
46:22 48:21
50:2,16 52:13
53:16 54:14,15
55:11,22 56:10
56:18,19,21,22
57:7 58:7,9,12
58:16 59:1
60:16 61:13
**seen** 14:4 21:11
41:6
**send** 18:3,4,4
45:6,7 46:21
47:4 59:25
60:10
**sending** 46:23
**sense** 39:15
53:16 55:11
60:22
**sentence** 54:11
60:21
**September** 1:18
35:6 66:4

service 35:22
servicers 37:25
SERVICES
  66:1
set 20:5 65:8,19
settings 41:13
seven 5:2,2
Shamwattie
  33:15
Shanti 1:8 8:8,9
  8:9 9:2,4 15:12
  15:20 22:12,19
  30:10 31:8
  33:4,17 42:24
  50:23
Shanti's 23:4
Shanty 30:6
share 7:16,19
shared 53:20
sheet 13:8 24:19
  25:2,17 28:18
  29:23 38:14
  42:1 43:10
  45:18,19 47:18
  47:22 49:21,22
  49:24 52:6,10
  52:18 59:6
  60:15 61:3
  62:11,14,24
  63:12 66:1
sheets 24:17
  42:2,16 60:4
shift 25:11 26:6
  26:12 27:25
  28:22 29:19,20
  30:18 52:6
  62:18
shit 60:24
short 33:17
  48:21 49:10,11
shortchanged
  39:17
show 25:15
  26:23 49:23
  53:4
showing 62:4
sick 15:20 22:1

sickle 4:22
Sickles 4:18,20
  4:22
side 12:7,7 34:1
  35:19,25
sign 43:3,5,7,10
  58:15
sign-in 24:17
  63:18
signature 42:10
  42:14 43:1
  58:7
signed 43:2
signing 65:12
similar 29:6
  37:23 38:20
Simultaneous
  19:21 32:2
single 28:1
sir 4:8,17 5:1 6:4
  6:8 9:11,13,15
  10:5 13:18
  14:2 15:2 19:6
  21:6,11 25:24
  34:23 35:16
  36:2,6 37:4
  41:25 43:24
  46:19 48:19
  50:3,17 52:4
  52:13 54:14
  55:22 56:20
  57:7,11 63:3
sit 62:20
site 27:17,18,20
  27:21,22 44:5
  44:7,13,14,15
  44:18,20,21
sites' 24:22
situation 28:13
six 5:2 37:16
slow 7:5
small 22:17
  60:23
snapshot 63:13
soda 11:20,23
somebody 22:23
  23:1,17 30:24

31:20 48:8
  59:25 62:7
soon 15:19 64:2
sorry 7:25 9:10
  10:1 22:11
  34:16,19 40:4
  41:21 44:21
  50:13 54:5
  56:16
SOUTHERN
  1:1
speaking 19:21
  32:2
specific 21:21
specifically 5:17
  16:12
specifics 17:15
specified 36:23
spelling 4:9
spinal 9:8
spray 11:22,23
spreadsheet
  63:5
SS 65:2
stack 41:19
staff 7:20,22
  12:17 19:11
stamp 41:8
stand 17:2
standard 47:7
  55:10
standards 53:24
start 5:25 9:23
  25:12 29:7,14
  31:15 48:18
  52:11,19 53:7
  63:4
started 6:12
  27:7,9 29:13
starting 25:23
  46:4
starts 29:20 35:5
state 24:13
stated 50:8
statement 30:17
  31:11 35:19
  60:18

statements
  37:22 38:5
states 1:1 30:6
stating 63:20
stayed 12:3
staying 28:6
steamfitters
  24:19
stenographic
  5:16
Steve 9:2 20:14
  46:18 50:23
Steven 8:6 9:4
  42:23
stop 30:22,22
  31:16 56:4
straight 61:15
street 2:4,9 60:1
  66:2
student 40:13
stuff 22:16 48:3
submission 63:7
submit 60:4
submitted 61:4
Subscribed
  66:22
substance 63:24
Suite 2:9 66:2
super 44:20,21
supervise 38:15
supervising
  44:24 45:1
supervision
  47:24
supervisor 43:3
  43:9 52:11,18
  54:13
supervisor's
  43:1
supl 37:3
supplemental
  37:7,8,13,19
supposed 26:11
  27:1,14 28:3
  28:21 32:8
  44:11 45:13,16
  59:12 60:19

sure 22:2 23:13
  25:3 28:17
  29:2,23 41:16
  42:24 43:5
  45:5,12,15
  47:5,8 48:23
  51:18 52:21
  53:23 55:8
  60:25 62:16
surgery 9:8
sworn 4:4 65:9
  66:22
syrup 11:21,25
system 23:12
  61:22
systems 10:12

**T**

T 65:3,3
T-H-E-R-M-O
  8:2
take 12:5 20:20
  23:1,2 32:20
  53:22,22 64:1
  64:9
taken 1:15
talk 19:24,25
  51:22
talking 16:23
  19:23 38:3
  48:18 54:16
task 16:12 17:16
  24:18 37:11,12
  38:2 44:12
tasks 13:6 37:12
teamwork 55:12
Tech 1:7 7:8 8:1
  10:4,9,11
  14:21 22:12
  24:7 29:6
  35:25 46:9,24
  50:6,9,21 56:2
  58:22 66:4
Tech's 24:11
technicians
  13:10
telephone 23:7

**tell** 17:13,14
21:15,19,20
30:10,23 31:9
37:8 38:8
41:14 48:1,4,7
49:7 62:4 63:3
63:17
**temporary**
18:13
**ten** 6:13,21
16:24 18:20
58:2
**ten-minute** 46:1
**terminate** 20:3
**terms** 49:1
**terrible** 19:20
**testified** 4:5 33:3
**testimony** 65:10
**text** 40:7 45:2,7
46:17,22,23
47:1,3,4
**Thank** 33:2,2
34:15 64:6,8
**Thanks** 32:23
64:4,15
**Thermo** 1:7 7:8
7:25 8:1 10:4,9
10:11 14:21
22:12 24:7,11
29:6 35:25
46:9,23 50:6,9
50:21 56:2
58:22 66:4
**thing** 32:15
45:11 51:18
52:8 61:8
**things** 20:20
22:17 25:4
55:8,12
**think** 6:23 12:16
12:18,24 13:24
15:12,25 27:9
49:3 54:23,25
55:13 56:11
**thinks** 63:23
**third** 36:4 52:9
**three** 11:19,20

16:13 31:1
**Thursday** 1:18
**time** 6:19,23
12:11,17 14:14
14:14 15:23
16:8,14,22
19:5,8 20:25
21:25 22:18
25:3,6,15,16
25:17 26:7,7
27:7,14,16,22
27:22 28:8,17
28:23 29:7,10
29:13,14,20,21
29:23 30:8,12
30:20 32:15
38:20 40:13
42:1,2,16,25
43:5,6,7,17
45:1,17,18,19
46:9,11,25
47:3,10 49:9
49:19,21,22,24
49:25 50:1
51:3 52:6,10
52:12,18,20
53:7,13,20
54:9,11,18
55:3,7,7,9,14
55:16,17,18
56:9 57:24
59:6 60:4,15
61:3,15 62:10
62:14,24 63:4
63:5,14
**times** 16:18 25:7
27:10 35:15
45:10
**today** 5:17
**told** 21:25 27:3
28:14 31:15
53:13
**tolls** 59:15
**Tony** 4:13,15
13:4 20:18
21:24 25:10
26:5,14 27:12

28:11 29:1,18
34:12 38:24
43:22 49:15
57:21
**Tony@therm...**
7:11,12
**TonyBudhu@...**
6:1,2
**top** 5:10 35:10
35:18,24 61:13
**total** 18:18 63:5
63:10,13
**trade** 17:14 18:2
**train** 19:19
20:20
**transcript** 64:13
**TRANSPERF...**
66:1
**traveling** 22:2
**treat** 39:3,7
**treated** 39:14
**tried** 30:9 53:12
**trouble** 30:1
46:14 48:15
50:12 51:25
54:1
**true** 28:23 65:9
**try** 19:18 30:21
39:22 53:24
55:4,10,14
**trying** 51:17
55:13
**Tuesday** 60:5,6
**Tunnel** 25:14
**turn** 42:8
**turnover** 16:10
**turns** 12:9
**two** 7:23 9:14
16:7,13 17:19
17:20 18:8,13
27:8,18 30:25
31:4 32:16
37:10,12
**typically** 46:4
**typo** 53:8,15
54:20

**U**

**Um-hum** 12:23
35:11 52:14
55:23
**unable** 55:19
**understand** 10:3
36:20
**understanding**
21:17
**undertaking**
18:7
**union** 16:6,11
17:7,25 18:2
18:14
**UNITED** 1:1
**units** 10:19
**unusual** 54:12
54:19,20
**updated** 45:20
**use** 5:23 17:6,9
55:11 59:17
**usual** 48:8 54:19
54:23
**usually** 20:20
33:23 45:19
59:19

**V**

**v** 1:6
**various** 17:5
**ventilation**
10:20
**verbalize** 35:12
**verbally** 19:25
**verify** 14:13
**version** 51:5,13
51:14,21
**video** 5:12
**videoconference**
1:18
**vote** 55:18,19,21
56:3,4,5,5,7,8
**voting** 55:17
**vs** 66:4

**W**

**wage** 23:18,23

24:8,13,21,23
25:2 36:9,12
36:17,23,24
37:13,17,18
38:9 63:5
**wages** 63:21
**wait** 19:23,24
**waived** 65:12
**walk** 9:9 27:17
27:20 33:25
**walked** 27:21,22
**want** 4:8 29:21
30:23,24,25,25
32:14 39:19,21
39:25 40:1
53:10 54:9
61:10,11
**wanted** 20:2
22:23 23:1
52:8
**warn** 32:13
**way** 27:16 38:19
41:2,7 42:25
43:2 53:25
65:17
**ways** 62:15
**we'll** 32:20 45:6
45:7 60:1
**we're** 5:17 13:22
16:23 22:16
38:11 45:9
51:17 54:3
60:23 61:25
62:3 64:7
**Wednesday**
60:11
**week** 11:20 16:7
16:12 17:18,20
18:8,8 19:2
42:7,8 60:3,7,8
60:13
**week's** 45:21
**weeks** 16:13
17:19,21
**went** 12:3
**West** 2:4
**wheelchair** 34:5

34:7
**WHEREOF**
65:19
**Wholeheartedly**
39:12
**wife** 9:4,6 15:12
15:14,16 20:24
33:4
**wife's** 33:14
**wish** 39:20
**witness** 1:14
12:16 13:5
20:19 21:25
25:11 26:6,15
27:13 28:12
29:2,19 34:13
38:25 40:23
41:1 49:16
57:22 64:3
65:7,10,14,19
66:5
**words** 21:15
**work** 7:2,22 8:3
8:11 11:15
12:22 19:5,8
19:14 20:8,9
24:24 26:12
28:7,16 29:13
29:21 30:21,24
30:25,25 31:2
31:4,18,18,22
31:23,24,24
32:1,5,6,10,11
38:12 39:14
45:3,3 46:3,11
46:25 47:11,12
47:24 52:6
55:15,20 59:10
59:13
**worked** 22:9
26:12,17 30:12
32:16 35:9
37:16 38:20
40:11
**worker** 38:14
**workers** 13:9
24:20 36:18

38:7,15,17
47:22
**working** 7:20
8:10 11:13
12:11 17:18
22:12 27:9
28:14,21 30:9
30:19,22,23
31:7 36:13
37:16 63:12
**works** 12:24
23:14 55:12
**workweek** 25:23
26:19
**worse** 39:4
**wouldn't** 56:4
**Wow** 9:22
**write** 7:6 27:21
30:20 31:8,17
55:5
**writing** 30:8
56:22
**written** 52:10,18
52:22 56:14
59:12
**wrong** 41:10
47:9 56:12

**X**

**X** 3:1

**Y**

**yeah** 6:17,19 7:1
7:1,9,13,18
8:21 9:14,21
11:24,24 14:24
15:22,25,25
17:1,12,20
18:21 19:4
21:12 25:25
28:3 33:6,12
35:3,7 38:1,8
42:4,12 43:4
44:15 46:20
48:4,23 49:22
50:4,7,22,25
51:3 53:8

55:10 57:8
58:10,13,17,20
59:7,12 60:14
60:23,23 61:14
61:18,20 62:9
62:12
**year** 12:2 16:9
16:17 18:8,11
18:18,23,25
**years** 5:2,3 6:13
6:20,21 9:12
11:18 15:19
47:19,19
**Yep** 4:23,25
9:25 44:6
63:14
**yesterday** 32:16
**York** 1:1 2:4,4,9
2:9 4:19 66:2,2
**young** 9:18,22
**younger** 6:15

**Z**

**zoom** 1:18 5:11
13:20,21 41:20

**0**

**1**

**1:07** 64:5
**1:15** 64:1,5,16
**10** 3:9 6:20
18:10 23:14
48:16 56:19
59:3
**10:15** 1:19
**10:54** 32:22
**10011** 2:4
**10017** 66:2
**10165** 2:9
**10801** 4:19
**11** 3:10 13:16,23
**115** 4:18,20
**12** 25:23
**12:00** 32:21
**12:17** 32:22
**13** 3:10 50:13

51:25
**13.53** 37:19
**131** 62:4,5
**132** 62:5
**14** 3:11 25:19
**148** 2:4
**15** 16:18,21
18:10
**168** 62:25
**17** 30:5
**18** 11:18 16:18
16:22 54:2
**18th** 65:20

**2**

**2** 3:7
**2/2/76** 6:11
**2:00** 46:5
**20** 9:19,20 35:8
35:15 66:23
**20-cv-09113** 1:5
**2000s** 6:23
**2016** 35:6
**2018** 25:23 51:7
51:11,14
**2019** 15:1,6,21
33:5
**2023** 1:19 15:21
65:20 66:4
**20s** 6:25
**21** 3:7
**212** 66:3
**212.465.1188**
2:5
**212.792.0048**
2:10
**216** 66:2
**22** 9:16 56:16,17
56:18
**23** 58:5
**24** 35:6 61:5,13
61:14
**24th** 2:4
**25** 3:11 31:20,21
32:6
**26** 9:16
**28** 1:18 66:4

**3**

**3** 31:2 50:14,16
**3:00** 27:2,25
28:6,14,14
46:6
**30** 34:3
**31** 58:25 59:2
**32** 31:3
**32.46** 36:9 37:18
**33** 34:19
**335** 13:19
**34** 3:8,9 35:9,15

**4**

**4** 3:3
**4:00** 31:8
**4:25** 31:7
**4:30** 25:12
**4:35** 30:23
**4:37** 30:23
**4:58** 30:22
**40** 12:11 61:6,13
61:14
**400-8845** 66:3
**41** 16:3
**42nd** 2:9
**45** 31:3
**45th** 66:2
**47** 6:9
**4700** 2:9

**5**

**5** 3:8 34:24
**5:00** 26:23
**50** 18:23
**53** 40:5,18,22
**54** 40:4

**6**

**6:00** 26:25 46:4
**60** 2:9 18:23
**638** 17:15
**680** 35:15

**7**

**7.1** 52:3
**7:00** 26:21,24

28:14 46:5
**7982** 1:25 66:5

---
**8**
---
**8.10** 55:16
**8.5** 54:6,17,18
**8.6** 54:16
**8:00** 25:12

---
**9**
---
**903** 66:2
**99** 42:25