# EXHIBIT 3





**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800  718-991-5044  Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 12/26/16 | Holiday |  | 8 |  |  |
| 12/27/16 | 8:00 Am | 4:00 PM | 8 |  | Shop |
| 12/28/16 | 7:00 Am | 4:00 PM | 8 |  | Shop |
| 12/29/16 | 7:00 Am | 4:00 PM | 8 |  | Shop |
| 12/30/16 | 7:00 Am | 4:00 PM | 8 |  |  |
| **WEEKLY TOTALS:** |  |  | 40 |  |  |

EMPLOYEE SIGNATURE: J.L.    DATE: [PICK THE DATE]
SUPERVISOR SIGNATURE:        DATE: [PICK THE DATE]

Defendants 0030



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800  718-991-5044  Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|------------|----------|---------------|----------------|----------|
| 07/02/16 | 7:00 AM | 4:00 PM | 8 | | Drew |
| 07/03/16 | — | — | — | — | |
| 07/04/16 | 7:00 AM | 4:00 PM | 8 | — | Shop |
| 07/05/16 | 7:00 AM | 4:00 PM | 8 | — | Shop |
| 07/06/16 | 7:00 AM | 10:00 PM | 8 | 6 | Shop |
| 07/07/06 | 7:00 AM | 8:00 PM | 8 | 4 | Shop |
| 07/08/16 | 6:00 AM | 9:00 PM | 8 | 6 | Drew |
| **WEEKLY TOTALS:** | | | 40 | 24 | |

EMPLOYEE SIGNATURE: J.L.        DATE: 7/8/2016
SUPERVISOR SIGNATURE:           DATE: [PICK THE DATE]

Please complete where mark *

Gas  This will be on next week payroll
7/8/16 to 7/10/16 $33
7/11/16 to 7/14/16 $40
           $73

tolls
7/8/16 to 7/10/16 $68.2
7/11/16 to 7/14/16 $53.6
           $121.8

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.  This is a MUST for you.

Defendants 0031

# Payment Details

Employee name:   Lopez, Juan

Client ID : 21384813 RX/LSF   Feedback   Privacy   Terms of Use   Contact Us              © 2006 - 2016 ADP, LLC. All Rights Reserved

Check date:   07/15/2016

Defendants 0032

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 40.00 | | 800.00 |
| Overtime | 24.00 | | 720.00 |
| Misc reimbursement non-taxable | | | 194.80 |
| **TOTAL EARNINGS** | | | **$1,714.80** |
| Federal Income Tax | | | 248.92 |
| Social Security | | | 94.24 |
| Medicare | | | 22.04 |
| New York State Income Tax | | | 79.90 |
| **TOTAL TAXES** | | | **$445.10** |
| New York voluntary disability | | | 0.60 |
| **TOTAL EMPLOYEE DEDUCTIONS** | | | **$0.60** |
| **TOTAL EMPLOYER DEDUCTIONS** | | | **$0.00** |

Net pay:   $1,269.10
Check no:   1351

Delete                                                                                                        Close

**THERMO TECH MECHANICAL, INC.**

Juan Lopez

7/15/2016

1351

1,269.10

Signature (Payroll)

1,269.10

**THERMO TECH MECHANICAL, INC.**

Juan Lopez

7/15/2016

1351

1,269.10

Signature (Payroll)

1,269.10

PRODUCT SSLT103 — USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

EE8CA2 STKDK05 06/29/2016 11:32 -251-

Defendants 0033

## Payroll - Employee Details

Defendants 0034

**Employee: Lopez, Juan**

**Check Date: 07/22/2016 / Check / Check No: 2244  $623.51**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Regular | 40.00 | 20.0000 | 800.00 | FED FIT | 81.23 | New York voluntary disability | 0.60 | 623.51 | FED SOCSEC-ER | 49.60 |
|  | 40.00 |  | 800.00 | FED SOCSEC | 49.60 |  | 0.60 |  | FED MEDCARE-ER | 11.60 |
|  |  |  |  | FED MEDCARE | 11.60 |  |  |  | FED FUTA | 4.08 |
|  |  |  |  | NY SIT | 33.46 |  |  |  | NY SUI-ER | 34.40 |
|  |  |  |  |  | 175.89 |  |  |  |  | 99.68 |

**Check Date: 07/15/2016 / Manual Check / Check No: 1351  $1,269.10**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.00 |  | 800.00 | FED FIT | 248.92 | New York voluntary disability | 0.60 | 1,269.10 | FED SOCSEC-ER | 94.24 |
| Overtime | 24.00 |  | 720.00 | FED SOCSEC | 94.24 |  | 0.60 |  | FED MEDCARE-ER | 22.04 |
| Misc reimbursement non-taxable | 0.00 |  | 0.00 | FED MEDCARE | 22.04 |  |  |  | FED FUTA | 9.12 |
|  | 64.00 |  | 1,714.80 | NY SIT | 79.90 |  |  |  | NY SUI-ER | 65.36 |
|  |  |  |  |  | 445.10 |  |  |  |  | 190.76 |

Company: THERMO TECH MECHANICAL INC
Check date: 7/22/2016 - Payroll 1
Pay period from: 07/23/2016 to: 07/29/2016

1 of 1
Run Number: 0205

Date Printed: 07/20/2016 12:03
21384813 - RX/LSF



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 7/9/16 | | | | 8 hours | Drew |
| 7/10/16 | | | | 8 hours | Brew |
| 7/11/16 | | | 8 hours | 3 hours | Drew |
| 7/12/16 | | | 8 hours | 4½ hours | Drew |
| 7/13/16 | | | 8 hours | 5 hours | Drew |
| 7/14/16 | | | 8 hours | 7 hours | Drew and Shop |
| 7/15/16 | | | 8 hours | | Shop |
| **WEEKLY TOTALS:** | | | 40 hours | 35½ hours | |

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] | 7/15/16 |
|---|---|---|---|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] | 7/09/16 |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.  This is a MUST for you.

Defendants 0035



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 07/16/16 | 7:00 AM | 4:00 PM | | 8 | Drew |
| 07/17/16 | | | | | |
| 07/18/16 | 7:00 AM | 4:00 PM | 8 | | Mercer & Shop |
| 07/19/16 | 7:00 AM | 4:00 PM | 8 | 6 | Shop |
| 07/20/16 | 7:00 AM | 4:00 PM | 8 | 2 | Shop |
| 07/21/16 | 7:00 AM | 4:00 PM | 8 | | Drew |
| 07/22/16 | 7:00 AM | 4:00 PM | 8 | | Shop & Mercer St. |
| **WEEKLY TOTALS:** | | | 40 | 16 | |

EMPLOYEE SIGNATURE: J.L       DATE: [PICK THE DATE] 7/26/16
SUPERVISOR SIGNATURE: [signature]   DATE: [PICK THE DATE] 7/26/16

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800  718-991-5044  Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 07/23/16 | — | — | — | — | — |
| 07/24/16 | — | — | — | — | — |
| 07/25/16 | 7:00 | 7:00 | 8 | 4 | M520 & M744 |
| 07/26/16 | 7:00 | 7:00 | 8 | 4 | Shop |
| 07/27/16 | 7:00 | 9:00 | 8 | 6 | Shop & M744 |
| 07/28/16 | 7:00 | 9:00 | 8 | 6 | Shop & M744 |
| 07/29/16 | 7:00 | 4:00 | 8 | | Drew |
| **WEEKLY TOTALS:** | | | 40 | 20 | |

EMPLOYEE SIGNATURE: J.L.    DATE: 
SUPERVISOR SIGNATURE: [signature]    DATE: 7/29/16

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0037



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Yuen

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 7/30/16 | 7:00 | 4:00 |  | 8 | shop |
| 8/1/16 | 7:00 | 8:30 | 8 | 5.5 | shop |
| 8/2/16 | 7:00 | 6:00 | 8 | 3 | Drew |
| 8/3/16 | 7:00 | 6:00 | 8 | 3 | Drew |
| 8/4/16 | 7:00 | 4:00 | 8 |  | Drew |
| 8/5/16 | 7:00 | 4:00 | 8 |  | Drew |
|  |  |  |  |  |  |
| **WEEKLY TOTALS:** |  |  | 40 |  |  |

EMPLOYEE SIGNATURE: J. Le          DATE: [PICK THE DATE]
SUPERVISOR SIGNATURE: [signature]  DATE: [PICK THE DATE] 8/5/16

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0038



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 08/08/16 | 6:30 | 4:00 | 8 | 1 | Drew |
| 08/09/16 | 7:00 | 4:00 | 8 | | Mercer |
| 08/10/16 | 7:00 | 6:00 | 8 | 3 | Shop & Corona |
| 08/11/16 | 7:00 | 4:00 | 8 | | Shop |
| 08/12/16 | 7:00 | 4:00 | 8 | | Shop & Mercer |
| WEEKLY TOTALS: | | | 40 | 4 | |

EMPLOYEE SIGNATURE: J.L.    DATE: [PICK THE DATE]
SUPERVISOR SIGNATURE:      DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 08/13/16 | 9:00 | 3:00 | | 6 | Daughters' place |
| 08/15/16 | 7:00 | 4:00 | 8 | | Shop |
| 08/16/16 | 7:00 | 4:00 | 8 | | 225. 38 st |
| 08/17/16 | 7:00 | 4:00 | 8 | | 92 york |
| 08/18/16 | 7:00 | 4:00 | 8 | | 92 york |
| 08/19/16 | | | | | Federal plaza |

**WEEKLY TOTALS:**

| EMPLOYEE SIGNATURE: J.L. | DATE: [PICK THE DATE] |
|---|---|
| SUPERVISOR SIGNATURE: | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0040

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 2314 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

# Earnings Statement 

Period Starting: 08/27/2016
Period Ending: 09/02/2016
Pay Date: 09/02/2016

Business Phone: 718-991-5044

Taxable Marital Status: ▓
Exemptions/Allowances:
  Federal: ▓
  State: ▓
  Local: ▓
Tax Override:
  Federal:
  State:
  Local:
Social Security Number: XXX-XX-XXXX

Juan Lopez

### Earnings

| | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 11200.00 |
| Overtime | | | 0.00 | 3570.00 |
| **Gross Pay** | | | **$800.00** | **$14,770.00** |

### Other Benefits and Information

| | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 519.00 |

### Statutory Deductions

| | this period | year to date |
|---|---|---|
| Federal Income | -81.23 | 1956.17 |
| Social Security | -49.60 | 915.74 |
| Medicare | -11.60 | 214.17 |
| New York State Income | -33.46 | 699.00 |

### Voluntary Deductions

| | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

### Net Pay Adjustments

| | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 194.80 |

**Net Pay** $623.51

Your federal taxable wages this period are $800.00
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

50-1957/260

Payroll Check Number: 2314
Pay Date: 09/02/2016

Pay to the order of: Juan Lopez
This amount: SIX HUNDRED TWENTY THREE AND 51/100        $623.51

Signatur Bank

Juan Lopez

⑾ 2 3 1 4 ⑾

Defendants 0041

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL ... VIEW WHEN CHECKING THE ENDORSEMENT.



**THERMO TECH MECHANICAL**
**HVAC Solutions Specialist**
528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 09/12/16 | 7:00 | 4:00 | | | ~~19~~ Mercer St |
| 09/13/16 | 7:00 | 4:00 | | | 19 st 5 AV |
| 09/14/16 | 7:00 | 4:00 | | | Recky 92st |
| 09/15/16 | 7:00 | 4:00 | | | Shop |
| 09/16/16 | 7:00 | 4:00 | | | shop |
| | | | | | |
| | | | | | |

WEEKLY TOTALS: 40

EMPLOYEE SIGNATURE: J.L.    DATE: [PICK THE DATE]
SUPERVISOR SIGNATURE: [signature]    DATE: [PICK THE DATE]

Gas   $20

09/12/16
09/13/16
09/14/16

This is to advise you of the time sheet.

You MUST fill it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.
Defendants 0042



**THERMO TECH MECHANICAL**
**HVAC Solutions Specialist**
528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 09/19/16 | 7:00 Am | 4:00 pm | | | Shop |
| 09/20/16 | 7:00 | 4:00 | | | Shop |
| 09/21/16 | 7:00 | 4:00 | | | 111 5 AV |
| 09/22/16 | 7:00 | 4:00 | | | 111 5 AV |
| 09/23/16 | 7:00 | 4:00 | | | 111 5 AV |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | | |

EMPLOYEE SIGNATURE: J.L.   DATE: 9/26/16
SUPERVISOR SIGNATURE: _____   DATE: _____

This is to advise you of the timesheet.

You MUST Fill it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0043



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 11/05/16 | 7:00 Am | 4:00pm | | - | 111 5 AV |
| 11/06/16 | 7:00 Am | 4:00 pm | | | |
| 11/07/16 | 7:00 Am | 4:pm | | | Shop |
| 11/08/16 | 7:00 Am | 4:00pm | | | 111 5 AV |
| 11/09/16 | 7:00 Am | 4:00pm | | | 80 state |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 3 | 43 |

EMPLOYEE SIGNATURE: [signature]   DATE: [PICK THE DATE] 12/13/16
SUPERVISOR SIGNATURE:   DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0044



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 11/28/16 | 7:00am | 4:00 | 8 | 1 | 111 5 AV |
| 11/29/16 | 7:00am | 4:00 | 8 | 5 | shop |
| 11/30/16 | 7:00am | 4:00 | 8 |   | 111 5 AV |
| 12/1/16 | 7:00am | 4:00 | 8 | 6 | shop |
| 12/2/16 | 7:00am | 4:00 | 8 |   | shop |
| **WEEKLY TOTALS:** |  |  | 40 | 12 |  |

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] |
|---|---|---|
| SUPERVISOR SIGNATURE: |  | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0045



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 12/12/16 | 7:00 A.m | 4:00 Pm | 8 | | Shop |
| 12/13/16 | 7:00 A.m | 4:00 Pm | 8 | 3 | Shop |
| 12/14/16 | 7:00 A.m | 4:00 Pm | 8 | | Shop |
| 12/15/16 | 7:00 A.m | 4:00 Pm | 8 | 1 | 111 5 AV |
| 12/16/16 | 7:00 A.m | 4:00 Pm | 8 | | Shop & 111 5 AV |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 4 | |

EMPLOYEE SIGNATURE: J.L.   DATE: [PICK THE DATE]
SUPERVISOR SIGNATURE:   DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0046



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 12/19/16 | 7:00 | 4:00 | 8 | | 111 5AV |
| 12/20/16 | 7:00 | 4:00 | 8 | | 111 SAV |
| 12/21/16 | 7:00 | 4:00 | 8 | 1 | 111 SAV & Shop |
| 12/22/16 | 7:00 | 4:00 | 8 | | 111 SAV |
| 12/23/16 | 7:00 | 4:00 | 8 | | Shop |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 1 | |

| EMPLOYEE SIGNATURE: J.L. | DATE: [PICK THE DATE] |
|---|---|
| SUPERVISOR SIGNATURE: | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you. This is a MUST for you.

Defendants 0047