# EXHIBIT 12

# California Insurance Company

10805 Old Mill Road

Omaha, NE 68154

### GROUP EMPLOYMENT PRACTICES LIABILITY CERTIFICATE

## SCHEDULE

CLIENT:  Thermo Tech Mechanical, Inc.

ADDRESS:  2323 Haviland Ave, Bronx, NY 10462

EFFECTIVE DATE:  January 01, 2019

EST. NUMBER OF EMPLOYEES:  41

LIMITS OF LIABILITY:
 Each Loss:  $100,000
 Aggregate: $100,000

DUCTIBLE PER CLAIM:  $2,000

CLIENT NUMBER:  19-2907

ID 201A rev 10/09

Defendants 000335