# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: (212) 465-1188
       cklee@leelitigation.com

**<u>Via ECF</u>**                May 20, 2024

Hon. Laura Taylor Swain, Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Lopez v. Thermo Tech Mechanical, Inc., et al.*
       <u>Case No.: 20-cv-9113 (LTS) (BCM)</u>

Dear Judge Swain:

   We are counsel for Plaintiff and write in response to Your Honor's Memorandum Order to Show Cause ("Order"), dated April 25, 2024 [Dkt. No. 124].

   In light of the Court's Order, Plaintiff has decided to voluntarily dismiss without prejudice his NYLL claims and contract claims asserted on behalf of himself and the putative class members, and will file a stipulation to that effect. For the avoidance of doubt, Plaintiff's individual FLSA claim for unpaid wages will remain before this Court.

   We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*

cc: all parties via ECF