**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

JUAN LOPEZ, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                              Plaintiff,

        v.

THERMO TECH MECHANICAL, INC,
GOWKARRAN BUDHU, and
SHANTI BUDHU,

                              Defendant.

------------------------------------------------------------X

Case No:  20-cv-09113 (LTS)(BCM)
**STIPULATION OF PARTIAL**
**VOLUNTARY DISMISSAL**
**PURSUANT TO 41(a)(1)(A)(ii)**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that Count II and Counts III and IV, are voluntarily dismissed, without prejudice, against Defendants, without costs or fees to any party. For the avoidance of doubt, the parties confirm that the dismissal was not secured by means of any settlement offered by defendants. For the avoidance of doubt, Plaintiff's individual FLSA claim under Count I is not dismissed.

        **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be demed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

For the Defendants:

By: _____
        Jason Mizrahi, Esq.
        LEVIN EPSTEIN & ASSOCIATES, P.C.
        60 East 42nd Street, Suite 4700
        New York, NY 10165
        Telephone: (212) 792-0048
        Jason@levinepstein.com

Date:___5/20/2024_____

For the Plaintiff:

By: _____
        C.K. Lee, Esq.
        Lee Litigation Group, PLLC
        148 West 24th Street, 8th Floor
        New York, New York 10011
        Telephone: (212) 465-1180
        cklee@leelitigation.com

Date:___5/20/24_____

SO ORDERED

_____
Laura Taylor Swain, Chief United States District Judge