UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

Plaintiff,

v.

THERMO TECH MECHANICAL, INC, GOWKARRAN BUDHU, and SHANTI BUDHU,

Defendant.

---

Case No: 20-cv-09113 (LTS)(BCM)

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that Count II and Counts III and IV, are voluntarily dismissed, without prejudice, against Defendants, without costs or fees to any party. For the avoidance of doubt, the parties confirm that the dismissal was not secured by means of any settlement offered by defendants. For the avoidance of doubt, Plaintiff's individual FLSA claim under Count I is not dismissed.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be demed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

For the Defendants:

By: _____
Jason Mizrahi, Esq.
LEVIN EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0048
Jason@levinepstein.com

Date: 5/20/2024

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
Telephone: (212) 465-1180
cklee@leelitigation.com

Date: 5/20/24

SO ORDERED

/s/ Laura Taylor Swain
Laura Taylor Swain, Chief United States District Judge

Date: May 22, 2024