```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN LOPEZ,<br><br>    Plaintiff,<br><br> -against-<br><br>THERMO TECH MECHANICAL INC., et al.,<br><br>    Defendants. | 20-CV-9113 (LTS) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  The Court is in receipt of the parties' email requesting a post-discovery conference. The Court will conduct a telephonic conference on **July 9, 2024, at 3:00 p.m**. A few minutes before the scheduled conference, the parties must call **(888) 557-8511** and enter the access code **7746387**.

Dated: New York, New York
   July 8, 2024         **SO ORDERED**.

                */s/ Barbara Moses*
                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**