**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUAN LOPEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        **Plaintiff,**

-against-

THERMO TECH MECHANICAL, INC., GOWKARRAN BUDHU, and SHANTI BUDHU

        **Defendants.**

Case No. 1:20-cv-09113 (LTS)(BCM)

**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

---

Please take notice that upon the accompanying Local Rule 56.1 Statement, Memorandum of Law and annexed materials, Plaintiff, by his undersigned attorneys, hereby moves under Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment as described in the proposed Order attached hereto.

Pursuant to Rule A(2)(b)(ii) of the Individual Practices of Chief Judge Laura Taylor Swain, Plaintiff hereby certifies that the movant used its best effort but was unable to informally resolve the issues raised in this submission.

Dated: New York, New York
      July 12, 2024

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By:   /s/ C.K. Lee
     C.K. Lee, Esq. (CL 4086)
     Lee Litigation Group, PLLC
     148 West 24th Street, Eighth Floor
     New York, NY 10011
     Tel: (212) 465-1188
     Fax: (212) 465-1181
     *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*