**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUAN LOPEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        **Plaintiff,**

-against-

THERMO TECH MECHANICAL, INC., GOWKARRAN BUDHU, and SHANTI BUDHU

        **Defendants.**

Case No. 1:20-cv-09113 (LTS) (BCM)

**[PROPOSED] ORDER**

---

It is hereby ORDERED as follows:

Plaintiff's motion for partial summary judgment is GRANTED in its entirety.

Specifically,

1) Summary judgment is GRANTED in Plaintiff's favor that Defendants are liable to Plaintiff LOPEZ for unpaid wages due to impermissible rounding under 29 C.F.R. § 785.48(b), from October 30, 2017 to May 18, 2028;

2) Summary judgment is GRANTED in Plaintiff's favor that Plaintiff LOPEZ is entitled to liquidated damages under the FLSA;

3) Summary Judgment is GRANTED in Plaintiff's favor that the three-year FLSA statutory period should be applied in this action;

4) Summary judgment is GRANTED in Plaintiff's favor that Individual Defendant GOWKARRAN BUDHU is jointly and severally liable as an employer under the FLSA;

5) Summary judgment is GRANTED in Plaintiff's favor that Corporate Defendant THERMO TECH MECHANICAL, INC. is jointly and severally liable as an employer under the FLSA;

6) Summary judgment is GRANTED in Plaintiff's favor that Plaintiff was employed by Defendants from June 2016 until July 30, 2018.

7) Summary judgment is GRANTED in Plaintiff's favor that from May 21, 2017 – October 12, 2017, Plaintiff's regular hourly rate was $21.25, and his overtime hourly rate was $31.875.

8) Summary judgment is GRANTED in Plaintiff's favor that from October 13, 2017 – until the end of Plaintiff's employment, Plaintiff's regular hourly rate was $23.50, and his overtime hourly rate was increased to $35.25.

9) Plaintiff is GRANTED leave for supplemental briefing on the amount of damages and attorney's fees owed to Plaintiff and his attorneys Lee Litigation Group, PLLC.

SO ORDERED

_____        _____
Hon. Laura Taylor Swain, U.S.D.J.                                Dated