# EXHIBIT 3

**CTTM** **THERMO TECH MECHANICAL**
**HVAC Solutions Specialist**

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Ivan J. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 01/01/2018 | Holiday | | | | |
| 01/02/2018 | 6:30 A.M. | 3:00 P.M. | 8 | | Shop & ~~Feg~~ 1300 Union |
| 01/03/2018 | 4:00 P.M. | 2:00 A.M. | 8 | | School 98 (f) |
| 01/04/2018 | Snow issue | | | | |
| 01/05/2018 | Snow issue | | Company Closed | | |
| | | | | | |
| | | | | | |

WEEKLY TOTALS:

J.L.

EMPLOYEE SIGNATURE: J.L.    DATE: [PICK THE DATE]

SUPERVISOR SIGNATURE:    DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.  This is a MUST for you.

Defendants 0106

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 017 | 4960022 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

**ADP**

| | |
|---|---|
| Period Starting: | 01/01/2018 |
| Period Ending: | 01/07/2018 |
| Pay Date: | 01/12/2018 |

Business Phone:    718-991-5044

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:    2       Federal:
  State:      2       State:
  Local:      0       Local:
Social Security Number:    XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 1880.00 |
| Overtime | | | 0.00 | 211.50 |
| Gross Pay | | | $940.00 | $2,091.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -74.75 | 181.23 |
| Social Security | -58.28 | 129.67 |
| Medicare | -13.63 | 30.33 |
| New York State Income | -41.38 | 96.15 |
| New York Paid Family Leave | -1.18 | 2.63 |
| New York City R Local | -28.13 | 65.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.20 |

| Net Pay | |
|---|---|
| | $722.05 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 86.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 722.05 |

Your federal taxable wages this period are  $940.00

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:       01/12/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 722.05 |

THIS IS NOT A CHECK

Juan Lopez

Defendants 0107



**THERMO TECH MECHANICAL**
**HVAC Solutions Specialist**

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 01/08/18 | 6:00 A.M. | 2:00 P.M. | 8 | | 1300 union Trumpike & shop |
| 01/09/18 | 5:00 P.M. | 12:00 AM | 7 | | 15 98 (K) |
| 01/10/18 | 4:00 P.M. | 12:00 AM | 8 | | 15 98 (K) |
| 01/11/18 | 6:00 A.M. | 5pm | 8 | 3 | Shop & K-033 |
| No coming | | | | | |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | | | |

| EMPLOYEE SIGNATURE: J.L. | DATE: [PICK THE DATE] |
|---|---|
| SUPERVISOR SIGNATURE: | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0108



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 01/22/2018 | 7:00 A.M | 2:30 PM | 8 | | Surf Av. |
| 01/23/2018 | 7:00 A.M. | 2:30 P.M | 8 | | Surf Av. |
| 01/24/2018 | 7:00 A.M | 12:00 AM | 8 | 8 | Surf Av. & 1598 |
| 01/25/2018 | 7:00 A.M | 8:00 PM | 8 | 5 | Surf Av. & KO33 |
| 01/26/2018 | 7:00 A.M. | 12:00 AM | 8 | 5 | Surf Av. & Martin Van Buren |
| | | | 40 | | |
| | | | 40 | 21 | |

**WEEKLY TOTALS:**

EMPLOYEE SIGNATURE: J.L.     DATE: [PICK THE DATE]

SUPERVISOR SIGNATURE:     DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0109

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 5002570 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

**ADP**

Period Starting: 01/22/2018
Period Ending: 01/28/2018
Pay Date: 02/02/2018

Business Phone: 718-991-5044

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 2   Federal:
  State: 2   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Juan Lopez**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3525.00 |
| Overtime | | | 0.00 | 211.50 |
| PRVAIL | 50.9100 | 40.00 | 2036.40 | 2850.96 |
| SUPPLB | 36.7000 | 40.00 | 1468.00 | 2055.20 |
| **Gross Pay** | | | **$3,504.40** | **$8,642.66** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −530.81 | 929.11 |
| Social Security | −217.27 | 535.84 |
| Medicare | −50.82 | 125.32 |
| New York State Income | −231.08 | 465.72 |
| New York Paid Family Leave | −1.65 | 8.01 |
| New York City R Local | −136.77 | 295.73 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | −0.60 | 3.60 |

| Net Pay | $2,335.40 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 268.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 2335.40 |

Your federal taxable wages this period are $3,504.40

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date: 02/02/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 2335.40 |

THIS IS NOT A CHECK

Juan Lopez

Defendants 0110

# TTM THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 02/05/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 02/06/18 | 7:00 A.M. | 3:30 P.M. | 8 | | Surf Av. |
| 02/07/18 | 7:00 A.M. | 12:00 AM | 8 | 8 | Surf Av. 1598 (x) |
| 02/08/18 | 7:30 A.M. | 3:30 P.M. | 8 | | Shop |
| 02/09/18 | 7:30 A.M. | 3:30 P.M. | 8 | | Shop |
| | | | | | |

**WEEKLY TOTALS:**

+ 94.08
Lab.

**EMPLOYEE SIGNATURE:** J.L.    DATE: [PICK THE DATE]

**SUPERVISOR SIGNATURE:**    DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0111

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 5028608 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

**ADP**

Period Starting: 02/05/2018
Period Ending: 02/11/2018
Pay Date: 02/16/2018

Business Phone: 718-991-5044

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:   2             Federal:
  State:     2             State:
  Local:     0             Local:
Social Security Number: XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 4465.00 |
| Overtime | | | 0.00 | 1515.75 |
| PRVAIL | 50.9100 | 24.00 | 1221.84 | 5701.92 |
| SUPPLB | 36.7000 | 24.00 | 880.80 | 4110.40 |
| **Gross Pay** | | | **$2,102.64** | **$15,793.07** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -222.43 | 1781.74 |
| Social Security | -130.36 | 979.17 |
| Medicare | -30.49 | 229.00 |
| New York State Income | -116.47 | 883.80 |
| New York Paid Family Leave | -1.65 | 12.96 |
| New York City R Local | -77.19 | 563.11 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 5.40 |

| Net Pay | |
|---|---|
| | $1,523.45 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.00 | 457.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 1523.45 |

Your federal taxable wages this period are $2,102.64

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:        02/16/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 1523.45 |

THIS IS NOT A CHECK

Juan Lopez

Defendants 0112

Company Code      Loc/Dept    Number    Page
RX / LSF 21384813  01/        5015285   1 of 1
THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Earnings Statement**



Period Starting:     02/05/2018
Period Ending:       02/11/2018
Pay Date:            02/09/2018

Business Phone:      718-991-5044

Taxable Marital Status:      Married
Exemptions/Allowances:       Tax Override:
   Federal:     2              Federal:
   State:       2              State:
   Local:       0              Local:
Social Security Number:   XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 4465.00 |
| Overtime | 35.2500 | 37.00 | 1304.25 | 1515.75 |
| PRVAIL | | | 0.00 | 4480.08 |
| SUPPLB | | | 0.00 | 3229.60 |
| Gross Pay | | | $2,244.25 | $13,690.43 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 77.00 | 409.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -253.58 | 1182.69 |
| Social Security | -139.15 | 674.99 |
| Medicare | -32.54 | 157.86 |
| New York State Income | -127.56 | 593.28 |
| New York Paid Family Leave | -1.65 | 9.66 |
| New York City R Local | -83.21 | 378.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 4.20 |

| Net Pay | | |
|---|---|---|
| | $1,605.96 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 1605.96 |

Your federal taxable wages this period are  $2,244.25

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:        02/09/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 1605.96 |

THIS IS NOT A CHECK

Juan Lopez

Defendants 0113



# THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 02/12/2018 | 7:00 A.M. | 2:30 P.M. | 8 | | SuFF Au |
| 02/13/2018 | 7:00 A.M | 10:00 P.M. | 8 | ✗6 | Surf Au & Martin Van Buren |
| 02/14/2018 | 7:00 A.M | 12:00 AM. | 8 | 9 | Surf Au & 1598X |
| 02/15/2018 | 7:00 A.M | 2:30 P.M. | 8 | | Surf Av. |
| 02/16/2018 | 7:00 A.M | 2:30 PM | 8 | | Surf Av. |

| WEEKLY TOTALS: | | 40 | 15 | |
|---|---|---|---|---|

EMPLOYEE SIGNATURE: J.L.          DATE: [PICK THE DATE]

SUPERVISOR SIGNATURE:          DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0114

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 5042096 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

**ADP**

Period Starting: 02/12/2018
Period Ending: 02/18/2018
Pay Date: 02/23/2018

Business Phone: 718-991-5044

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 2      Federal:
State: 2      State:
Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 4465.00 |
| Overtime | | | 0.00 | 1515.75 |
| PRVAIL | 50.9100 | 40.00 | 2036.40 | 7738.32 |
| SUPPLB | 36.7000 | 40.00 | 1468.00 | 5578.40 |
| **Gross Pay** | | | **$3,504.40** | **$19,297.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 537.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -530.81 | 2312.55 |
| Social Security | -217.27 | 1196.44 |
| Medicare | -50.81 | 279.81 |
| New York State Income | -231.08 | 1114.88 |
| New York Paid Family Leave | -1.65 | 14.61 |
| New York City R Local | -136.77 | 699.88 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.00 |

| **Net Pay** | **$2,335.41** |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 2335.41 |

Your federal taxable wages this period are $3,504.40

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:        02/23/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 2335.41 |

THIS IS NOT A CHECK

Juan Lopez

Defendants 0115



# THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 02/19/18 | 7:00 A.M. | 3:00 P.M. | 8 | | 333 Kent St |
| 02/20/18 | ~~7:00~~ | 2M OFF | No pay | | |
| 02/21/18 | 7:00 A.M. | 2:00 P.M. | 8 | | 333 Kent St |
| 02/22/18 | 7:00 A.M. | 3:00 P.M | 8 | | 333 Kent St |
| 02/23/18 | 7:00 A.M. | 3:00 P.M | 8 | | 333 Kent & 1598 |
| | | | | | |
| | | | | | |

| WEEKLY TOTALS: | | | 32 | | |

| EMPLOYEE SIGNATURE: J.L. | DATE: [PICK THE DATE] |
|---|---|
| SUPERVISOR SIGNATURE: | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll
for you.   This is a MUST for you.

Defendants 0116

2/20? 3|03|18

# ((TTM THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|---|---|---|---|---|---|
| 02/26/18 | 7:00 AM | 2:30 P.M. | 8 | | Surf Av |
| 02/27/18 | 7:00 A.M | 7:00 P.M. | 8 | 3 1/2 | Surf Av & Martin Van Buren H.S. |
| 02/28/18 | 7:00 A.M | 8:00 P.M. | 8 | 4 1/2 | Surf Av & Martin Van Buren H.S. |
| 03/01/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 03/02/18 | 7:00 A.M | 3:00 P.M. | 8 | | 1300 Union Turn pike |
| | | | | 8hrs school | |

**WEEKLY TOTALS:** 40

**EMPLOYEE SIGNATURE:** J.L.    DATE: [PICK THE DATE]

**SUPERVISOR SIGNATURE:**    DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0117

# THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 03/05/18 | 7:30 A.M | 12:00AM | 8 | 7 1/2 | Union Turnpike & IS 98 (X) |
| 03/06/18 | 6:30 A.M. | 12:00AM | 8 | 8 1/2 | Shop & Union Turnpike & IS 98(X) |
| 03/07/18 | 7:30 A.M. | 3:30PM | 8 | | Shop |
| 03/08/18 | 7:00 A.M. | 12:00 AM | 8 | 8 | 333 Kent St. & IS 98(X) |
| 03/09/18 | 7:00 A.M. | 3:00 P.M. | 8 | | 333 Kent St. |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 24 1/2 | |

| EMPLOYEE SIGNATURE: J.L. | DATE: [PICK THE DATE] |
|---|---|
| SUPERVISOR SIGNATURE: | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0118

01214
**Company Code**   **Loc/Dept**   **Number**   **Page**
RX / LSF 21384813   01/   5082849   1 of 1
THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

# Earnings Statement



Period Starting:   03/05/2018
Period Ending:   03/11/2018
Pay Date:   03/16/2018

Business Phone:   718-991-5044

Taxable Marital Status:   Married
Exemptions/Allowances:   Tax Override:
  Federal:   2   Federal:
  State:   2   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

**Juan Lopez**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 6157.00 |
| Overtime | | | 0.00 | 2643.75 |
| PRVAIL | 39.5000 | 8.00 | 316.00 | 9999.44 |
| SUPPLB | 15.8100 | 8.00 | 126.48 | 7005.76 |

| Gross Pay | | | $442.48 | $25,805.95 |
|---|---|---|---|---|

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.08 | 2953.25 |
| Social Security | -27.43 | 1599.97 |
| Medicare | -6.42 | 374.19 |
| New York State Income | -10.68 | 1453.53 |
| New York Paid Family Leave | -0.56 | 22.82 |
| New York City R Local | -7.85 | 918.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| Net Pay | $382.86 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 16.00 | 737.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 382.86 |

Your federal taxable wages this period are $442.48

ERF / DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Pay Date:**   03/16/2018

**Deposited to the account**
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6797 | XXXXXXXXX | 382.86 |

Juan Lopez

Defendants 0119

01213
**Company Code    Loc/Dept    Number    Page**
RX / LSF 21384813    01/    5082848    1 of 1
THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

# Earnings Statement

**ADP**

Period Starting:    03/05/2018
Period Ending:    03/11/2018
Pay Date:    03/16/2018

Business Phone:    718-991-6044

Taxable Marital Status:    Married
Exemptions/Allowances:         Tax Override:
Federal:    2              Federal:
State:    2              State:
Local:    0              Local:
Social Security Number:    XXX-XX-XXXX

**Juan Lopez**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 6157.00 |
| Overtime | 35.2500 | 32.00 | 1128.00 | 2643.75 |
| PRVAIL | | | 0.00 | 9999.44 |
| SUPPLB | | | 0.00 | 7005.76 |

| Gross Pay | | | **$2,068.00** | $25,805.95 |
|---|---|---|---|---|

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -214.81 | 2947.17 |
| Social Security | -128.22 | 1572.54 |
| Medicare | -29.99 | 367.77 |
| New York State Income | -113.76 | 1442.85 |
| New York Paid Family Leave | -2.61 | 22.26 |
| New York City R Local | -75.72 | 910.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

| Net Pay | **$1,502.29** |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.00 | 737.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 1502.29 |

Your federal taxable wages this period are  $2,068.00

ERP / DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Pay Date:**    03/16/2018

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 1502.29 |

Juan Lopez

Defendants 0120



### THERMO TECH MECHANICAL
### HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 03/12/18 | 7:00 A.M | 3:00 P.M. | 8 | 4 ½ | 333 Kent 8 15 98 |
| 03/13/18 | 7:00 A.M. | 3:00 P.M | 8 | | 333 Kent |
| 03/14/18 | 7:00 A.M. | 3:00 PM | 8 | | 333 Kent |
| 03/15/18 | 7:00 A.M. | 3:00 P.M | 8 | | 333 Kent |
| 03/16/18 | 7:00 A.M. | 3:00 PM | 8 | | 333 Kent |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 4 ½ | |

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] |
|---------------------|------|----------------------|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0121

Company Code    Loc/Dept    Number    Page
RX / LSF 21384813    01/    5096657    1 of 1
THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement



Period Starting:    03/12/2018
Period Ending:    03/18/2018
Pay Date:    03/23/2018

Business Phone:    718-991-5044

Taxable Marital Status:    Married
Exemptions/Allowances:    Tax Override:
    Federal:    2    Federal:
    State:    2    State:
    Local:    0    Local:
Social Security Number:    XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 7097.00 |
| Overtime | 35.2500 | 4.50 | 158.63 | 2802.38 |
| PRVAIL |  |  | 0.00 | 9999.44 |
| SUPPLB |  |  | 0.00 | 7005.76 |
| Gross Pay |  |  | $1,098.63 | $26,904.58 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -78.70 | 3031.95 |
| Social Security | -68.11 | 1668.08 |
| Medicare | -15.93 | 390.12 |
| New York State Income | -51.42 | 1504.95 |
| New York Paid Family Leave | -1.38 | 24.20 |
| New York City R Local | -34.71 | 953.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |

| Net Pay |  | $847.78 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 44.50 | 781.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 847.78 |

Your federal taxable wages this period are $1,098.63

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Pay Date:    03/23/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6797 | XXXXXXXXX | 847.78 |

Juan Lopez



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 03/19/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 03/20/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 03/21/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 03/22/18 | 7:00 A.M | 3:00 P.M | 8 | | 333 Kent St. |
| 03/23/18 | 7:00 A.M | 3:00 P.M | 8 | | 333 Kent |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | | |

EMPLOYEE SIGNATURE: J.L.     DATE: [PICK THE DATE]

SUPERVISOR SIGNATURE:     DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0123

# THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 03/26/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 03/27/18 | 7:00 A.M | 2:30 P.M | 8 | | Srrf Av. |
| 03/28/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 03/29/18 | 7:00 A.M. | 12:00 AM | 8 | 8 | Surf Av. & 1598 |
| 03/30/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf AV |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 8 | |

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] |
|---------------------|------|------------------------|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0124

# TTM THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 04/02/18 | 7:00 A.M. | 2:30 P.M | 8 | | Surf Av. |
| 04/03/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 04/04/18 | 7:00 A.M. | 3:00 P.M. | 8 | | IS 98 |
| 04/05/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 04/06/18 | 7:00 A.M. | 2:30 P.M | 8 | | Surf Av. |
| | | | | | |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | | |

| | | | |
|---|---|---|---|
| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] | |
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] | |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0125



**THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 04/09/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 04/10/18 | 7:00 A.M | 2:30 P.M. | 8 | | Surf Av. |
| 04/11/18 | 7:00 A.M | 9:00 P.M. | 8 | 6½ | Surf Av. & 1598 |
| 04/12/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| 04/13/18 | 7:00 A.M | 2:30 P.M | 8 | | Surf Av. |
| | | | | | |
| **WEEKLY TOTALS:** | | | 40 | 6½ | |

| | | | |
|---|---|---|---|
| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] | |
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] | |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0126

**TTM  THERMO TECH MECHANICAL**
HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 04/16/18 | 7:00 A.M. | 2:30 | 8 | | Surf Av. |
| 04/17/18 | 7:00 A.M. | 2:30 | 8 | | Surf Av. |
| 04/18/18 | 6:00 A.M. | 2:00 | 8 | | Union turnpike & shop |
| 04/19/18 | 7:00 A.M. | 2:30 | 8 | | Surf Av. |
| 04/20/18 | 7:00 A.M. | 2:30 | 8 | | Surf Av. |
| ~~04/~~ | ~~7:~~ | ~~3:00~~ | | | |

**WEEKLY TOTALS:**

EMPLOYEE SIGNATURE: J. L.        DATE: [PICK THE DATE]

SUPERVISOR SIGNATURE:        DATE: [PICK THE DATE]

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0127

# TTM THERMO TECH MECHANICAL
## HVAC Solutions Specialist

528 Leland Avenue Bronx, NY 10473 | Tel: 718-828-4800 718-991-5044 Fax: 718.542.5427
tony@thermotechmech.com | www.thermotechmech.com

Juan D. Lopez

| DATE | START TIME | END TIME | REGULAR HOURS | OVERTIME HOURS | JOB SITE |
|------|-----------|----------|---------------|----------------|----------|
| 04/23/18 | 7:00 A.M. | 2:30 | 8 | | Surf Av. |
| 04/24/18 | 7:00 A.M. | 12:00 A.M. | 8 | 8 | Surf Av. 8/1598 |
| 04/25/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. ? |
| 04/26/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 04/27/18 | 7:00 A.M. | 2:30 P.M. | 8 | | Surf Av. |
| 04/28/18 | 7:00 A.M. | 3:00 P.M. | Saturday 8 hours | | Kent Av. Just martin work |

**WEEKLY TOTALS:** 40 | 8

| EMPLOYEE SIGNATURE: | J.L. | DATE: [PICK THE DATE] |
|---------------------|------|----------------------|
| SUPERVISOR SIGNATURE: | | DATE: [PICK THE DATE] |

This is to advise you of the time sheet.

You MUST Full it out EVERY DAY and give it in on Monday so we (I) can address the proper payroll for you.   This is a MUST for you.

Defendants 0128

01069
**Company Code**  **Loc/Dept**  **Number**  **Page**
RX / LSF 21384813  01/  5332734  1 of 1
THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

# Earnings Statement

Period Starting: 07/09/2018
Period Ending: 07/15/2018
Pay Date: 07/20/2018

Business Phone: 718-991-5044

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:  2  Federal:
  State:  2  State:
  Local:  0  Local:
Social Security Number: XXX-XX-XXXX

**Juan Lopez**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 32.00 | 752.00 | 15332.34 |
| Overtime | 35.2500 | 7.50 | 264.38 | 3604.68 |
| Sick | 23.5000 | 8.00 | 188.00 | 188.00 |
| Holiday | | | 0.00 | 188.00 |
| PRVAIL | | | 0.00 | 26680.83 |
| SUPPLB | | | 0.00 | 18708.05 |
| **Gross Pay** | | | **$1,204.38** | $64,701.90 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -91.39 | 7530.49 |
| Social Security | -74.67 | 4011.52 |
| Medicare | -17.47 | 938.18 |
| New York State Income | -58.11 | 3684.22 |
| New York Paid Family Leave | -1.52 | 71.84 |
| New York City R Local | -39.10 | 2304.54 |
| **Voluntary Deductions** | this period | year to date |
| New York voluntary disability | -0.60 | 22.80 |
| **Net Pay** | **$921.52** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 39.50 | 1823.70 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 921.52 |

Your federal taxable wages this period are $1,204.38

ERIE / DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Pay Date:**  07/20/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 921.52 |

Juan Lopez

00796

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RX / LSF 21384813 | 01/ | 5347240 | 1 of 1 |

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

## Earnings Statement

Period Starting:     07/16/2018
Period Ending:      07/22/2018
Pay Date:             07/27/2018

Business Phone:    718-991-5044

Taxable Marital Status:     Married
Exemptions/Allowances:     Tax Override:
   Federal:     2          Federal:
   State:       2          State:
   Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

Juan Lopez

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 16272.34 |
| Overtime | 35.2500 | 2.00 | 70.50 | 3675.18 |
| Sick | | | 0.00 | 188.00 |
| Holiday | | | 0.00 | 188.00 |
| PRVAIL | | | 0.00 | 26680.83 |
| SUPPLB | | | 0.00 | 18708.05 |
| **Gross Pay** | | | **$1,010.50** | $65,712.40 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 42.00 | 1865.70 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5797 | XXXXXXXXX | 786.30 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -68.13 | 7598.62 |
| Social Security | -62.65 | 4074.17 |
| Medicare | -14.65 | 952.83 |
| New York State Income | -45.84 | 3730.06 |
| New York Paid Family Leave | -1.27 | 73.11 |
| New York City R Local | -31.06 | 2335.60 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 23.40 |

| Net Pay | $786.30 |
|---|---|

Your federal taxable wages this period are  $1,010.50

COMMENT AUTHENTICITY - COLORED ITEM MUST CHANGE IN TONE OR COLOR

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

**Pay Date:**          07/27/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5797 | XXXXXXXXX | 786.30 |

Juan Lopez

Defendants 0130



PM **12:52:44**

me Entries                                                                                                          ⑦  ✕

| Timesheets | **Manual Time Card** | Time Slider |

**+ Add Time**    Actions ▼

Today  📅  <  >   **May 14 – 20, 2018**                                          User: Juan Lopez  Switch User

| Job | Mon, 5/14 | Tue, 5/15 | Wed, 5/16 | Thu, 5/17 | Fri, 5/18 | Sat, 5/19 | Sun, 5/20 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✕ 300 E. 56th Street, New York, NY | | | 0.003 | | | | | 0 |
| ✕ Kent Ave- 333 Kent Avenue, Brooklyn, NY | | | 8.006 | 8.002 | 7.468 | | | 23.48 |
| ✕ Lunch Break | | | 0.5 | 0.5 | 0.5 | | | - |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| OPTIONS ▼   **Totals:** | 0 | 0 | 8.01 | 8 | 7.47 | 0 | 0 | 23.48 |

Notes:

Reset    **Save**

Defendants 0131

**12:58** PM

## Time Entries

?    ✕

| Timesheets | Manual Time Card | Time Slider |
|---|---|---|

[ + Add Time ]    [ Actions ▾ ]

[ Today ]  📅  ‹  ›   **May 21 – 27, 2018**

User: Juan Lopez  [ Switch User ]

| | Job | Mon, 5/21 | Tue, 5/22 | Wed, 5/23 | Thu, 5/24 | Fri, 5/25 | Sat, 5/26 | Sun, 5/27 | Job Totals |
|---|---|---|---|---|---|---|---|---|---|
| ✕ | Kent Ave- 333 Kent Avenue, Brooklyn, NY | | 7.852 | 7.713 | 7.528 | 7.617 | | | 30.71 |
| ✕ | Lunch Break | | 0.5 | 0.5 | 0.5 | 0.5 | | | – |
| ✕ | SHOP-2323 Haviland Ave, Bronx, NY | 8.039 | | | | | | | 8.04 |
| ✕ | (no job) | | | | | | | | 0 |
| ✕ | (no job) | | | | | | | | 0 |
| ✕ | (no job) | | | | | | | | 0 |
| | OPTIONS ▾   Totals: | 8.04 | 7.85 | 7.71 | 7.53 | 7.62 | 0 | 0 | 38.75 |

**Notes:**

[ ⟳ Reset ]   [ Save ]

Defendants 0132

# Time Entries

| Timesheets | **Manual Time Card** | Time Slider |
|---|---|---|

**+ Add Time**    Actions ▼

Today    📅    <    >    **May 28 – Jun 3, 2018**

**User: Juan Lopez**    Switch User

| Job | Mon, 5/28 | Tue, 5/29 | Wed, 5/30 | Thu, 5/31 | Fri, 6/1 | Sat, 6/2 | Sun, 6/3 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✕ Kent Ave– 333 Kent Avenue, Brooklyn, NY | | 16.52 | 15.519 | 7.398 | 8.002 | | | 47.44 |
| ✕ Lunch Break | | 0.5 | | 0.5 | 0.5 | | | – |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| OPTIONS ▼    **Totals:** | 0 | 16.52 | 15.52 | 7.4 | 8 | 0 | 0 | 47.44 |

**Notes:**

Reset    Save

©2021 TSheets  |  Help  |  US Privacy  |  Non-US Privacy  |  Terms  |  Legal  |  About Cookies  |  Manage Cookies  |  Cookies

12:58:19

## Time Entries



| Timesheets | Manual Time Card | Time Slider |

**+ Add Time**     Actions ▼

Today   📅   <   >   Jun 4 – 10, 2018                  User: Juan Lopez   Switch User

| Job | Mon, 6/4 | Tue, 6/5 | Wed, 6/6 | Thu, 6/7 | Fri, 6/8 | Sat, 6/9 | Sun, 6/10 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✗ Kent Ave- 333 Kent Avenue, Brooklyn, NY | 7.501 | 8.001 | 7.593 | 7.789 | 8.588 | | | 39.47 |
| ✗ Lunch Break | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | | | - |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| OPTIONS ▼    Totals: | 7.5 | 8 | 7.59 | 7.79 | 8.59 | 0 | 0 | 39.47 |

Notes:

Reset   Save

Defendants 0134

**12:58** 26

# Time Entries

| Timesheets | Manual Time Card | Time Slider |

+ **Add Time**    Actions ▾

Defendants 0135

Today  📅  <  >    Jun 11 – 17, 2018

User: Juan Lopez | Switch User

| Job | Mon, 6/11 | Tue, 6/12 | Wed, 6/13 | Thu, 6/14 | Fri, 6/15 | Sat, 6/16 | Sun, 6/17 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✕ Kent Ave- 333 Kent Avenue, Brooklyn, NY | 7.775 | 15.409 | | | | | | 23.18 |
| ✕ Lunch Break | 0.5 | 0.5 | | 0.5 | 0.5 | | | – |
| ✕ SSA Office- 345 E. 102nd Street | | | | 7.106 | 7.942 | | | 15.05 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| OPTIONS ▾  **Totals:** | 7.77 | 15.41 | 0 | 7.11 | 7.94 | 0 | 0 | 38.23 |

Notes:

Reset    Save



# Time Entries

**Timesheets** | **Manual Time Card** | **Time Slider**

**+ Add Time**    **Actions ▼**

**Today**    📅    **<**    **>**    **Jun 18 – 24, 2018**

User: Juan Lopez    Switch User

| Job | Mon, 6/18 | Tue, 6/19 | Wed, 6/20 | Thu, 6/21 | Fri, 6/22 | Sat, 6/23 | Sun, 6/24 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✖ Kent Ave- 333 Kent Avenue, Brooklyn, NY | | 7.077 | 7.22 | 7.115 | 7.968 | | | 29.38 |
| ✖ Lunch Break | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | | - |
| ✖ SSA Office- 345 E. 102nd Street | 14.889 | | | | | | | 14.89 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| **OPTIONS ▼**    **Totals:** | 14.89 | 7.08 | 7.22 | 7.12 | 7.97 | 0 | 0 | 44.27 |

**Notes:**

**🔄 Reset**    **Save**

©2021 TSheets | Help | US Privacy | Non-US Privacy | Terms | Legal | About Cookies | Manage Cookies

Defendants 0136

12.58:45

# Time Entries

Timesheets | **Manual Time Card** | Time Slider

**+ Add Time**    Actions ▾

Today  📅  <  >   Jun 25 – Jul 1, 2018

User: Juan Lopez  Switch User

| Job | Mon, 6/25 | Tue, 6/26 | Wed, 6/27 | Thu, 6/28 | Fri, 6/29 | Sat, 6/30 | Sun, 7/1 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✗ Kent Ave- 333 Kent Avenue, Brooklyn, NY | 7.219 | 7.449 | 8.453 | | | | | 23.12 |
| ✗ Lunch Break | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | | | – |
| ✗ SHOP-2323 Haviland Ave, Bronx, NY | | | | 8.207 | 7.312 | | | 15.52 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| OPTIONS ▾    Totals: | 7.22 | 7.45 | 8.45 | 8.21 | 7.31 | 0 | 0 | 38.64 |

Notes:

Reset    Save

Defendants 0137

# Time Entries

Defendants 0138

| Timesheets | Manual Time Card | Time Slider |
| --- | --- | --- |

**+ Add Time**   **Actions ▾**

Today  📅  <  >   Jul 2 – 8, 2018

User: Juan Lopez   Switch User

| Job | Mon, 7/2 | Tue, 7/3 | Wed, 7/4 | Thu, 7/5 | Fri, 7/6 | Sat, 7/7 | Sun, 7/8 | Job Totals |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ✗ Kent Ave- 333 Kent Avenue, Brooklyn, NY | 7.482 | 7.606 | | 7.676 | 6.501 | | | 29.26 |
| ✗ Lunch Break | 0.5 | 0.5 | | 0.5 | 0.5 | | | – |
| ✗ (no job) | | | | | | | | – |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| | | | | | | | | 0 |
| **OPTIONS ▾**   **Totals:** | 7.48 | 7.61 | 0 | 7.68 | 6.5 | 0 | 0 | 29.26 |

Notes:

Reset   Save

**12.39**:00

## Time Entries

Timesheets | **Manual Time Card** | Time Slider

**+ Add Time**    Actions ▾

Today  📅  <  >  Jul 9 – 15, 2018

User: Juan Lopez   Switch User

| Job | Mon, 7/9 | Tue, 7/10 | Wed, 7/11 | Thu, 7/12 | Fri, 7/13 | Sat, 7/14 | Sun, 7/15 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✗ Kent Ave- 333 Kent Avenue, Brooklyn, NY | 7.5 | 7.374 | | 7.674 | | | | 22.55 |
| ✗ Lunch Break | 0.5 | 0.5 | | 0.5 | 0.5 | | | - |
| ✗ SHOP-2323 Haviland Ave, Bronx, NY | | | | | 7.666 | 7.531 | | 15.2 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| ✗ (no job) | | | | | | | | 0 |
| OPTIONS ▾           Totals: | 7.5 | 7.37 | 0 | 7.67 | 7.67 | 7.53 | 0 | 37.74 |

Notes:

Reset   Save

©2021 TSheets | Help | US Privacy | Non-US Privacy

Defendants 0139

# Time Entries

| Timesheets | Manual Time Card | Time Slider |

**+ Add Time**    **Actions ▼**

Today  📅  <  >  Jul 16 – 22, 2018

User: Juan Lopez   Switch User

| Job | Mon, 7/16 | Tue, 7/17 | Wed, 7/18 | Thu, 7/19 | Fri, 7/20 | Sat, 7/21 | Sun, 7/22 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✕ (no job) | 0.5 | 0.5 | | | 0.5 | | | 1.5 |
| ✕ Lunch Break | 0.5 | 0.5 | | | 0.5 | | | - |
| ✕ SHOP-2323 Haviland Ave, Bronx, NY | | 9.484 | 4.508 | | 7.951 | 9.594 | | 31.54 |
| ✕ SSA Office- 345 E. 102nd Street | 9.021 | | | | | | | 9.02 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| OPTIONS ▼   **Totals:** | 9.52 | 9.98 | 4.51 | 0 | 8.45 | 9.59 | 0 | 42.06 |

**Notes:**

[ ]

🔄 Reset    Save

Defendants 0140



# Time Entries

**Timesheets** | **Manual Time Card** | **Time Slider**

**+ Add Time**    **Actions ▾**

**Today**  📅  ‹  ›  **Jul 23 – 29, 2018**

**User: Juan Lopez**  **Switch User**

| Job | Mon, 7/23 | Tue, 7/24 | Wed, 7/25 | Thu, 7/26 | Fri, 7/27 | Sat, 7/28 | Sun, 7/29 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✕ (no job) | 0.5 | | 0.5 | 0.5 | 0.5 | | | 2 |
| ✕ Kent Ave- 333 Kent Avenue, Brooklyn, NY | | | 8.006 | 7.65 | 7.438 | | | 23.09 |
| ✕ Lunch Break | 0.5 | | 0.5 | 0.5 | 0.5 | | | - |
| ✕ SSA Office- 345 E. 102nd Street | 7.574 | 3.319 | | | | | | 10.89 |
| ✕ (no job) | | | | | | | | 0 |
| ✕ (no job) | | | | | | | | 0 |
| OPTIONS ▾    **Totals:** | 8.07 | 3.32 | 8.51 | 8.15 | 7.94 | 0 | 0 | 35.99 |

**Notes:**

**⟳ Reset**    **Save**

Defendants 01411

12:59:24

# Time Entries

?    ✕

| Timesheets | Manual Time Card | Time Slider |

[+ Add Time]    [Actions ▼]

[Today]  📅  <  >    Jul 30 – Aug 5, 2018

User: Juan Lopez  [Switch User]

| Job | Mon, 7/30 | Tue, 7/31 | Wed, 8/1 | Thu, 8/2 | Fri, 8/3 | Sat, 8/4 | Sun, 8/5 | Job Totals |
|---|---|---|---|---|---|---|---|---|
| ✖ SSA Office- 345 E. 102nd Street | 6.681 | | | | | | | 6.68 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| ✖ (no job) | | | | | | | | 0 |
| OPTIONS ▼          Totals: | 6.68 | 0 | 0 | 0 | 0 | 0 | 0 | 6.68 |

Notes:

[                                                    ]

[🔄 Reset]    [Save]

Defendants 0142

## Payroll Details

04. 06. 18
to
08. 10. 18

**Pay Frequency: Weekly**

**Employee: Lopez, Juan**

SSN: xxx-xx-xxxx

| Description | Hours and Earnings | | | Taxes | | Deductions | | | Net Pay | Employer | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | | Liability | Amount | |
| Regular | 414.94 | 23.5000 | 9,751.09 | FED FIT | 4,309.91 | New York: | 14.33 | | 26,630.82 | FED SOCSEC-ER | 2,311.41 | |
| Overtime | 24.76 | 35.2500 | 872.80 | FED SOCSEC | 2,311.42 | voluntary disability | | | | FED MEDCARE-ER | 540.55 | |
| Sick | 8.00 | 23.5000 | 188.00 | FED | 540.57 | | 14.33 | | | NY3305 - Metro | 36.56 | |
| Holiday | 8.00 | 23.5000 | 188.00 | MEDCARE | | | | | | Commuter Trans | | |
| PRVAIL | 30.50 | 39.5000 | 1,204.75 | NY SIT | 2,113.55 | | | | | Mobility Tax.LIT-ER | | |
| PRVAIL | 280.00 | 50.9100 | 14,254.80 | NY PFL | 46.99 | | | | | | 2,888.52 | |
| SUPPLB | 22.50 | 15.8100 | 355.73 | NY3301 - New | 1,313.34 | | | | | | | |
| SUPPLB | 8.00 | 23.7200 | 189.76 | York City | | | | | | | | |
| SUPPLB | 280.00 | 36.7000 | 10,276.00 | Resident LIT | | | | | | | | |
| | 1,076.70 | | 37,280.93 | | 10,635.78 | | | | | | | |

| | |
|---|---|
| Check Date: 04/06/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $2,332.64 |
| Check Date: 04/06/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $428.76 |
| Check Date: 04/13/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $1,927.26 |
| Check Date: 04/13/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $382.87 |
| Check Date: 04/20/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $2,332.64 |
| Check Date: 04/20/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $319.11 |
| Check Date: 04/27/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $1,927.27 |
| Check Date: 04/27/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $171.88 |
| Check Date: 05/04/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $2,332.63 |
| Check Date: 05/04/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $382.86 |
| Check Date: 05/11/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $2,332.63 |
| Check Date: 05/18/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $2,332.64 |
| Check Date: 05/25/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $1,441.75 |
| Check Date: 06/01/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $711.56 |
| Check Date: 06/08/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $915.61 |
| Check Date: 06/15/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $737.13 |
| Check Date: 06/22/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $737.13 |
| Check Date: 06/29/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $933.81 |
| Check Date: 07/06/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $737.13 |
| Check Date: 07/13/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $737.13 |
| Check Date: 07/20/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $921.52 |
| Check Date: 07/27/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $786.30 |
| Check Date: 08/03/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $671.56 |
| Check Date: 08/10/2018 / Direct Deposit / Checking / Account No: XXXXX5797 | $97.00 |

**Pay Frequency Totals: Weekly**

Company: THERMO TECH MECHANICAL INC
Check dates from: 4/6/2018 - Payroll 1 to: 12/28/2018 - Payroll 1
Pay Period from: 03/26/2018 to: 12/23/2018

1 of 2

Date Printed: 01/07/2019 12:56
21384813 - RX/LSF

Defendants 0143

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Regular | 414.94 | | $9,751.09 | FED FIT | $4,309.91 | New York voluntary disability | $14.33 | $26,630.82 | FED SOCSEC-ER | $2,311.41 |
| Overtime | 24.76 | | $872.80 | FED SOCSEC | $2,311.42 | | | | FED MEDCARE-ER | $540.55 |
| Sick | 8.00 | | $188.00 | FED | $540.57 | | $14.33 | | NY3305 - Metro Commuter Trans | $36.56 |
| Holiday | 8.00 | | $188.00 | MEDCARE | $2,113.55 | | | | Mobility Tax.LIT-ER | |
| PRVAIL | 310.50 | | $15,459.55 | NY SIT | $46.99 | | | | | |
| SUPPLB | 310.50 | | $10,821.49 | NY PFL | $1,313.34 | | | | | $2,888.52 |
| | 1,076.70 | | $37,280.93 | NY3301 - New York City Resident LIT | | | | | | |
| | | | | | $10,635.78 | | | | | |

**Total Employees - Weekly: 1**

**Company Totals:**

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Regular | 414.94 | | $9,751.09 | FED FIT | $4,309.91 | New York voluntary disability | $14.33 | $26,630.82 | FED SOCSEC-ER | $2,311.41 |
| Overtime | 24.76 | | $872.80 | FED SOCSEC | $2,311.42 | | | | FED MEDCARE-ER | $540.55 |
| Sick | 8.00 | | $188.00 | FED | $540.57 | | $14.33 | | NY3305 - Metro Commuter Trans | $36.56 |
| Holiday | 8.00 | | $188.00 | MEDCARE | $2,113.55 | | | | Mobility Tax.LIT-ER | |
| PRVAIL | 310.50 | | $15,459.55 | NY SIT | $46.99 | | | | | |
| SUPPLB | 310.50 | | $10,821.49 | NY PFL | $1,313.34 | | | | | $2,888.52 |
| | 1,076.70 | | $37,280.93 | NY3301 - New York City Resident LIT | | | | | | |
| | | | | | $10,635.78 | | | | | |

**Total Employees - Company: 1**

Company: THERMO TECH MECHANICAL INC
Check dates from: 4/6/2018 - Payroll 1 to: 12/28/2018 - Payroll 1
Pay Period from: 03/26/2018 to: 12/23/2018

2 of 2

Date Printed: 01/07/2019 12:56
21384813 - RX/LSF

Defendants 0144

EARNINGS SUMMARY AND PAYROLL STATEMENT   ADP

**Employee Reference Copy**

N-2 Wage and Tax Statement 2018
OMB No. 1545-0008

ny C for employee's records.

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0046 | RX/LSF | | 24 |

Employer's name, address, and ZIP code

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

Batch #96010

Employee's name, address, and ZIP code

JAN LOPEZ
I-31 101 ST
ORONA, NY 11368

| Employer's FED ID number 41-2098678 | a Employee's SSA number 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 |
|---|---|
| Wages, tips, other comp. 66664.15 | 2 Federal income tax withheld 7647.01 |
| Social security wages 66664.15 | 4 Social security tax withheld 4133.18 |
| Medicare wages and tips 66664.15 | 6 Medicare tax withheld 966.63 |
| Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| 74.31 NY PFL | 12c |
| 24.53 VPDI | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| State Employer's state ID no. NY 41-2098678 | 16 State wages, tips, etc. 66664.15 |
| State income tax 3765.49 | 18 Local wages, tips, etc. 66664.15 |
| Local income tax 2359.83 | 20 Locality name NYC RES |

This blue Earnings Summary section is included with your W-2 to provide you the detailed portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 66664.15 | Social Security Tax Withheld Box 4 of W-2 | 4133.18 | NY. State Income Tax Box 17 of W-2 | 3765.49 |
| | | | | Local Income Tax Box 19 of W-2 | 2359.83 |
| Fed. Income Tax Withheld Box 2 of W-2 | 7647.01 | Medicare Tax Withheld Box 6 of W-2 | 966.63 | SUI/SDI/FLI Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages Tips, Etc. Box 16 of W-2 | NYC RES Local Wages Tips, Etc. Box 18 of W |
|---|---|---|---|---|---|
| Gross Pay | 66,664.15 | 66,664.15 | 66,664.15 | 66,664.15 | 66,664. |
| Reported W-2 Wages | 66,664.15 | 66,664.15 | 66,664.15 | 66,664.15 | 66,664.1 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dep



JUAN LOPEZ

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 2
STATE: 2
LOCAL: 2

© 2013 ADP, LLC.

---

| Wages, tips, other comp. 66664.15 | 2 Federal income tax withheld 7647.01 |
|---|---|
| Social security wages 66664.15 | 4 Social security tax withheld 4133.18 |
| Medicare wages and tips 66664.15 | 6 Medicare tax withheld 966.63 |

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0046 | RX/LSF | | 24 |

Employer's name, address, and ZIP code

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

| Employer's FED ID number 41-2098678 | a Employee's SSA number |
|---|---|
| Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| 74.31 NY PFL | 12c |
| 24.53 VPDI | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

Employee's name, address and ZIP code

JAN LOPEZ

| State Employer's state ID no. NY 41-2098678 | 16 State wages, tips, etc. 66664.15 |
|---|---|
| State income tax 3765.49 | 18 Local wages, tips, etc. 66664.15 |
| Local income tax 2359.83 | 20 Locality name NYC RES |

N-2 Federal Filing Copy
Wage and Tax Statement 2018
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 66664.15 | 2 Federal income tax withheld 7647.01 |
|---|---|
| 3 Social security wages 66664.15 | 4 Social security tax withheld 4133.18 |
| 5 Medicare wages and tips 66664.15 | 6 Medicare tax withheld 966.63 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000046 | RX/LSF | | 24 |

c Employer's name, address, and ZIP code

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

| b Employer's FED ID number 41-2098678 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 74.31 NY PFL | 12c |
| 24.53 VPDI | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JUAN LOPEZ

| 15 State Employer's state ID no. NY 41-2098678 | 16 State wages, tips, etc. 66664.15 |
|---|---|
| 17 State income tax 3765.49 | 18 Local wages, tips, etc. 66664.15 |
| 19 Local income tax 2359.83 | 20 Locality name NYC RES |

W-2 NY.State Filing Copy
Wage and Tax Statement 2018
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 66664.15 | 2 Federal income tax withheld 7647.01 |
|---|---|
| 3 Social security wages 66664.15 | 4 Social security tax withheld 4133.6 |
| 5 Medicare wages and tips 66664.15 | 6 Medicare tax withheld 966.6: |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000046 | RX/LSF | | 24 |

c Employer's name, address, and ZIP code

THERMO TECH MECHANICAL INC
506 LELAND AVE
BRONX, NY 10473

| b Employer's FED ID number 41-2098678 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 74.31 NY PFL | 12c |
| 24.53 VPDI | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JUAN LOPEZ

| 15 State Employer's state ID no. NY 41-2098678 | 16 State wages, tips, etc. 66664.1! |
|---|---|
| 17 State income tax 3765.49 | 18 Local wages, tips, etc. 66664.1! |
| 19 Local income tax 2359.83 | 20 Locality name NYC RES |

W-2 City or Local Filing Copy
Wage and Tax Statement 2018
OMB No. 1545-0008