UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JUAN LOPEZ,

        Plaintiff,

  -v-                                    No.    20-CV-9113-LTS-BCM

THERMO TECH MECHANICAL INC.,
GOWKARRAN BUDHU, and SHANTI
BUDHU,

        Defendants.

-------------------------------------------------------x

## ORDER

On April 24, 2025, the Court ordered the parties to file a joint letter by May 15, 2025, informing the Court of the outcome of the mediation conference scheduled for May 1, 2025, and the parties' proposed next steps for resolution of the remaining individual Fair Labor Standards Act claim. (Docket entry no. 153.)

As of the date of this Order, the parties have yet to file the letter as directed. The parties are again directed to confer and to file the joint letter by **May 23, 2025**.

SO ORDERED.

Dated: New York, New York
        May 19, 2025

                                                /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge