**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JUAN LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

      Plaintiff,

 v.

THERMO TECH MECHANICAL, INC., GOWKARRAN BUDHU, and SHANTI BUDHU,

      Defendants.

---

Case No.: 1:20-cv-09113

**RULE 68 JUDGMENT**

 **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants THERMO TECH MECHANICAL, INC., GOWKARRAN BUDHU, and SHANTI BUDHU (collectively "Defendants"), having offered to allow Plaintiff JUAN LOPEZ ("Plaintiff") to take a judgment against them, in the sum of Eight Thousand Eight Hundred Dollars and Seventy-Eight Cents ($8,800.78), plus the actual costs incurred prosecuting the action and reasonable attorney's fees accrued as of the date of Defendants' Rule 68 Offer of Judgment, in an amount to be determined by the Court, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 29, 2025 and filed as Exhibit A to Docket Number 159;

 **WHEREAS**, on June 11, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 159);

 It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JUAN LOPEZ, in the sum of $8,800.78, plus the actual costs incurred prosecuting the action and reasonable attorney's fees accrued as of the date of Defendants' Rule 68 Offer of Judgment, in an amount to be determined by the Court, in accordance with the terms and conditions

of Defendants' Rule 68 Offer of Judgment dated May 29, 2025 and filed as Exhibit A to Docket Number 159.

**SO ORDERED:**

Dated: _____June 12_____, 2025
       New York, New York

_____/s/ Laura Taylor Swain_____
                Chief U.S.D.J.