**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

JUAN LOPEZ, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

|  |  |
|---|---|
| **Plaintiff,** | **Case No.** 1:20-cv-09113 |
|  | **NOTICE OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| **-against-** |  |
| THERMO TECH MECHANICAL, INC., GOWKARRAN BUDHU, and SHANTI BUDHU, |  |
| **Defendants.** |  |

-----------------------------------------------------------------

Please take notice that, for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of C.K. Lee in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) awarding Plaintiff's Counsel $206,867.50 in attorneys' fees; and

(2) reimbursing $2,986.25 in out-of-pocket expenses that Plaintiff's Counsel incurred in this action.

Dated: May 1, 2026

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: */s/ C.K. Lee*
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 W 24th Street, 8th Floor

1

New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff*