UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JUAN LOPEZ,

       Plaintiff,

   -v-                                  No. 20-CV-9113-LTS-BCM

THERMO TECH MECHANICAL INC.,
GOWKARRAN BUDHU, and SHANTI
BUDHU,

       Defendants.

--------------------------------------------------------x

## ORDER

      The Court is in receipt of Plaintiff's motion for attorney fees and reimbursement

of expenses.  (See docket entry no. 167.)  Defendants are directed to file their response by May

19, 2026.  Any reply must be filed by May 26, 2026.

      SO ORDERED.

Dated: New York, New York         /s/ Laura Taylor Swain
    May 5, 2026                 LAURA TAYLOR SWAIN
                           Chief United States District Judge