# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

May 15, 2026

***Via Electronic Filing***
The Hon. Laura Taylor Swain, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

Re:    *Lopez v. Thermo Tech Mechanical, Inc. et al.*
        Case No.: 20-cv-9113-LTS-BCM

Dear Honorable Judge Swain:

This law firm represents Defendants Thermo Tech Mechanical Inc. Gowkarran Budhu, and Shanti Budhu (collectively, the "Defendants") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request an extension of the current briefing schedule on Plaintiff's motion for attorneys' fees and costs, as follows:

1. Defendants' opposition filing deadline to be extended from May 19, 2026 to, through and including, June 19, 2026; and

2. Plaintiff's reply filing deadline to be extended from May 26, 2026 to, through and including, June 26, 2026.

This is the first request of its kind. Prior to the filing of the instant letter, the undersigned attempted to meet-and-confer with Plaintiff's counsel via email. However, as of the date of this filing, Plaintiff's counsel has not responded to the undersigned's meet-and-conferral attempt. Thus, Plaintiff has neither objected, nor consented to, the instant request. If granted, the instant request would not affect any Court ordered deadlines.

In light of the foregoing, it is respectfully requested that the Court grant an extension of the current briefing schedule on Plaintiff's motion for attorneys' fees and costs, as set forth herein.

Thank you, in advance, for your time and attention.

The foregoing request is granted. Defendants' opposition filing deadline is extended to **June 19, 2026**, and Plaintiff's reply filing deadline is extended to **June 26, 2026**. Docket entry no. 171 is resolved.
SO ORDERED.

May 15, 2026
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
    Jason Mizrahi
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Defendants*

Via ECF: All Counsel of Record

1